**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

800-840 Cooper Street
Suite 350
Camden, New Jersey 08102

**CHESTER M. KELLER**
FIRST ASSISTANT

(856) 757-5341   Telephone
(856) 757-5273   Facsimile

September 4, 2018

Joel Schneider
United States Magistrate Judge
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: United States v. Kenneth Crawford Jr.
Criminal No. 18-505

Dear Judge Schneider:

The captioned defendant was released from custody on Friday, August 31, 2018. Among the conditions of release was a requirement that Mr. Crawford surrender any firearms in his possession to the Galloway Police Department by the close of business on September 4, 2018. At approximately 4:00 p.m. on September 4, 2018, I was contacted by Pretrial Services Officer Gary Pettiford, who advised me that due to a transportation issue, Mr. Crawford was unable to transport the firearms to the Galloway Police Department today. Mr. Crawford further indicated that his car will be available tomorrow, and he will be able to comply with the Court's Order at that time. I advised the government of the situation, and Jason Richardson, Assistant United States Attorney indicated that he had no objection to Mr. Crawford's request for a one-day extension of the surrender date.

Accordingly, attached for the Court's consideration is a proposed Order amending the conditions of release to allow Mr. Crawford on more day to surrender his firearms.

Thank you for your consideration in this matter.

Respectfully,


_s/ Richard Coughlin__
RICHARD COUGHLIN
Federal Public Defender

c. Jason Richardson Assistant United States Attorney (by electronic filing)
   Gary Pettiford, Pretrial Services Officer (by email)