# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

800-840 Cooper Street
Suite 350
Camden, New Jersey 08102

**CHESTER M. KELLER**
FIRST ASSISTANT

(856) 757-5341   Telephone
(856) 757-5273   Facsimile

September 5, 2018

Honorable Joel Schneider
United States Magistrate Judge
Mitchell H. Cohen Federal Building
One John F. Gerry Plaza
Fourth and Cooper Streets                    FILED ELECTRONICALLY
Camden, New Jersey  08102

        Re:    <u>United States v. Kenneth Crawford, Jr.</u>
                Criminal No. 18-505 (RBK)

Dear Judge Schneider:

On Friday, August 31, 2018, I was appointed to represent the captioned defendant for purposes of his initial appearance because Mr. Crawford indicated his intention to retain counsel. On September 5, 2018, I was contacted by Mr. Crawford who requested that I file a motion and affidavit that he had prepared.  After further discussion, Mr. Crawford indicated that he would like to proceed *pro se* and asked that I ascertain how he could file his motion and affidavit.  I contacted the Court's deputy clerk for that purpose and in the meantime feel compelled to advise the Court of Mr. Crawford's request to proceed *pro se* so that a hearing can be scheduled to determine whether that request should be granted.

Thank you for your consideration in this matter.

Respectfully,

s/Richard Coughlin
RICHARD COUGHLIN
Federal Public Defender

cc:   Jason Richardson, AUSA (via ECF)
      Kenneth Crawford, Jr.