UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Robert B. Kugler |
| Plaintiff(s), | : | Criminal No. 18-505(RBK) |
| v. | : | |
| KENNETH CRAWFORD, JR., | : | |
| Defendant(s). | : | |

# **O R D E R**

**THIS MATTER HAVING**, come before the court upon the Motion of defendant Kenneth P. Crawford, Jr., to "Dismiss this Case for Lack of Jurisdiction" (document 14), and pro se defendant Crawford's oral motion during the arraignment and status conference on September 12, 2018, and the court having considered the papers filed by defendant and having entertained his oral motion to dismiss, and for the reasons expressed on the record on September 12, 2018,

**IT IS ON THIS** __21st__ day of September, 2018, **ORDERED** that defendant Kenneth P. Crawford, Jr.'s, Motions to Dismiss be and are hereby **DENIED**.

                                                             s/Robert B. Kugler
                                                            ROBERT B. KUGLER
                                                            United States District Judge