UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Robert B. Kugler |
| Plaintiff(s), | : | Criminal No. 18-505(RBK) |
| v. | : | |
| KENNETH CRAWFORD, JR., | : | |
| Defendant(s). | : | |

**O R D E R**

**THIS MATTER HAVING**, come before the court during an arraignment and status conference held in court on September 12, 2018, Sean Green, Esq., having appeared for the United States, and Richard Coughlin, Esq., Federal Public Defender, having appeared for defendant, and the court having been informed that defendant wished to represent himself, and the court having inquired of defendant whether he wished to waive his 6th Amendment right to counsel, and for the reasons expressed on the record,

**IT IS ON THIS** __21st__ day of September, 2018, **ORDERED** that defendant's application to proceed pro se, is **granted**, and it is further ordered that Richard Coughlin, Esq., FPD, is relieved as counsel for defendant.

Defendant is again advised that he may request stand-by counsel at any time.

**IT IS FURTHER ORDERED** that the Clerk mail all notices to the pro se defendant at 117 Liberty Court, Galloway, N.J. 08205 (telephone: 609-553-9970).

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge