Certificate Of Mailing via Notary Public

Kenneth Paul Jr. of Crawford
c/o: John Barry, Notary Public
232 Amherst Ave.
Pemberton, New Jersey

**RECEIVED**

FEB - 7 2019

AT 8:30_____M
WILLIAM T. WALSH, CLERK

Richard E. Zuckerman
Principal Deputy Assistant Attorney General
P.O. Box 972
Washington, D.C. 20044

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Date: 3 February 2019

RE: Indictment on case # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v.
KENNETH CRAWFORD, JR

## NOTICE OF COUNTER CLAIM AND DEMAND

To whom it may concern,

Please be advised that I have recorded several financing statements, related to security
interests, in the county clerks office, where I am domiciled authenticating the private
record agreements between the parties related to the above action. I have included a copy
for your convenience. I am notifying all interested parties regarding this account that I
may elect to enforce claims in the United States Federal Claims Court if the agreements
are not honored privately.

The instrument, which initiated this action, was issued for value, then accepted and
returned for value for full settlement and closure of the account. The issuer is liable to
pay the instrument and as the holder in due course I am entitled to enforce the instrument.
Moreover the issuer and agents have ignored valid security interests in opposition to their
oaths of office and private international law. Their dishonor has now put their bonds at
risk for the amounts, which are over due and owing.

I am demanding that the account be settled and closed in accordance with the private
record agreement and all property returned to me immediately along with all funds due.
Also the 1099 OID filed in accordance with IRS Publication 1212.

Thank you for your professionalism and courtesy regarding this matter.

Sincerely,

By: *Kenneth Paul*

Kenneth Paul Jr. of Crawford
Secured Party,
Authorized Representative for ens legis
KENNETH CRAWFORD, JR

cc:
Michael E. Horowitz
U.S. Department of Justice
Office of the Inspector General
950 Pennsylvania Avenue, N.W.,
Suite 4706
Washington, D.C. 20530-0001

Eric M. Thorson
U.S. Department of Treasury
Office of the Inspector General
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Gene L. Dodaro
d/b/a Comptroller General
Government Accountability Office
441 G St., NW
Washington, DC 20548

William T. Walsh
 d/b/a/ US District Court Clerk
4th & Cooper Streets
Camden, NJ 08101

Robert B Kugler
d/b/a/ US District Court Judge
4th & Cooper Streets
Camden, NJ 08101

Christina Barker
IRS Criminal Investigations
5218 Atlantic Avenue
Mays Landing, NJ 08330

**AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT**
**(in support of "Notice Of Counterclaim and Demand" attached.)**

The undersigned Affiant, Kenneth Paul Jr.; Crawford, hereinafter "Affiant", does solemnly swear, declare and state as follows:

1. Affiant is competent to state the matters set forth herein.
2. Affiant has knowledge of the facts stated herein.
3. All the facts herein are true, correct and complete, admissible as evidence and if called upon as a witness, Affiant will testify to their veracity.

**Plain Statement of Facts**

4. Affiant has seen no verifiable evidence that the Respondents did not issue the instrument for value, and have no defense to the obligation to pay the instrument, and Affiant believes no such evidence of a defect exists.
5. Affiant has seen no verifiable evidence that he is not the holder in due course, and Affiant believes no such evidence of a defect exists.
6. Affiant has seen no verifiable evidence that as the secured party Creditor the Affiant is not entitled to enforce the instrument and Affiant believes no such evidence of a defect exists.
7. Affiant has seen no verifiable evidence that the Respondents have any verified record in opposition to the private record agreements, and Affiant believes no such evidence of a defect exists.
8. Affiant has seen no verifiable evidence that that by not dismissing the action in the UNITED STATES DISTRICT COURT case # 1-18-cr-00505-001 is not conversion, stultification of the creditor, and tax evasion, and Affiant believes that no such evidence exists.
9. Affiant has seen no verifiable evidence that involuntary servitude is lawful and Affiant believes that no such evidence exists.
10. Affiant has seen no verifiable evidence that any State can impair the obligations of contracts, and Affiant believes that no such evidence exists.
11. Affiant has seen no verifiable evidence that consent does not make the law: the terms of a contract, lawful in its purpose, constitute the law as between the parties, and Affiant believes that no such evidence exists.
12. Affiant has seen no verifiable evidence that he who consents can receive an injury, and Affiant believes that no such evidence exists.
13. Affiant has seen no verifiable evidence that the agreement of the parties does not make the law of the contract, and Affiant believes that no such evidence exists.
14. Affiant has seen no verifiable evidence that the agreement of the parties does not overcome any other law and Affiant believes that no such evidence exists.

I certify and affirm that the above statements are true and correct under my full commercial liability.

_____

*Kenneth Paul Sr.*

Kenneth Paul Jr.; Crawford

JURAT

New Jersey     )
              ) ss.
Burlington  County    )

Sworn to (or affirmed) and subscribed before me on this _____4th_____ day of the ~~nineteen~~
_____2nd_____ month in the year of our Lord two thousand and ~~eighteen~~ by Kenneth
Paul Jr.; Crawford, Claimant, proved to me on the basis of satisfactory evidence to be the
one who appeared before me, and executed the forgoing instrument for, proved to me on
the basis of satisfactory evidence to be the one who appeared before me, and executed the
forgoing instrument for the purpose stated therein and acknowledged that said execution
was by his free act and deed.

_____          _____   _2/9/2019_____
Notary Public's Signature                             Date

JOHN BARRY JR.
Notary Public - State of New Jersey
My Commission Expires Jan 18, 2023



ATLANTIC COUNTY, NJ
EDWARD P. McGETTIGAN, COUNTY CLERK
RCPT # 1449133 RECD BY Laverne
REC FEES $25.00
RECORDED 01/25/2019 02:56:56 PM
INST # 2019004123



## Atlantic County
## Document Summary Sheet

**ATLANTIC COUNTY CLERK**
5901 MAIN ST
MAYS LANDING, NJ 08330

**Return Name and Address**

Kenneth Paul Jr.
c/o: 117 Liberty Court
Galloway, New Jersey
08205

THIS IS AN UNOFFICIAL COPY

until the document has

completed the recording

process and has been

verified.

**Official Use Only**

| | |
|---|---|
| Submitting Company | N/A |
| Document Date (mm/dd/yyyy) | 01 / 08 / 2019 |
| Document Type | UCC Financing Statement |
| No. of Pages of the Original Signed Document (including the cover sheet) | 2 |
| Consideration Amount (if applicable) | N/A |

| First Party (Grantor or Mortgagor or Assignor) (Enter up to five names) | Name(s) | (Last Name, First Name Middle Initial, Suffix) (or Company Name as written) | Address (Optional) |
|---|---|---|---|
| | | | |

| Second Party (Grantee or Mortgagee or Assignee) (Enter up to five names) | Name(s) | (Last Name, First Name Middle Initial, Suffix) (or Company Name as written) | Address (Optional) |
|---|---|---|---|
| | | | |

| Parcel Information (Enter up to three entries) | Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|---|
| | | | | | |

| Reference Information (Enter up to three entries) | Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| | | | | | |

*DO NOT REMOVE THIS PAGE*
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF ATLANTIC COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Crawfordgroup@comcast.net

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Kenneth Paul Jr.
c/o: 117 Liberty Court
Galloway, New Jersey
Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA in care of Richard E. Zuckerman d/b/a Princ. Dep. Ass. A.G. | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 950 Pennsylvania Avenue, NW | Washington | DC / 20530-0001 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of Item 2 blank, check here ☐ and provide the Individual Debtor information in Item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Crawford | Kenneth | Paul | Jr. |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| c/o: 117 Liberty Court | Galloway, New Jersey | Exempt | USA |

4. COLLATERAL: This financing statement covers the following collateral:
1.CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT dated 8 Jan. 2019 between the Debtor and Secured Party, Instrument No. 3553; Notice of lien hold interest in any proceeds collected for UNITED STATES DISTRICT COURT Docket # 1-18-cr-00505-001(RBK) - THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR; Security agreement conveys and grants: 1.Specific Power of Attorney to secured party or his agents or assigns to execute and file any and all documents necessary on behalf of Debtor for the securing of any and all rights, titles, and interests in or pertaining to any and all collateral associated with or secured by the Secured Party for CASE DOCKET#1-18-cr-00505-001 (RBK) . 2.Debtors waiver of any and all claims, rights, immunities and defenses. 3. Debtors are consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment, on any and all property, fixtures, accounts, and public hazard bonds by the Secured Party. 4. Debtors are consenting to a FEE SCHEDULE with Secured Party. 5. Value of Collateral equals $66,000,000.00 Sixty Six Million USD.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, Item 17 and Instructions) ☒ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT 7013 2630 0000 6873 3553

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

No. 3553

## AFFIDAVIT-OF-NON-RESPONSE
## AND-NON-PERFORMANCE (3)
### *A-SECURITY (15 USC)*

### *COMMERCIAL-AFFIDAVIT*
### *U.S.-S.E.C.-TRACER-FLAG*
### *NOT-A-POINT-OF-LAW*

Executed at the unincorporated territory of Atlantic County, New Jersey [Common Law Republic], without the United States, on this _____ 12th _____ day of the ___ 1st ___ month in the year two thousand and Eighteen.

**TESTIMONY:**

    1.0 John Barry, a record-keeper by private contract, Presenter, Acceptor, and Custodian of Records [hereafter "WITNESS"] at the request of Kenneth Paul Jr.; Crawford (hereafter "CLAIMANT") in care of 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2) did duly present on 12 December 2018 by Certified mail # 7017 0660 0000 8132 5981, the following documents: NOTICE-OF-DEFAULT-IN- DISHONOR (Opportunity to Cure) AND-NOTICE-OF-CLAIM-AND-NOTICE-OF- INTENT-TO-PERFECT-SECURITY-INTEREST ("FAULT-NOTICE") (five leaves); and AFFIDAVIT-OF-SPECIFIC-NEGATIVE-AVERMENT (six leaves).

    2.0 Records of documents in the DEFAULT-NOTICE are kept on file at my office of business.

    3.0 I have checked my mail regularly and see no evidence of tampering with my mail.

    4.0 As of today's date, 7 January 2019, the WITNESS has not received a proper response according to the terms of the DEFAULT-NOTICE.

    In testimony of the above, I signed my name and attached my seal:

JOHN BARRY JR.
Notary Public - State of New Jersey
My Commission Expires Jan 18, 2023

WITNESS's Signature

1/12/19
Date

WITNESS: John Barry.

    c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**JURAT**

New Jersey           )
                         ) ss.
Burlington county    )

Sworn to (or affirmed) and subscribed before me on this __ 12th __ day of the __ 1st __ month in the year two thousand and ~~eighteen~~ nineteen by John Barry, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

Notary Public's Signature

1-12-2019
Date

AMBER L GREENOUGH
Notary Public
State of New Jersey
My Commission Expires Dec 11, 2019

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGEMENT

Page 1 of 7

No. 3553

## CERTIFICATE OF CLAIM and ADMINISTRATIVE JUDGMENT
### lawful notification to you, pursuant to The Bill of Rights of the National Constitution

**PRESENTMENT**
Be it known, that, the person signing below, a duly empowered PRESENTER, ACCEPTOR, AND
CUSTODIAN OF RECORDS (hereafter "WITNESS"), at the request of Kenneth Paul Jr.; Crawford, did
duly present on 12 December 2018 the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT, to the
following RESPONDENT(S):

UNITED STATES OF AMERICA
In Care Of: Richard E. Zuckerman
Principal Deputy Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Certified Mail # 7017 0660 0000 8132 5837)

by depositing in a depository of the United States Mail within the New Jersey within a sealed envelope.

RE:
THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR
UNITED STATES DISTRICT COURT Docket # 1-18-cr-00505-001(RBK)

### PRIVATE ADMINISTRATIVE JUDGMENT in the matter of ACCOUNT:
### FINAL EXPRESSION IN A RECORD

**CLAIMANT/Secured Party Creditor:** Kenneth Paul Jr.; Crawford, In care of John Barry, Notary Public
c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**PRESENTER, ACCEPTOR, and CUSTODIAN OF RECORDS:**
John Barry, Notary Public c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt
(DMM 602 1.3(e) 2) (Hereafter "WITNESS")

**STATEMENT OF FACTS**

1. Notice Of Acceptance with private settlement instruments, authorization, and request regarding
   statement of account, presented Privately under third-party record-keeper's seal by the CLAIMANT
   on or about 5 November 2018 to THE UNITED STATES OF AMERICA in care of Richard E.
   Zuckerman d/b/a Principal Deputy Assistant Attorney General via Certified mail # 7013 2630 0000
   6873 3553 RRR.

2. On 19 November 2018 the Claimant presented the Respondents the NOTICE OF FAULT IN
   DISHONOR (Opportunity to Cure) AND NOTICE OF CLAIM AND NOTICE OF INTENT TO
   PERFECT SECURITY INTEREST ("FAULT NOTICE") FAIR NOTICE AND WARNING OF
   COMMERCIAL GRACE NOTICE OF NON-JUDICIAL PROCEEDING.

No. 3553

3. As of 4 December 2018 the RESPONDENT(S) have not returned nor refuted the PRESENTMENT, and it is deemed "Accepted" as evidenced by AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry Notary Public, (the "WITNESS"), dated 4 December 2018, a record of which is kept by the WITNESS.

4. As of 4 December 2018 the RESPONDENT(S) have not responded sufficiently to the NOTICE OF FAULT IN DISHONOR (Opportunity to Cure) AND NOTICE OF CLAIM AND NOTICE OF INTENT TO PERFECT SECURITY INTEREST ("FAULT NOTICE") FAIR NOTICE AND WARNING OF COMMERCIAL GRACE NOTICE OF NON-JUDICIAL PROCEEDING nor refuted the terms and conditions therein, and have tacitly acquiesced to terms therein. As evidenced by the AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry Notary Public, (the "WITNESS"), dated 4 December 2018, a record of which is kept by the presenter and custodian of records.

5. On 12 December 2018 the Claimant presented the Respondents the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT.

6. As of 7 January 2019 the RESPONDENT(S) have not returned nor refuted the PRESENTMENT, and it is deemed "Accepted" as evidenced by 3 separate AFFIDAVITS OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry, (the "WITNESS"), a record of which is kept by the presenter and custodian of records.

7. The RESPONDENT(S) have defaulted.

8. As an operation of law, RESPONDENTS' failure to honor the PRESENTMENT and FAULT NOTICE places the RESPONDENT(S) in **default**. For the course of dealing, set forth herein, with the RESPONDENTS' failure, refusal, or neglect in the presentment of a verified response to the PRESENTMENT and FAULT NOTICE, constitutes the RESPONDENTS' failure to perform in good faith and the RESPONDENTS' acquiescence and tacit agreement with all terms, conditions and stipulations set forth within the NOTICE OF DEFAULT IN DISHONOR (CONSENT TO JUDGMENT), the PRESENTMENT, and the FAULT NOTICE. **Therefore this matter is deemed res judicata and stare decisis.**

Of this presentment take due Notice and heed, and govern yourself accordingly. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms and conditions of the agreement between the parties.

**CERTIFICATION OF PRESENTMENT OF NOTICE UNDER PRIVATE SEAL**
IN WITNESS WHEREOF, I, John Barry, Notary Public, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under the penalty of perjury in the laws of the united States of America.

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT                    Page 3 of 7

No. 3553

I hereunto set my hand and seal on this 8th day of the first month in the year of our Lord two thousand and nineteen and hereby certify all the statements made above are true, correct and complete under the Penalty of International Commercial Law.

Whereupon, the undersigned WITNESS signing below, for the reason default and dishonor by non-response/non-performance, does solemnly certify the default and dishonor as against all parties it may concern by reason of non-response/non-performance thereof and stipulations therein. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms and conditions of the agreement between the parties.

The entire record of the above statement of facts are in my office of business. You may request certified copies of the original records and you may inspect the original records by contacting the Presenter at the Presenter's address listed above.

**Date of Presentment:** 12 December 2018

**WITNESS Presented Under Seal:** NOTICE OF DEFAULT AND CONSENT TO JUDGMENT
   **WITNESS's Certification:** The above-noted parties were presented notice that certification of non-response or default within ten (10) days of postmark would comprise their acceptance of the facts set forth within these instruments, the time having elapsed for response thereof.

**DEFAULT JUDGMENT**
Whereupon, the WITNESS signing below, for the reason default and dishonor by non-response/non-performance, does publicly and solemnly certify the default and dishonor as against all parties it may concern by reason of non-response/non-performance thereof and stipulations therein.

**TESTIMONY**
In testimony of the above, I have signed my name and attached my official seal.

_____                      1/12/19                 ┌─────────────────────────────┐
WITNESS's Signature                           Date                    │  JOHN BARRY JR.              │
                                                                      │  Notary Public · State of New Jersey │
                                                                      │  My Commission Expires Jan 18, 2023 │
                                                                      └─────────────────────────────┘

John Barry, Notary Public
   c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**JURAT**

New Jersey                           )
                                     ) ss.
Burlington County                    )

Sworn to (or affirmed) and subscribed before me on this ___12th___ day of ___January___ 2019 by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____                      1-12-2019               ┌─────────────────────────────┐
Notary Public's Signature                     Date                    │  AMBER L GREENOUGH          │
                                                                      │  Notary Public              │
                                                                      │  State of New Jersey        │
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT                      │  My Commission Expires Dec 11, 2019 │
                                                                      └─────────────────────────────┘

Page 4 of 7

No. 3553

## PRESENTER'S AFFIDAVIT OF SERVICE (4)

It is hereby certified, that on the date noted below, the undersigned mailed to:

UNITED STATES OF AMERICA
In Care Of: Richard E. Zuckerman
Principal Deputy Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Certified Mail 7017 0660 0000 8132 5837 RRR)

In the matter of THE UNITED STATES OF AMERICA v. KENNETH P CRAWFORD, JR Docket # 1-18-cr-00505-001(RBK) the following:

1. AFFIDAVIT OF SERVICE OF DEFAULT NOTICE (one leaf); and

2. AFFIDAVIT OF NON-RESPONSE/NON PERFORMANCE  REGARDING FAULT NOTICE (one leaf)

by the respective USPS mail Numbers listed besides each recipient, by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of New Jersey

JOHN BARRY JR.
Notary Public - State of New Jersey
My Commission Expires Jan 18, 2023

PRESENTER Name _____    DATE  1/12/19

John Barry, C/o: 232 Amherst Ave, Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3E (2))

## JURAT

New Jersey            )
                      ) ss.
Burlington  County    )

Sworn to (or affirmed) and subscribed before me on this ___12th___ day of the ___1st___ month in the year of our Lord two thousand and eighteen by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____          1-12-2019
Notary Public's Signature              Date

AMBER L GREENOUGH
Notary Public
State of New Jersey
My Commission Expires Dec 11, 2019

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT                                    Page 5 of 7

No. 3553

## DEFAULT is with the RESPONDENT(S) confession of judgment to the following:

1. Tender of the above-referenced instrument(s), by CLAIMANT are sufficient for the discharge, settlement and seto ff of any and all debts, obligations, duties and liabilities of or relating to the above-referenced CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR.

2. The balance due for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. is Zero and 00/100 dollars ($0.00).

3. The RESPONDENT(S) irrevocable conveyance of any and all rights, titles and interests in and on any and all collateral in the association with or the security for the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. to the CLAIMANT.

4. The RESPONDENT(S) irrevocable conveyance of the authority for the acquisition, procurement, and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles and interests in and on any and all collateral in the association with or the security for the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. to the CLAIMANT.

5. The RESPONDENT(S) waiver of any and all claims, rights, immunities and defenses.

6. RESPONDENT(S) consent to CLAIMANT recording or causing to be recorded a commercial lien against the respondent as lien debtors for value of no less than $44,000,000.00.

7. RESPONDENT(S) are granting a specific power-of-attorney for the acquisition, procurement and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles, and interests in or pertaining to any and all collateral associated with or secured by the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. to the CLAIMANT.

8. RESPONDENT(S) are consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment on any and all property, fixtures, accounts, and public hazard bonds by the CLAIMANT against the RESPONDENT(S) up to the amount of the value of CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. for any and all actions taken by the RESPONDENT(S) with the hindering, impeding, obstruction and/or delaying of the CLAIMANT rights, titles and interests in any and all collateral in the association with or the security for the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR..

9. RESPONDENT(S) are consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment, on any and all property, fixtures, accounts, and public hazard bonds by the CLAIMANT against the RESPONDENT(S) up to the amount of CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. for any and all actions taken by the RESPONDENT(S) with the semblance of harassment, coercion, defrauding, and/or defamation of the CLAIMANT and/or the CLAIMANT's collateral.

10. RESPONDENT(S) are consenting to a FEE SCHEDULE with CLAIMANT as follows:

The following schedule of fees is effective upon the date of the Recipient's Default in Dishonor. These fees are subject to change upon written notice by the CLAIMANT to the RECIPIENT(S).

### Section 1
Notice: Section 1 is a schedule of fees that are to be prepaid by the RESPONDENT(S) to the CLAIMANT before the execution of any of the following acts by the CLAIMANT or the CLAIMANT's agents or assigns.

| Description | Rate |
|---|---|
| Arbitration hearing(s) regarding the above referenced Docket | $5,000/hearing* |

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT

No. 3553

| | |
|---|---|
| Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | $10,000/hearing* |
| Mediation hearing(s) regarding the above referenced Docket | $5,000/hearing* |
| Formal/informal meeting regarding the above referenced Docket | $5,000/meeting* |

## Section 2

Notice: Section 2 is a schedule of fees that are to be paid by the RESPONDENT(S) within three (3) days from receipt of any invoices issued by the CLAIMANT to the RESPONDENT(S) for the execution of any of the following acts by the CLAIMANT or the CLAIMANT's agents or assigns.

| Description | Rate |
|---|---|
| Written communications regarding the above referenced Docket | $200/page* |
| Telephone communications regarding the above referenced Docket | $10/minute |
| Electronic communications regarding the above referenced Docket | $200/transmission* |
| Time expended regarding the above referenced Docket | $1,000/hour |

- The fees for the acts described accrue in addition to the hourly rate for time expended.

**In addition to the above fee schedule, please take notice:**

For the RESPONDENT's failure to Provide an accounting/dismissal showing a $0.00 Balance (hereafter "RECEIPT") for the above referenced for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. shall potentially jeopardize CLAIMANT'S rights, titles, and interest in the said property; and therefore CLAIMANT hereby makes an offer to conditionally accept RESPONDENT's failure to Provide RECEIPT upon the pre-payment of a sum equal to three times the value of CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR..

Furthermore, for the RESPONDENT's failure of their duty to remove negative reporting, CLAIMANT hereby offers for your acceptance or dishonor, payment from RESPONDENT for the necessary time expended for CLAIMANT or CLAIMANT's assigns for the contacting of the Credit Bureau and/or Credit Agencies in the efforts for removal of negative reporting in reference to the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR.. A fee for this shall constitute Five-Hundred United States Dollars ($500.00 USD) per hour ($12,000.00 USD) per day.

## PRESENTER'S AFFIDAVIT OF SERVICE (3) /*non-response*

It is hereby certified, that on the date noted below, the undersigned mailed to:

JOHN N. KANE
Tax Division
P.O. Box 972
Washington, D.C. 20044
(CERTIFIED MAIL # 7017 0660 0000 8132 6001)

SEAN M. GREEN
Tax Division
P.O. Box 972
Washington, D.C. 20044
(CERTIFIED MAIL # 7017 0660 0000 8132 6018)

CHRISTINA BARKER
IRS Criminal Investigations
5218 Atlantic Avenue
Mays Landing, NJ 08330
(CERTIFIED MAIL # 7017 0660 0000 8132 5813)

*None of the Parties listed have responded to the Notice of Default dated 28 Nov. 2018.*

In the matter of RESPONDENT(S) account 2000728930 , Kenneth Paul Jr.; THE UNITED STATES OF AMERICA v. KENNETH P CRAWFORD, JR Docket # 1-18-cr-00505-001(RBK)
the following:

1. AFFIDAVIT OF SERVICE OF DEFAULT JUDGMENT and CERTIFICATE OF CLAIM (four leaves); and

2. AFFIDAVIT OF NON-RESPONSE/NON PERFORMANCE (one leaf) /*Service*

by the respective USPS mail Numbers listed besides each recipient, by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of New Jersey.

_____          12/17/18
PRESENTER Name                            DATE

John Barry, C/o: 232 Amherst Ave, Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3E (2))


**JURAT**

New Jersey                    )
                              ) ss.
Burlington County             )

Sworn to (or affirmed) and subscribed before me on this _____17th_____ day of the _December_ month in the year of our Lord two thousand and eighteen by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____          17 DEC 2018
Notary Public's Signature                 Date

KENEISHA M MUNROE
Notary Public – State of New Jersey
My Commission Expires Dec 13, 2022

## DEFAULT JUDGMENT and CERTIFICATE OF CLAIM
### lawful notification to you, pursuant to The Bill of Rights of the National Constitution

### A SECURITY (15 USC)
-----------------------
### COMMERCIAL AFFIDAVIT
### U.S. S.E.C. TRACER FLAG
### NOT A POINT OF LAW

## PRESENTMENT

Be it known, that, the person signing below, a duly empowered PRESENTER, ACCEPTOR, AND CUSTODIAN OF RECORDS (hereafter "WITNESS"), at the request of Kenneth Paul Jr.; Crawford, In c/o: John Barry, Notary Public c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2), did duly present on 27 November 2018 the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT, to the following RESPONDENTS:

JOHN N. KANE
Tax Division
P.O. Box 972
Washington, D.C. 20044
(Certified Mail # 7017 0660 0000 8132 6001 )

SEAN M. GREEN
Tax Division
P.O. Box 972
Washington, D.C. 20044
(Certified Mail # 7017 0660 0000 8132 6018    )

CHRISTINA BARKER
IRS Criminal Investigations
5218 Atlantic Avenue
Mays Landing, NJ 08330
(Certified Mail # 7017 0660 0000 8132 5813    )

by depositing in a depository of the United States Mail within the New Jersey within a sealed envelope.

RE:
THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR
Docket # 1-18-cr-00505-001(RBK)

### PRIVATE ADMINISTRATIVE JUDGMENT in the matter of ACCOUNT:
### FINAL EXPRESSION IN A RECORD

## CLAIMANT/Secured Party Creditor/UNDERSIGNED: Kenneth Paul Jr.; Crawford, In care of John Barry, Notary Public

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT                                    Page 1 of 4

c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**PRESENTER, ACCEPTOR, and CUSTODIAN OF RECORDS:**
John Barry, Notary Public
c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)
 (Hereafter "**WITNESS**")


## STATEMENT OF FACTS

1. AFFIDAVIT OF NO JURISDICTION (Affidavit) presented on 10 September 2018 to the UNITED STATES DISTRICT COURT clerk and entered into the above docket number. As well as the LETTER OF REQUEST/NOTICE OF DISPUTE dated 25 May 2018, mailed to IRS CID Chief Don Fort via Certified mail # 70150640000007763987 and Delivered: Wed, May 30, 11:25 AM. And a NOTICE OF ACCEPTANCE via certificate of mailing USPS form 3817 on 15 October 2018.

2. On 23 October 2018 the Claimant presented the Respondents the NOTICE OF FAULT IN DISHONOR (Opportunity to Cure) AND NOTICE OF CLAIM AND NOTICE OF INTENT TO PERFECT SECURITY INTEREST ("FAULT NOTICE") FAIR NOTICE AND WARNING OF COMMERCIAL GRACE NOTICE OF NON-JUDICIAL PROCEEDING.

3. As of 26 November 2018 the RESPONDENT(S) have not returned nor refuted the PRESENTMENT, and it is deemed "Accepted" as evidenced by the AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry, (the "WITNESS"), dated 26 November 2018, a record of which is attached hereto and incorporated herein.

4. As of 26 November 2018 the RESPONDENT(S) have not responded sufficiently to the NOTICE OF FAULT IN DISHONOR (Opportunity to Cure) AND NOTICE OF CLAIM AND NOTICE OF INTENT TO PERFECT SECURITY INTEREST ("FAULT NOTICE") FAIR NOTICE AND WARNING OF COMMERCIAL GRACE NOTICE OF NON-JUDICIAL PROCEEDING nor refuted the terms and conditions therein, and have tacitly acquiesced to terms therein. As evidenced by the AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry, (the "WITNESS"), dated 26 November 2018, a record of which is attached hereto and incorporated herein.

5. On 28 November 2018 the Claimant presented the Respondents the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT.

6. As of 11 December 2018 the RESPONDENT(S) have not returned nor refuted the PRESENTMENT, and it is deemed "Accepted" as evidenced by the AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry, (the "WITNESS"), dated 11 December 2018, a record of which is attached hereto and incorporated herein.

7. As of 11 December 2018 the RESPONDENT(S) have not responded sufficiently to the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT nor refuted the terms and conditions therein, and have tacitly acquiesced to terms therein. As evidenced by the AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE (2), executed by John Barry, (the "WITNESS"), dated 11 December

2018, a record of which is attached hereto and incorporated herein.

8. The RESPONDENTS have defaulted.

9. As an operation of law, RESPONDENTS' failure to honor the PRESENTMENT and FAULT
NOTICE places the RESPONDENTS in **default**. For the course of dealing, set forth herein, with the
RESPONDENTS' failure, refusal, or neglect in the presentment of a verified response to the
PRESENTMENT and FAULT NOTICE, constitutes the RESPONDENTS' failure to perform in
good faith and the RESPONDENTS' acquiescence and tacit agreement with all terms, conditions
and stipulations set forth within this NOTICE OF DEFAULT IN DISHONOR (CONSENT TO
JUDGMENT), the PRESENTMENT, and the FAULT NOTICE. **Therefore this matter is deemed
res judicata and stare decisis.**

Of this presentment take due Notice and heed, and govern yourself accordingly. This **FINAL
EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms and
conditions of the agreement between the parties.

**CERTIFICATION OF PRESENTMENT OF NOTICE UNDER PRIVATE SEAL**
IN WITNESS WHEREOF, I, John Barry, Notary Public, under my unlimited liability and Commercial Oath,
proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the
facts contained herein are true, correct, complete and not misleading, under the penalty of perjury in the laws
of the united States of America.

I hereunto set my hand and seal on this 26th day of the Eleventh month in the year of our Lord two thousand
and eighteen and hereby certify all the statements made above are true, correct and complete under the
Penalty of International Commercial Law.

Whereupon, the undersigned WITNESS signing below, for the reason default and dishonor by non-
response/non-performance, does solemnly certify the default and dishonor as against all parties it may
concern by reason of non-response/non-performance thereof and stipulations therein. This **FINAL
EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms and
conditions of the agreement between the parties.

The entire record of the above statement of facts are in my office of business. You may request certified
copies of the original records and you may inspect the original records by contacting the Presenter at the
Presenter's address listed above.

**Date of Presentment:** 10 September 2018

**WITNESS Presented Under Seal:**   NOTICE OF DEFAULT AND CONSENT TO JUDGMENT
  **WITNESS's Certification:**  The above-noted parties were presented notice that certification of non-
response or default within ten (10) days of postmark would comprise their acceptance of the facts set forth
within these instruments, the time having elapsed for response thereof.

**DEFAULT JUDGMENT**

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT

Whereupon, the WITNESS signing below, for the reason default and dishonor by non-response/non-performance, does publicly and solemnly certify the default and dishonor as against all parties it may concern by reason of non-response/non-performance thereof and stipulations therein.

**TESTIMONY**
In testimony of the above, I have signed my name and attached my official seal.

By: _____          _12/17/18_          (SEAL)
WITNESS's Signature                                              Date

**John Barry, Notary Public**
 c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**JURAT**

New Jersey                    )
                              ) ss.
Burlington County             )

Sworn to (or affirmed) and subscribed before me on this ___17th___ day of December 2018 by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____          _17 Dec 2018_
Notary Public's Signature                    Date

> KENEISHA M MUNROE
> Notary Public – State of New Jersey
> My Commission Expires Dec 13, 2022

**NOTICE OF RIGHT TO APPEAL:**

**1.1.2.** All disputes that arise from this proceeding, can be appealed through an Arbitrator of the CLAIMANT's choice (hereafter "ARBITRATOR").

**1.1.3.** No Arbitrator has any jurisdiction unless expressly authorized by the CLAIMANT in writing and delivered to the RECIPIENT(s).

**1.1.4.** No Court of the United States or of any Court of Common Pleas or of any other Court owned, created, or operated with any franchise of the United States or any subdivision thereof, has any jurisdiction to arbitrate the decision of this proceeding.

### DEFAULT is with the RESPONDENT(S) confession of judgment to the following:

1. The RESPONDENTS do not have nor have ever had lawful authority or consent of the undersigned to impair the undersigns liberties and God given freedoms.

2. The "arrest" and detention for 13 hours of the undersigned was under color of law and without lawful authority or jurisdiction.

3. The confiscation of the undersigns DNA was under color of law and under threat duress, and coercion.

4. The confiscation of the undersigns Passport was under color of law and under threat duress, and coercion.

5. The confiscation of the undersigns arms was under color of law and under threat duress, and coercion

6. The undersigned and the defendant are two (2) separate entities, one an ens legis, legal fiction as no man or woman's appellation is in all capital letters and the other a creation of GOD the all mighty divine spirit giving life to all, a man of flesh and blood.

7. That the action in the UNITED STATES DISTRICT COURT (not District Court of the United States) is an entirely commercial action in which the RSPONDENT(S) have received notice of Acceptance for value and return for full settlement and closure.

8. That the undersigned has the priority security interest in all property and collateral belonging to the defendant as evidenced in the non-UCC filing you received in the Notice of Acceptance.

9. That by not settling and closing this matter and returning all property to the undersigned RESPONDENT(S) are in commercial dishonor and may be held personally liable.

10. RESPONDENT(S) are consenting to a FEE SCHEDULE with CLAIMANT as follows:
    The following schedule of fees is effective upon the date of the RESPONDENT(S) Default in Dishonor. These fees are subject to change upon written notice by the CLAIMANT to the RECIPIENT(S).

    **Section 1**
    Notice: Section 1 is a schedule of fees that are to be prepaid by the RESPONDENT(S) to the CLAIMANT before the execution of any of the following acts by the CLAIMANT or the CLAIMANT's agents or assigns.

| Description | Rate |
|---|---|
| Arbitration hearing(s) regarding the above referenced Docket | $5,000/hearing* |
| Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | $10,000/hearing* |
| Mediation hearing(s) regarding the above referenced Docket | $5,000/hearing* |
| Formal/informal meeting regarding the above referenced Docket | $5,000/meeting* |

**Section 2**

Notice: Section 2 is a schedule of fees that are to be paid by the RESPONDENT(S) within three (3) days from receipt of any invoices issued by the CLAIMANT to the RESPONDENT(S) for the execution of any of the following acts by the CLAIMANT or the CLAIMANT's agents or assigns.

| Description | Rate |
| --- | --- |
| Written communications regarding the above referenced Docket | $200/page* |
| Telephone communications regarding the above referenced Docket | $10/minute |
| Electronic communications regarding the above referenced Docket | $200/transmission* |
| Time expended regarding the above referenced Docket | $1,000/hour |

* The fees for the acts described accrue in addition to the hourly rate for time expended.

**In addition to the above fee schedule, please take notice:**

For the RESPONDENT(S) so called "arrest" (taking undersigned CLAIMANT hostage for 13 hours) the initial fee for the impairment of liberty is $1,000,000 USD. For time in captivity as the presumed surety for the legal fiction/DEFENDANT the charge is $10,000 USD an hour, so RESPONDENT(S) current bill is $130,000 USD. For the taking under threat duress and coercion of the CLAIMANT's DNA the charge is $100,000 USD. For the surrendering of the CLAIMANT's Passport under threat and duress the charge is $100,000 USD. And for the surrendering of the CLAIMANT's arms under threat and duress the charge is $100,000 USD. The total of $1,430,000 is now overdue and owing IF REPONDENTS(S) choose not to respond to the AFFIDAVIT OF NO JURISDICTION or dismiss the matter with prejudice.

For the RESPONDENT(S) failure to provide a Receipt of Accounting for the above referenced Docket shall potentially jeopardize CLAIMANT'S rights, titles, and interest in the said property. For the RESPONDENT(S) failure to provide said Receipt shall potentially harm the CLAIMANT; and therefore CLAIMANT hereby makes an offer to conditionally accept RESPONDENT(S) failure to Provide RECEIPT upon the pre-payment of a sum equal to three times the value of the property listed for Docket.

Furthermore, for the RESPONDENT(S) failure of their duty to remove any negative publishing regarding the matter, which may ruin CLAIMANTS public persona, the fee for this shall constitute Five-Hundred United States Dollars ($500.00 USD) per hour.

CLAIMANT will receive payment from RESPONDENT(S) for the above services, or may pursue necessary lawful collection activity towards RESPONDENT(S), all jointly and severally. Collection activity void where prohibited by law.

Kenneth Paul Jr. Crawford
117 Liberty Court
Galloway, New Jersey
Non-domestic

# INVOICE

JOHN N. KANE
Tax Division
P.O. Box 972
Washington, D.C. 20044

| | |
|---|---|
| **Invoice #** | 0000001 |
| **Invoice Date** | 11/26/2018 |
| **Due Date** | 11/26/2018 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Product | Impairment of liberty | 1000000.00 | 1.00 | 1,000,000.00 |
| Hours | Impairment of liberty | 10000.00 | 13.00 | 130,000.00 |
| Product | DNA | 100000.00 | 1.00 | 100,000.00 |
| Product | Passport | 100000.00 | 1.00 | 100,000.00 |
| Product | Arms | 100000.00 | 1.00 | 100,000.00 |
| Product | Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | 10000.00 | 3.00 | 30,000.00 |
| Product | Written communications regarding the above referenced Docket | 200.00 | 19.00 | 3,800.00 |
| Hours | Time expended regarding the above referenced Docket | 1000.00 | 5.00 | 5,000.00 |

NOTES: Amounts are overdue and owing.

| | |
|---|---|
| **Subtotal** | 1,468,800.00 |
| **Total** | 1,468,800.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $1,468,800.00 |

Kenneth Paul Jr. Crawford
117 Liberty Court
Galloway, New Jersey
Non-domestic

# I N V O I C E

SEAN M. GREEN
Tax Division
P.O. Box 972
Washington, D.C. 20044

| | |
|---|---|
| **Invoice #** | 0000001 |
| **Invoice Date** | 11/26/2018 |
| **Due Date** | 11/26/2018 |

| Item | Description | Unit Price | Quantity | Amount |
|------|-------------|-----------:|---------:|-------:|
| Product | Impairment of liberty | 1000000.00 | 1.00 | 1,000,000.00 |
| Hours | Impairment of liberty | 10000.00 | 13.00 | 130,000.00 |
| Product | DNA | 100000.00 | 1.00 | 100,000.00 |
| Product | Passport | 100000.00 | 1.00 | 100,000.00 |
| Product | Arms | 100000.00 | 1.00 | 100,000.00 |
| Product | Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | 10000.00 | 3.00 | 30,000.00 |
| Product | Written communications regarding the above referenced Docket | 200.00 | 19.00 | 3,800.00 |
| Hours | Time expended regarding the above referenced Docket | 1000.00 | 5.00 | 5,000.00 |

NOTES: Amounts are overdue and owing.

| | |
|---|---:|
| **Subtotal** | 1,468,800.00 |
| **Total** | 1,468,800.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $1,468,800.00 |

Kenneth Paul Jr. Crawford
117 Liberty Court
Galloway, New Jersey
Non-domestic

# I N V O I C E

CHRISTINA BARKER
IRS Criminal Investigations
5218 Atlantic Avenue
Mays Landing, NJ 08330

| | |
|---|---|
| **Invoice #** | 0000001 |
| **Invoice Date** | 11/26/2018 |
| **Due Date** | 11/26/2018 |

| Item | Description | Unit Price | Quantity | Amount |
|------|-------------|-----------:|---------:|-------:|
| Product | Impairment of liberty | 1000000.00 | 1.00 | 1,000,000.00 |
| Hours | Impairment of liberty | 10000.00 | 13.00 | 130,000.00 |
| Product | DNA | 100000.00 | 1.00 | 100,000.00 |
| Product | Passport | 100000.00 | 1.00 | 100,000.00 |
| Product | Arms | 100000.00 | 1.00 | 100,000.00 |
| Product | Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | 10000.00 | 3.00 | 30,000.00 |
| Product | Written communications regarding the above referenced Docket | 200.00 | 19.00 | 3,800.00 |
| Hours | Time expended regarding the above referenced Docket | 1000.00 | 5.00 | 5,000.00 |

NOTES: Amounts are overdue and owing.

| | |
|---|---:|
| **Subtotal** | 1,468,800.00 |
| **Total** | 1,468,800.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $1,468,800.00 |



ATLANTIC COUNTY, NJ
EDWARD P. McGETTIGAN, COUNTY CLERK
RCPT # 1449133 RECD BY Laverne
REC FEES $25.00
RECORDED 01/25/2019 02:56:56 PM
INST # 2019004124

## Atlantic County
## Document Summary Sheet

ATLANTIC COUNTY CLERK
5901 MAIN ST
MAYS LANDING, NJ 08330

**Return Name and Address**

Kenneth Paul Jr.
c/o: 117 Liberty Court
Galloway, New Jersey
08205

THIS IS AN UNOFFICIAL COPY
until the document has
completed the recording
process and has been
verified.

Official Use Only

| | |
|---|---|
| Submitting Company | N/A |
| Document Date *(mm/dd/yyyy)* | 12/17/2018 |
| Document Type | UCC Financing Statement |
| No. of Pages of the Original Signed Document *(Including the cover sheet)* | 2 |
| Consideration Amount *(If applicable)* | $1,468,800 |

| First Party *(Grantor or Mortgagor or Assignor)* *(Enter up to five names)* | Name(s) | *(Last Name, First Name Middle Initial, Suffix) (or Company Name as written)* | | Address *(Optional)* |
|---|---|---|---|---|
| | | | | |

| Second Party *(Grantee or Mortgagee or Assignee)* *(Enter up to five names)* | Name(s) | *(Last Name, First Name Middle Initial, Suffix) (or Company Name as written)* | | Address *(Optional)* |
|---|---|---|---|---|
| | | | | |

| Parcel Information *(Enter up to three entries)* | Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|---|
| | | | | | |

| Reference Information *(Enter up to three entries)* | Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| | | | | | |

*DO NOT REMOVE THIS PAGE*
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF ATLANTIC COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**
Crawfordgroup@comcast.net

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

Kenneth Paul Jr.
c/o: 117 Liberty Court
Galloway, New Jersey
Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Barker | Christina | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| In care of: 5218 Atlantic Avenue | Mays Landing | NJ | 08330 | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Crawford | Kenneth | Paul | | Jr. |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o: 117 Liberty Court,Galloway, New Jersey | Non-domestic | | Exempt | USA |

4. COLLATERAL: This financing statement covers the following collateral:
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT dated 17 Dec. 2018 between the Debtors and Secured Party, instrument No. 70150640000007763987; Notice of lien hold interest in all property and collateral belonging to the Debtors.  Security agreement conveys and grants:
1. Priority security interest in all property and collateral belonging to the Debtors as agreed upon in Administrative Record resulting in Certificate of Claim # 70150640000007763987 of Notary Public.  Value of Collateral equals $1,468,800.00 USD.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☒ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:     6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT 70150640000007763987

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)

## PRESENTER'S AFFIDAVIT OF SERVICE (3) /*non-response*

It is hereby certified, that on the date noted below, the undersigned mailed to:

JOHN N. KANE
Tax Division
P.O. Box 972
Washington, D.C. 20044
(CERTIFIED MAIL # 7017 0660 0000 8132 6001)

*None of the Parties listed have responded to the Notice of Default dated 28 Nov. 2018.*

SEAN M. GREEN
Tax Division
P.O. Box 972
Washington, D.C. 20044
(CERTIFIED MAIL # 7017 0660 0000 8132 6018)

CHRISTINA BARKER
IRS Criminal Investigations
5218 Atlantic Avenue
Mays Landing, NJ 08330
(CERTIFIED MAIL # 7017 0660 0000 8132 5813)

In the matter of RESPONDENT(S) account 2000728930 , Kenneth Paul Jr.; THE UNITED STATES OF AMERICA v. KENNETH P CRAWFORD, JR Docket # 1-18-cr-00505-001(RBK) the following:

1. AFFIDAVIT OF SERVICE OF DEFAULT JUDGMENT and CERTIFICATE OF CLAIM (four leaves); and

2. AFFIDAVIT OF NON-RESPONSE/NON PERFORMANCE (one leaf) /*Service*

by the respective USPS mail Numbers listed besides each recipient, by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of New Jersey.

_____       12/17/18
PRESENTER Name                          DATE

John Barry, C/o: 232 Amherst Ave, Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3E (2))

**JURAT**

New Jersey                )
                          ) ss.
Burlington County         )

Sworn to (or affirmed) and subscribed before me on this ____17th____ day of the _December_ month in the year of our Lord two thousand and eighteen by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____       17 DEC 2018
Notary Public's Signature               Date

KENEISHA M MUNROE
Notary Public – State of New Jersey
My Commission Expires Dec 13, 2022

ATLANTIC COUNTY, NJ
EDWARD P. McGETTIGAN, COUNTY CLERK
RCPT # 1449133 RECD BY Laverne
REC FEES $25.00
RECORDED 01/25/2019 02:56:56 PM
INST # 2019004125



## Atlantic County
## Document Summary Sheet

| ATLANTIC COUNTY CLERK<br>5901 MAIN ST<br>MAYS LANDING, NJ 08330 | Return Name and Address<br><br>Kenneth Paul Jr.<br>c/o: 117 Liberty Court<br>Galloway, New Jersey<br>08205 |
|---|---|

THIS IS AN UNOFFICIAL COPY
until the document has
completed the recording
process and has been
verified.

Official Use Only

| Submitting Company | N/A |
|---|---|
| Document Date (mm/dd/yyyy) | 12/17/2018 |
| Document Type | UCC Financing Statement |
| No. of Pages of the Original Signed Document<br>(Including the cover sheet) | 2 |
| Consideration Amount (If applicable) | $1,468,800 |

| | Name(s) | (Last Name, First Name Middle Initial, Suffix)<br>(or Company Name as written) | Address (Optional) |
|---|---|---|---|
| **First Party**<br>(Grantor or Mortgagor or Assignor)<br>(Enter up to five names) | | | |
| **Second Party**<br>(Grantee or Mortgagee or Assignee)<br>(Enter up to five names) | Name(s) | (Last Name, First Name Middle Initial, Suffix)<br>(or Company Name as written) | Address (Optional) |

| | Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|---|
| **Parcel Information**<br>(Enter up to three entries) | | | | | |

| | Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| **Reference Information**<br>(Enter up to three entries) | | | | | |

*DO NOT REMOVE THIS PAGE*
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF ATLANTIC COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.

▮▮▮▮
▮▮▮▮
▮▮▮▮

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| B. E-MAIL CONTACT AT FILER (optional)<br>Crawfordgroup@comcast.net |
| C. SEND ACKNOWLEDGMENT TO:   (Name and Address)<br><br>Kenneth Paul Jr.<br>c/o: 117 Liberty Court<br>Galloway, New Jersey<br>Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2) |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Kane | John | Noel | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Green | Sean | M. | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| Crawford | Kenneth | Paul | Jr. |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o: 117 Liberty Court,Galloway, New Jersey | Non-domestic | | Exempt | USA |

4. COLLATERAL: This financing statement covers the following collateral:
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT dated 17 Dec. 2018 between the Debtors and Secured Party, instrument No. 70150640000007763987; Notice of lien hold interest in all property and collateral belonging to the Debtors. Security agreement conveys and grants:
1. Priority security interest in all property and collateral belonging to the Debtors as agreed upon in Administrative Record resulting in Certificate of Claim # 70150640000007763987 of Notary Public. Value of Collateral equals $1,468,800.00 USD.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☒ being administered by a Decedent's Personal Representative | | |
| --- | --- | --- |
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA:
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT 70150640000007763987

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)   International Association of Commercial Administrators (IACA)

117 Liberty Court
Bellmawr, New Jersey

William T. Walsh
Court Clerk
4th & Cooper Streets
Camden, New Jersey 08101



U.S. POSTAGE PAID
FCM LG EV
CREAM RIDGE, NJ
08514
FEB 05, 19
AMOUNT
$1.60
R2305M146450-11
1000
08101

RECEIVED
FEB -7 2019
AT 8:30
WILLIAM T WALSH CLERK
M