Kenneth Paul Junior
Secured Party,
c/o: John Barry, Notary Public
232 Amherst Ave.
Pemberton, New Jersey

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff (alleged) v. KENNETH CRAWFORD, JR, Defendant (alleged) | Docket # 11-18-cr-00505-001 (RBK) |

## NOTICE OF CONDITIONAL ACCEPTANCE AND MOTION TO DISMISS

Comes now Kenneth Paul Junior in Pro pria Persona as the authorized representative of the juristic person, ens legis, Defendant KENNETH CRAWFORD, JR, waiving no rights remedies or defenses whether statutorily or procedural, having the priority security interest in all property and collateral both registered and unregistered belonging to the Defendant, As holder in due course and creditor, with rights of enforcement of the instrument issued (indictment) in the above captioned case docket. Appearing specially not generally upon this NOTICE to conditionally accept the "Status Conference" scheduled 8 February 2019 upon the following conditions:

1. Upon the presentation of any verified evidence that the undersigned will not be making a special appearance in pro pria persona as the authorized representative of the Defendant KENNETH CRAWFORD, JR, as the holder in due course and having rights of enforcement of the indictment instrument.
2. Proof of claim that the undersign is not attending merely for the purpose of enforcement of the authenticated record agreement between the parties (**The Record**, Exhibit A), proof of claim that The Record has not setoff, settled and closed the accounting for docket #1-18-cr-00505-001
3. Upon proof of claim that The Record is insufficient to dismiss the case docket #1-18-cr-00505-001 with prejudice.

4. That the authorized representative is compensated for attendance in accordance with the agreed fee schedule. Or proof of claim that involuntary servitude is legal in the United States.
5. That no errors in spoken words circumvent The Record between the parties, or are construed as dishonor or argument.
6. That an administrative order be given to release all property belonging to the Defendant as well as the agreed upon distribution from the trust.

Accordingly, the undersigned now directs the court to dismiss the above docketed action by invoking the doctrine of estoppel by acquiescence. Let the record show that your fiduciary duty as alleged "government agents/employees" imposes upon you a legal and a moral duty to answer, and your silence can only be equated as fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading. Silence is a species of conduct, and constitutes an implied representation of the existence of the state of facts in question, and the estoppel is accordingly a species estoppel by misrepresentation when silence is of such a character and under such circumstances that it would become a fraud upon the other party to permit the party who has kept silent to deny which his silence has induced the other to believe and act upon, it will operate as estoppel.

A concealed fault is equal to a deceit, all are equal under the law, in commerce truth is sovereign and truth is expressed in the form of an Affidavit. (Exhibit B) An unrebutted affidavit stands as truth in commerce, an unrebutted affidavit becomes judgment in commerce, and he who leaves the field of battle first (does not respond to Affidavit) loses by default.

The undersigned Creditor demands that this action be dismissed with prejudice and all property belonging to the Defendant be released or ordered to be released as well as all disbursements from the trust in accordance with the record agreement between the parties which is the law.

Submitted this 8th day of February 2019

_Kenneth Paul_
Kenneth Paul Junior
Authorized Representative and Secured Party Creditor,
For the Defendant/Juristic ens legis KENNETH CRAWFORD, JR

cc
A copy of the foregoing was hand delivered
this 8th day of February 2019
To:
SEAN M GREEN, attorney for Plaintiff
THE UNITED STATES OF AMERICA

No. 3553

## CERTIFICATE OF CLAIM and ADMINISTRATIVE JUDGMENT
### lawful notification to you, pursuant to The Bill of Rights of the National Constitution

### PRESENTMENT

Be it known, that, the person signing below, a duly empowered PRESENTER, ACCEPTOR, AND CUSTODIAN OF RECORDS (hereafter "WITNESS"), at the request of Kenneth Paul Jr.; Crawford, did duly present on 12 December 2018 the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT, to the following RESPONDENT(S):

UNITED STATES OF AMERICA
In Care Of: Richard E. Zuckerman
Principal Deputy Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Certified Mail # 7017 0660 0000 8132 5837)

by depositing in a depository of the United States Mail within the New Jersey within a sealed envelope.

RE:
THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR
UNITED STATES DISTRICT COURT Docket # 1-18-cr-00505-001(RBK)

### PRIVATE ADMINISTRATIVE JUDGMENT in the matter of ACCOUNT:
### FINAL EXPRESSION IN A RECORD

**CLAIMANT/Secured Party Creditor:** Kenneth Paul Jr.; Crawford, In care of John Barry, Notary Public c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**PRESENTER, ACCEPTOR, and CUSTODIAN OF RECORDS:**
John Barry, Notary Public c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)  (Hereafter "**WITNESS**")

### STATEMENT OF FACTS

1. Notice Of Acceptance with private settlement instruments, authorization, and request regarding statement of account, presented Privately under third-party record-keeper's seal by the CLAIMANT on or about 5 November 2018 to THE UNITED STATES OF AMERICA in care of Richard E. Zuckerman d/b/a Principal Deputy Assistant Attorney General via Certified mail # 7013 2630 0000 6873 3553 RRR.

2. On 19 November 2018 the Claimant presented the Respondents the NOTICE OF FAULT IN DISHONOR (Opportunity to Cure) AND NOTICE OF CLAIM AND NOTICE OF INTENT TO PERFECT SECURITY INTEREST ("FAULT NOTICE") FAIR NOTICE AND WARNING OF COMMERCIAL GRACE NOTICE OF NON-JUDICIAL PROCEEDING.

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT                                                   Page 2 of 7

Exhibit A

3. As of 4 December 2018 the RESPONDENT(S) have not returned nor refuted the PRESENTMENT, and it is deemed "Accepted" as evidenced by AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry Notary Public, (the "WITNESS"), dated 4 December 2018, a record of which is kept by the WITNESS.

4. As of 4 December 2018 the RESPONDENT(S) have not responded sufficiently to the NOTICE OF FAULT IN DISHONOR (Opportunity to Cure) AND NOTICE OF CLAIM AND NOTICE OF INTENT TO PERFECT SECURITY INTEREST ("FAULT NOTICE") FAIR NOTICE AND WARNING OF COMMERCIAL GRACE NOTICE OF NON-JUDICIAL PROCEEDING nor refuted the terms and conditions therein, and have tacitly acquiesced to terms therein. As evidenced by the AFFIDAVIT OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry Notary Public, (the "WITNESS"), dated 4 December 2018, a record of which is kept by the presenter and custodian of records.

5. On 12 December 2018 the Claimant presented the Respondents the NOTICE OF DEFAULT AND CONSENT TO JUDGMENT.

6. As of 7 January 2019 the RESPONDENT(S) have not returned nor refuted the PRESENTMENT, and it is deemed "Accepted" as evidenced by 3 separate AFFIDAVITS OF NON-RESPONSE AND NON-PERFORMANCE, executed by John Barry, (the "WITNESS"), a record of which is kept by the presenter and custodian of records.

7. The RESPONDENT(S) have defaulted.

8. As an operation of law, RESPONDENTS' failure to honor the PRESENTMENT and FAULT NOTICE places the RESPONDENT(S) in **default**. For the course of dealing, set forth herein, with the RESPONDENTS' failure, refusal, or neglect in the presentment of a verified response to the PRESENTMENT and FAULT NOTICE, constitutes the RESPONDENTS' failure to perform in good faith and the RESPONDENTS' acquiescence and tacit agreement with all terms, conditions and stipulations set forth within the NOTICE OF DEFAULT IN DISHONOR (CONSENT TO JUDGMENT), the PRESENTMENT, and the FAULT NOTICE. **Therefore this matter is deemed res judicata and stare decisis.**

Of this presentment take due Notice and heed, and govern yourself accordingly. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms and conditions of the agreement between the parties.

### CERTIFICATION OF PRESENTMENT OF NOTICE UNDER PRIVATE SEAL
IN WITNESS WHEREOF, I, John Barry, Notary Public, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under the penalty of perjury in the laws of the united States of America.

No. 3553

I hereunto set my hand and seal on this 8th day of the first month in the year of our Lord two thousand and nineteen and hereby certify all the statements made above are true, correct and complete under the Penalty of International Commercial Law.

Whereupon, the undersigned WITNESS signing below, for the reason default and dishonor by non-response/non-performance, does solemnly certify the default and dishonor as against all parties it may concern by reason of non-response/non-performance thereof and stipulations therein. This **FINAL EXPRESSION IN A RECORD** is intended as a complete and exclusive statement of the terms and conditions of the agreement between the parties.

The entire record of the above statement of facts are in my office of business. You may request certified copies of the original records and you may inspect the original records by contacting the Presenter at the Presenter's address listed above.

**Date of Presentment:** 12 December 2018

**WITNESS Presented Under Seal:** NOTICE OF DEFAULT AND CONSENT TO JUDGMENT
   **WITNESS's Certification:** The above-noted parties were presented notice that certification of non-response or default within ten (10) days of postmark would comprise their acceptance of the facts set forth within these instruments, the time having elapsed for response thereof.

**DEFAULT JUDGMENT**
Whereupon, the WITNESS signing below, for the reason default and dishonor by non-response/non-performance, does publicly and solemnly certify the default and dishonor as against all parties it may concern by reason of non-response/non-performance thereof and stipulations therein.

**TESTIMONY**
In testimony of the above, I have signed my name and attached my official seal.

_____          1/12/19
WITNESS's Signature            Date

JOHN BARRY JR.
Notary Public - State of New Jersey
My Commission Expires Jan 18, 2023

John Barry, Notary Public
c/o: 232 Amherst Ave. Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

**JURAT**

New Jersey              )
                        ) ss.
Burlington County       )

Sworn to (or affirmed) and subscribed before me on this 12th day of January 2019 by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____          1-12-2019
Notary Public's Signature      Date

AMBER L GREENOUGH
Notary Public
State of New Jersey
My Commission Expires Dec 11, 2019

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT                                Page 4 of 7

No. 3553

## PRESENTER'S AFFIDAVIT OF SERVICE (4)

It is hereby certified, that on the date noted below, the undersigned mailed to:

UNITED STATES OF AMERICA
In Care Of: Richard E. Zuckerman
Principal Deputy Assistant Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Certified Mail 7017 0660 0000 8132 5837 RRR)

In the matter of THE UNITED STATES OF AMERICA v. KENNETH P CRAWFORD, JR Docket # 1-18-cr-00505-001(RBK) the following:

1. AFFIDAVIT OF SERVICE OF DEFAULT NOTICE (one leaf); and

2. AFFIDAVIT OF NON-RESPONSE/NON PERFORMANCE REGARDING FAULT NOTICE (one leaf)

by the respective USPS mail Numbers listed besides each recipient, by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of New Jersey.

_____   1/12/19
PRESENTER Name            DATE

JOHN BARRY JR.
Notary Public - State of New Jersey
My Commission Expires Jan 18, 2023

John Barry, C/o: 232 Amherst Ave, Pemberton, New Jersey, Non-domestic, Zip Code Exempt (DMM 602 1.3E (2))

**JURAT**

New Jersey          )
                    ) ss.
Burlington County   )

Sworn to (or affirmed) and subscribed before me on this 12th day of the 1st month in the year of our Lord two thousand and ~~eighteen~~ nineteen by John Barry, Notary Public, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____   1-12-2019
Notary Public's Signature    Date

AMBER L GREENOUGH
Notary Public
State of New Jersey
My Commission Expires Dec 11, 2019

CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT                    Page 5 of 7

No. 3553

### DEFAULT is with the RESPONDENT(S) confession of judgment to the following:

1. Tender of the above-referenced instrument(s), by CLAIMANT are sufficient for the discharge, settlement and setoff of any and all debts, obligations, duties and liabilities of or relating to the above-referenced CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR.

2. The balance due for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. is Zero and 00/100 dollars ($0.00).

3. The RESPONDENT(S) irrevocable conveyance of any and all rights, titles and interests in and on any and all collateral in the association with or the security for the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. to the CLAIMANT.

4. The RESPONDENT(S) irrevocable conveyance of the authority for the acquisition, procurement, and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles and interests in and on any and all collateral in the association with or the security for the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. to the CLAIMANT.

5. The RESPONDENT(S) waiver of any and all claims, rights, immunities and defenses.

6. RESPONDENT(S) consent to CLAIMANT recording or causing to be recorded a commercial lien against the respondent as lien debtors for value of no less than $44,000,000.00.

7. RESPONDENT(S) are granting a specific power-of-attorney for the acquisition, procurement and/or production of any and all records, documents, and/or communications necessary for the securing of any and all rights, titles, and interests in or pertaining to any and all collateral associated with or secured by the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. to the CLAIMANT.

8. RESPONDENT(S) are consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment on any and all property, fixtures, accounts, and public hazard bonds by the CLAIMANT against the RESPONDENT(S) up to the amount of the value of CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. for any and all actions taken by the RESPONDENT(S) with the hindering, impeding, obstruction and/or delaying of the CLAIMANT rights, titles and interests in any and all collateral in the association with or the security for the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR..

9. RESPONDENT(S) are consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment, on any and all property, fixtures, accounts, and public hazard bonds by the CLAIMANT against the RESPONDENT(S) up to the amount of CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. for any and all actions taken by the RESPONDENT(S) with the semblance of harassment, coercion, defrauding, and/or defamation of the CLAIMANT and/or the CLAIMANT's collateral.

10. RESPONDENT(S) are consenting to a FEE SCHEDULE with CLAIMANT as follows:

    The following schedule of fees is effective upon the date of the Recipient's Default in Dishonor. These fees are subject to change upon written notice by the CLAIMANT to the RECIPIENT(S).

    **Section 1**

    Notice: Section 1 is a schedule of fees that are to be prepaid by the RESPONDENT(S) to the CLAIMANT before the execution of any of the following acts by the CLAIMANT or the CLAIMANT's agents or assigns.

    | Description | Rate |
    |---|---|
    | Arbitration hearing(s) regarding the above referenced Docket | $5,000/hearing* |

_____No. 3553

| | |
|---|---|
| Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | $10,000/hearing* |
| Mediation hearing(s) regarding the above referenced Docket | $5,000/hearing* |
| Formal/informal meeting regarding the above referenced Docket | $5,000/meeting* |

## Section 2

Notice: Section 2 is a schedule of fees that are to be paid by the RESPONDENT(S) within three (3) days from receipt of any invoices issued by the CLAIMANT to the RESPONDENT(S) for the execution of any of the following acts by the CLAIMANT or the CLAIMANT's agents or assigns.

| Description | Rate |
|---|---|
| Written communications regarding the above referenced Docket | $200/page* |
| Telephone communications regarding the above referenced Docket | $10/minute |
| Electronic communications regarding the above referenced Docket | $200/transmission* |
| Time expended regarding the above referenced Docket | $1,000/hour |

* The fees for the acts described accrue in addition to the hourly rate for time expended.

<u>In addition to the above fee schedule, please take notice:</u>

For the RESPONDENT's failure to Provide an accounting/dismissal showing a $0.00 Balance (hereafter "RECEIPT") for the above referenced for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR. shall potentially jeopardize CLAIMANT'S rights, titles, and interest in the said property; and therefore CLAIMANT hereby makes an offer to conditionally accept RESPONDENT's failure to Provide RECEIPT upon the pre-payment of a sum equal to three times the value of CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR..

Furthermore, for the RESPONDENT's failure of their duty to remove negative reporting, CLAIMANT hereby offers for your acceptance or dishonor, payment from RESPONDENT for the necessary time expended for CLAIMANT or CLAIMANT's assigns for the contacting of the Credit Bureau and/or Credit Agencies in the efforts for removal of negative reporting in reference to the for CASE DOCKET # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR.. A fee for this shall constitute Five-Hundred United States Dollars ($500.00 USD) per hour ($12,000.00 USD) per day.



```
ATLANTIC COUNTY, NJ
EDWARD P. McGETTIGAN, COUNTY CLERK
RCPT # 1449133 RECD BY Laverne
REC FEES $25.00
RECORDED 01/25/2019 02:56:56 PM
INST # 2019004123
```



# Atlantic County
## Document Summary Sheet

**THIS IS AN UNOFFICIAL COPY**

until the document has completed the recording process and has been verified.

Official Use Only

| | Return Name and Address |
|---|---|
| ATLANTIC COUNTY CLERK<br>5901 MAIN ST<br>MAYS LANDING, NJ 08330 | Kenneth Paul Jr.<br>c/o: 117 Liberty Court<br>Galloway, New Jersey<br>08205 |

| Field | Value |
|---|---|
| Submitting Company | N/A |
| Document Date (mm/dd/yyyy) | 01/08/2019 |
| Document Type | UCC Financing Statement |
| No. of Pages of the Original Signed Document (Including the cover sheet) | 2 |
| Consideration Amount (If applicable) | N/A |

**First Party** (Grantor or Mortgagor or Assignor) (Enter up to five names)

| Name(s) (Last Name, First Name Middle Initial, Suffix) (or Company Name as written) | Address (Optional) |
|---|---|
| | |

**Second Party** (Grantee or Mortgagee or Assignee) (Enter up to five names)

| Name(s) (Last Name, First Name Middle Initial, Suffix) (or Company Name as written) | Address (Optional) |
|---|---|
| | |

**Parcel Information** (Enter up to three entries)

| Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|
| | | | | |

**Reference Information** (Enter up to three entries)

| Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|
| | | | | |

*DO NOT REMOVE THIS PAGE*
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF ATLANTIC COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)
Crawfordgroup@comcast.net

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Kenneth Paul Jr.
c/o: 117 Liberty Court
Galloway, New Jersey
Non-domestic, Zip Code Exempt (DMM 602 1.3(e) 2)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| UNITED STATES OF AMERICA in care of Richard E. Zuckerman d/b/a Princ. Dep. Ass. A.G. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| Crawford | Kenneth | Paul | | Jr. |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o: 117 Liberty Court | Galloway, New Jersey | | Exempt | USA |

4. COLLATERAL: This financing statement covers the following collateral:
1. CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT dated 8 Jan. 2019 between the Debtor and Secured Party, instrument No. 3553; Notice of lien hold interest in any proceeds collected for UNITED STATES DISTRICT COURT Docket # 1-18-cr-00505-001(RBK) - THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR; Security agreement conveys and grants: 1.Specific Power of Attorney to secured party or his agents or assigns to execute and file any and all documents necessary on behalf of Debtor for the securing of any and all rights, titles, and interests in or pertaining to any and all collateral associated with or secured by the Secured Party for CASE DOCKET#1-18-cr-00505-001 (RBK). 2.Debtors waiver of any and all claims, rights, immunities and defenses. 3. Debtors are consenting with the filing of encumbrances, including but not limited to liens, writs of possession, writs of execution, and writs of attachment, on any and all property, fixtures, accounts, and public hazard bonds by the Secured Party. 4. Debtors are consenting to a FEE SCHEDULE with Secured Party. 5. Value of Collateral equals $66,000,000.00 Sixty Six Million USD.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☒ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CERTIFICATE OF CLAIM AND ADMINISTRATIVE JUDGMENT 7013 2630 0000 6873 3553

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)



# REQUEST REGARDING A STATEMENT OF ACCOUNT

To:    RICHARD E. ZUCKERMAN
Tax Division
P.O. Box 972
Washington, D.C. 20044

From:  Kenneth Paul Jr. of Crawford
c/o: John Barry, Notary Public
232 Amherst Ave.
Pemberton, New Jersey

Re: Indictment on case # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR

---

Pursuant to the Uniform Commercial Code § 9-210 and its implementation in the State of New Jersey, this is a record authenticated by the debtor requesting that the recipient approve or correct a statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. Recipient has fourteen (14) days to comply with this request and provide an authenticated record. If a response is not received in the time provided, your non-response will be construed as your tacit acquiescence and your acceptance and honoring of this instrument as a true Statement of Account.

## STATEMENT OF ACCOUNT:

**Date:** November 5, 2018

**Account No.:** 1-18-cr-00505-001

**Original Creditor:** Kenneth Paul Jr.; of Crawford

**Servicer:** UNITED STATES DISTRICT COURT, CAMDEN

**Debtor:** KENNETH CRAWFORD, JR

**Balance Due:** $0.00

IN WITNESS WHEREOF I hereunto set my hand and seal on this ___5th___ day of the ___11th___ month in the year two thousand and eighteen and hereby certify all the statements made above are true, correct and complete under the penalty of perjury in the laws of the United States of America.

_____
Kenneth Paul Jr.; of Crawford

New Jersey              )
                        ) ss.
Atlantic County    )
Sworn to (or affirmed) and subscribed before me on this ___5th___ day of the ___2␣___ month in the year two thousand and eighteen by Kenneth Paul Jr.; of Crawford, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____      2/5/19
Notary Public's Signature                  Date

> JOHN BARRY JR.
> Notary Public - State of New Jersey
> My Commission Expires Jan 18, 2023

Exhibit B

# REQUEST REGARDING A STATEMENT OF ACCOUNT

To:  RICHARD E. ZUCKERMAN
     Tax Division
     P.O. Box 972
     Washington, D.C. 20044

From: Kenneth Paul Jr. of Crawford
      c/o: John Barry, Notary Public
      232 Amherst Ave.
      Pemberton, New Jersey

Re: Indictment on case # 1-18-cr-00505-001 THE UNITED STATES OF AMERICA v. KENNETH CRAWFORD, JR

Pursuant to the Uniform Commercial Code § 9-210 and its implementation in the State of New Jersey, this is a record authenticated by the debtor requesting that the recipient approve or correct a statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. Recipient has fourteen (14) days to comply with this request and provide an authenticated record. If a response is not received in the time provided, your non-response will be construed as your tacit acquiescence and your acceptance and honoring of this instrument as a true Statement of Account.

## STATEMENT OF ACCOUNT:

| | |
|---|---|
| **Date:** | November 5, 2018 |
| **Account No.:** | 1-18-cr-00505-001 |
| **Original Creditor:** | Kenneth Paul Jr.; of Crawford |
| **Servicer:** | UNITED STATES DISTRICT COURT, CAMDEN |
| **Debtor:** | KENNETH CRAWFORD, JR |
| **Balance Due:** | $0.00 |

IN WITNESS WHEREOF I hereunto set my hand and seal on this _____ day of the _____ month in the year two thousand and eighteen and hereby certify all the statements made above are true, correct and complete under the penalty of perjury in the laws of the United States of America.

_____
Kenneth Paul Jr.; of Crawford

New Jersey                                    )
                                              ) ss.
Atlantic County                               )

Sworn to (or affirmed) and subscribed before me on this _____ day of the _____ month in the year two thousand and eighteen by Kenneth Paul Jr.; of Crawford, proved to me on the basis of satisfactory evidence to be the one who appeared before me, and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was by his free act and deed.

_____          _____
Notary Public's Signature                Date

**INVOICE**

Kenneth Paul Jr. Crawford
117 Liberty Court
Galloway, New Jersey
Non-domestic

Richard E. Zuckerman
Principal Deputy Assistant Attorney General
P.O. Box 972
Washington, D.C. 20044

Invoice # 0004
Invoice Date: 8 February 2019
Due Date:    8 February 2019

| Item | Description | Unit Price | Quantity | Amount |
|------|-------------|------------|----------|--------|
| Time | Court hearing(s) regarding Docket #1-18-cr-00505-001(RBK) | $10,000.00 USD | 1 | $10,000.00 |
| Time | Time expended prepearing for "Status Conference" | $1,000.00 USD | 3 | $3,000.00 |
| | | | Total | $13,000.00 |