UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

In the matter of:

KENNETH CRAWFORD   :   ORDER

:   Case #: 1:18-CR-505-RBK

## ORDER OF DETENTION

Upon the Motion of the Government attorney pursuant to 18 U.S.C. § 3148(b), the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3148(b), in addition to any other findings made at the hearing.

### Findings of Fact and Conclusions of Law as to Presumptions Under by 18 U.S.C. § 3148(b)

A. Rebuttable Presumption Arises Under 18 U.S.C. § 3148(b)(2)(B): There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:

   1. There is probable cause to believe that while on release, the defendant Crawford committed a federal, state or local felony; and

   2. Defendant Crawford has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

### Analysis and Statement of the Reasons for Detention

B. After considering the factors set forth in 18 U.S.C. § 3148(b) and the information presented at the detention hearing, the Court concludes that the defendant

must be detained pending trial because:

    1. The Government has established that there is probable cause to believe that defendant Crawford has committed a crime under 18 U.S.C. § 1521;

    2. Defendant Crawford is unlikely to abide by any condition or combination of conditions of release; and

    3. Defendant Crawford's prior submission wherein he unilaterally "entered an affidavit into the Court record which negated the so-called terms of release" [Docket 43, page 16] is evidence to the Court that defendant Crawford is unlikely to abide by any conditions set.

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

                                                                3/4/19
                                        JUDGE KAREN M. WILLIAMS
                                        UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert B. Kugler