AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

United States of America
v.
KENNETH CRAWFORD, JR.

)
)
) Case No.   Crim. No. 18-505 (RBK)
)
)
)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KENNETH CRAWFORD JR.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

Violation of Order Setting Conditions of Release. (Doc. No. 8.) 18 U.S.C. 3148

Date:  2/28/2019

_____
*Issuing officer's signature*

City and state:   Camden, New Jersey

Robert B. Kugler   USDJ
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/28/19, and the person was arrested on *(date)* 3/6/2019 at *(city and state)* ATLANTIC CITY, NJ. |
| Date: 3/6/2019                   _____ *Arresting officer's signature*  A. Kowalewski, DUSM *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Kenneth Crawford, Jr.

Known aliases: ___

Last known residence: 304 E. Great Creek, Galloway NJ 08205    *wife's address*

Prior addresses to which defendant/offender may still have ties: ___

Last known employment: Hard Rock Casino

Last known telephone numbers: cell 609-553-9910 (his)

Place of birth: ___

Date of birth: 02/03/1968

Social Security number: 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

Height: 5'10"      Weight: 180 - 200

Sex: Male          Race: African American

Hair: ___          Eyes: Brown

Scars, tattoos, other distinguishing marks: ___

History of violence, weapons, drug use: ___

Known family, friends, and other associates *(name, relation, address, phone number)*: ___

FBI number: ___

Complete description of auto: ___

Investigative agency and address: Internal Revenue Service--Criminal Investigations
5218 Atlantic Avenue, Mays Landing, NJ

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ___

Date of last contact with pretrial services or probation officer *(if applicable)*: ___