RECEIVED
MAR 18 2019
KAREN M. WILLIAMS
U.S. MAGISTRATE JUDGE

12 March 2019

Judge Williams

I am writing you to say that I realize what I did was aggressive and stupid in filing the leins in Atlantic County. I am regretful and am wondering if I, or should I say given the opportunity I would remove said liens and never do anything as dumb in my life. I would abide by the terms of release to the letter. My 2 teenagers are suffering but to the point I would remain in honor.

I sent Sean M Green an email today asking for reconsideration as well with me removing liens. Please Advise.

Oh, and could you possibly have the clerk send me a copy of the indictment? I don't have any of my court docs here.

#18-505(RBK)

Very Respectfully

Ken

P.S. I still am pro se

CRAWFORD KENNETH
71800050
FDC PHILADELPHIA
P.O. Box 562
PHILADELPHIA, PA

PHILADELPHIA PA 190
13 MAR 2019 PM 9 L

Hon. Karen M. Williams
United States District Court
District of New Jersey
4th + Cooper Streets
Camden NJ

