NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : | Cr. No. 18-00505 (RBK) |
| Kenneth CRAWFORD, Jr., | : | **ORDER** |
| Defendant. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Defendant's Motion to Reinstate Conditions of Bail, and for the reasons articulated on the record today, March 21, 2019, during an in-person status conference;

**IT IS HEREBY ORDERED** that Defendant's Motion to Reinstate Conditions of Bail is **<u>DENIED</u>**.

Dated: 3/21/2019                                             s/ Robert B. Kugler

                                                            ROBERT B. KUGLER

                                                            United States District Judge