2017R00153

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 18-505 (RBK) |
| v. | : | HON. ROBERT KUGLER |
| KENNETH CRAWFORD JR. | : | |

**UNITED STATES NOTICE UNDER RULE 404(b)**

The United States is providing notice of its intent to introduce certain evidence under Rule 404(b) of the Federal Rules of Evidence. Although we contend that the evidence identified in this notice is inextricably intertwined with the offense conduct, and therefore admissible independent of Rule 404(b), we provide this notice out of an abundance of caution.

The United States intends to introduce evidence that (1) prior to recruiting clients to participate in the "Mortgage Recovery Program" described in the indictment, the defendant, for a fee, attempted to eliminate these clients' mortgages through the creation and filing of fictitious documents, including "Private Registered Setoff Bonds;" (2) prior to recruiting clients to participate in the "Mortgage Recovery Program" described in the indictment, the defendant, for a fee, provided these clients with frivolous and fraudulent pleadings to mail their lenders and file in foreclosure proceedings in order to prevent foreclosure; and (3) the defendant failed to file tax returns for 2015 and 2016 reporting the income he received from clients who participated in the mortgage recovery program.

This evidence was included in the discovery hand-delivered to the defendant at a status hearing on February 8, 2019. To the extent the evidence described above is not inextricable intertwined with the offense conduct, it is admissible under Rule 404(b) because it proves motive, intent, and knowledge.

        Respectfully submitted by:

        RICHARD E. ZUCKERMAN
        Principal Deputy Assistant Attorney General
        U.S. Department of Justice, Tax Division


        _/s/Sean M. Green_____
        SEAN GREEN
        Trial Attorney
        JOHN KANE
        Assistant Chief
        U.S. Department of Justice
        Tax Division, Northern Criminal Enforcement
        (202) 307-2554
        Sean.M.Green@usdoj.gov
        John.N.Kane@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, I filed this notice via ECF and caused a copy to be mailed to:

Ken Crawford Jr.
Inmate 71800-050
FDC PHILADELPHIA
FEDERAL DETENTION CENTER
P.O. BOX 562
PHILADELPHIA, PA  19105

        By:_/s/ Sean M. Green_____
           SEAN M. GREEN
           Trial Attorney
           U.S. Department of Justice
           Tax Division
           601 D. Street, N.W.
           Washington, D.C. 20530
           202-307-2554 (v)
           Sean.M.Green@usdoj.gov