## Contract for Services Rendered

This is a contract entered into by **ELLA LAWRENCE FAMILY TRUST, through it's Executive Trustee Kenneth Paul Crawford Junior** (hereinafter referred to as "the Provider") located at ▮▮▮▮▮▮▮▮▮▮, Suite 424, Atlantic City, NJ Non domestic without the U.S. and **Constantino Chiarelli** (hereinafter referred to as "the Client") located at ▮▮▮▮▮▮▮▮▮▮ Islip, New York 11751, on **15 January 2015**.

The Client hereby engages the Provider to provide services as described under "Scope and Manner of Services." The Provider hereby agrees to provide the Client with such services in exchange for consideration as described under "Payment for Services Rendered."

*Scope and Manner of Services*

**The Provider accepts client application in order to effect the removal and/or reduction of mortgage liens on the property of said client within the scope of using administrative procedures based on contract, commercial, and common law. Results may vary and are not guaranteed.**

*Payment for Services Rendered*

The Client shall pay the Provider for services rendered according to the following Payment Schedule: $1750.00 down, and monthly payments of $1000.00 starting January 2015 due on the 15th of every month until ($20,000.00), ½ of the agreed upon 10% of the amount of the total mortgage, $392,000.00 or $39,200.00 (20 months). Should the Client fail to pay the Provider the full amount specified in any invoice within **five** calendar days of the agreed upon due date, a late fee equal to **50 dollars** shall be added to the amount due. Remuneration shall be in the form of blank International Postal Money Orders.

The process will be considered completed the day that the Client receives the release of lien/satisfaction of mortgage from the mortgage company or reduction in principle. At which time the Client agrees to pay the Provider the remaining balance of the 10% of the discharged amount.  The payments already made will be deducted from the amount due.

*Disclaimer*

The Provider provides extensive real estate and real estate related information and general services to help clients understand their options regarding real estate matters, products and procedures.

*Client acknowledges that client is willing to learn and will receive certain instructions from time to time from Provider as circumstances require and shall follow said instructions precisely and, if needed, word for word where instructed to do so. Should Client not follow said instructions and omit, deviate, and or change the wording of said instructions, Client takes full responsibility for the outcome of the proceedings and Provider shall not be held responsible. _____(INITIALS)*

The Provider does not provide legal services or legal advice. The Provider is not a law Trust  and its employees are not acting as client's attorney. Therefore, any use of the information provided by the Provider DOES NOT create, or constitute a solicitor-client relationship between the Provider, any employee of, or other person associated with the Provider, and clients. The Provider has made every effort to assure the information provided is accurate and useful.


Government Exhibit A

Notwithstanding, the Provider recommends that clients consult a lawyer to interpret, and apply the information to his/her specific situation where applicable.

The Client agrees that by using the Provider real estate information, and services, under no circumstances will the Provider, or its affiliates be responsible for (1) any information provided, or omitted; (2) client's reliance on any such information, whether or not the information is correct, current or complete; (3) any consequences of any action clients, or any other person takes or fails to take, whether or not based on information provided by, or as a result of the use of Provider services.

The Provider specifies that there is no guarantee, warranty, or implied warranty, with respect to the information services, and that the Provider is not responsible for any loss, injury, claim, liability, or damage ("damages") related to the Client's use of the real estate information, and services provided to the Client. All sales are final and non-refundable.

### *Intellectual Property*

You acknowledge and agree that all content and materials made available and/or submitted to you are protected by proprietary rights and laws and you agree not to distribute or transmit or copy or make in any other way available to others said contents and materials without prior consent by PROVIDER.

*Indemnification:* Client hereby agrees to indemnify and hold PROVIDER harmless from any action or litigation brought against client by any third party. _____ (INITIALS)

*Discontinuing or Withdrawing the Consultation from the Process (Termination).* You have the right to discontinue and terminate the services of the Trust at any time. All fees are non-refundable, as services are considered rendered in full at the time of payment. The Provider reserves the right to withdraw from these services if any outstanding balances due to the Trust are not paid within a reasonable and timely basis or there has been a breakdown of the client relationship. Termination of services does not remove Client responsibility to pay for the services rendered and the costs incurred up to date of termination, and will not terminate any collection rights the Provider has.

### *Dispute Resolution*

Any dispute or conflict resulting in a breach of this agreement, both parties agree to have the matter resolved before an Adjudicator of the Providers choice.

### *Applicable Law*

The laws of Private International law, and Private contract law shall govern this contract.

*In Witness* of their agreement to the terms above, the parties or their authorized agents hereby affix their signatures:

| | |
|---|---|
| _____ | ELLA LAWRENCE FAMILY TRUST |
| (Printed Name of Client or agent) | (Printed Name of Provider or agent) |
| _____ | /S/ Kenneth Paul Crawford Jr. 15 Jan. 2015 |
| (Signature of Client or agent) (Date) | (Signature of Provider or agent) (Date) |