# PRIVATE    REGISTERED SETOFF BOND

| | | REGISTERED |
|---|---|---|
| **BOND NUMBER** | | RE 078 962 372 US |
| 20140521-ARA-WF | **$900,000.00** | CALIFORNIA SECRETARY OF STATE<br>UCC DOCUMENT NO.: 43119760002<br>UCC FILING NO.: 147412772409 |

Pay to the Order of: WELLS FARGO BANK, N.A.  ("PAYEE")
420 Montgomery Street, SAN FRANCISCO, CA 94163

Issue Date:   May 23, 2014

Maturity Date:   May 23, 2044

For Further Credit to: WELLS FARGO BANK, N.A. , c/o: 420 Montgomery Street, SAN FRANCISCO, CA 94163,  for Set Off and Discharge of Mortgage Loan No. 0200696052; and  ROBYN D ABBATIELLO/AARON W ABBATIELLO, ███-9392/███-8099

By/On/Through: Aaron Wesley Abbatiello , Principal ("Creditor")
Private Offset Account No. ███8099

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a *PRIVATE REGISTERED SETOFF BOND*; and WHEREAS, only fiat money exists in circulation for the discharge of debt:

NOW, THEREFORE, the undersigned Creditor being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, does by necessity hereby issue this *PRIVATE REGISTERED SETOFF BOND*, tendered, in good faith, as full satisfaction of any and all claims and/or demands, to wit: In the Creditor's rightful *Sui Juris* status, the Creditor does hereby knowingly and with full disclosure hold, bind and obligate Creditor's collateral jointly and severally by this instrument as voluntary surety for all of the above-noted Account Holders and Accounts, each severally, for any amount up to and including: Nine Hundred Thousand  United States Dollars, i.e., $900,000.00, insuring, underwriting, indemnifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar-for-dollar all such obligations until the sum or the term of this bond is exhausted.  The PAYEE shall have ten (10) days from presentment to dishonor this bond by returning it to the Principal by registered mail to **ELLA LAWRENCE FAMILY TRUST,  C/o:**████████████ **424, Atlantic City, New Jersey, Non-domestic, Zip exempt (DMM 122.32)**.  Failure to return this bond will stipulate acceptance and honor.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Jacob Joseph Lew ("Secretary")<br>
Secretary of the Treasury<br>
U.S. Department of the Treasury<br>
1500 Pennsylvania Avenue, N.W.<br>
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment and in any case no later than one business day thereafter post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally "Liabilities") attributed to the Account Holders and Accounts above-noted.

AMOUNT DUE:                                       PAYEE enter the amount due below

$ ☐☐☐☐☐☐☐☐.☐☐

MATURITY.  Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect.  Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Twenty-third day of the fifth month in the year two thousand and fourteen.*

_____  (seal)
Aaron Wesley Abbatiello , Principal/Underwriter
Exemption ID #███8099

**Government Exhibit B**

# PRIVATE REGISTERED SETOFF BOND
## $1,500,000.00

**BOND NUMBER**

20140130-RS-TDB

**REGISTERED**
RE 907 986 106 US

CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 41413970002
UCC FILING NO.: 147397644419

Pay to the Order of: TD Bank ("PAYEE")
%: Mike Pedersen President and Chief Executive Officer 1701 Route 70 East Cherry Hill, New Jersey 08034

Issue Date: September 15, 2013

Maturity Date: September 15, 2043

For Further Credit to: TD Bank, %: Mike Pedersen President and Chief Executive Officer 1701 Route 70 East Cherry Hill, New Jersey 08034, for Set Off and Discharge of Mortgage Loan No. ▇▇▇▇2093; and RICHARD SCOTT ▇▇▇▇3734 and CYNTHIA SCOTT ▇▇▇▇9392

By/On/Through: Richard Scott, Principal ("Creditor")
Private Offset Account No. ▇▇▇▇3734

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a *BONDED PROMISSORY NOTE*; and WHEREAS, only fiat money exists in circulation for the discharge of debt:

NOW, THEREFORE, the undersigned Creditor being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, does by necessity hereby issue this *BONDED PROMISSORY NOTE*, tendered, in good faith, as full satisfaction of any and all claims and/or demands, to wit: In the Creditor's rightful *Sui Juris* status, the Creditor does hereby knowingly and with full disclosure hold, bind and obligate Creditor's collateral jointly and severally by this instrument as voluntary surety for all of the above-noted Account Holders and Accounts, each severally, for any amount up to and including: One Million Five Hundred Thousand and 00/100 United States Dollars, i.e., $1,500,000.00, insuring, underwriting, indemnifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar-for-dollar all such obligations until the sum or the term of this bond is exhausted. The PAYEE shall have ten (10) days from presentment to dishonor this bond by returning it to the Principal by registered mail to **ELLA LAWRENCE FAMILY TRUST, c/o:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **Atlantic City, NJ, near 08401 Non-domestic without the U.S.** Failure to return this bond will stipulate acceptance and honor.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Jacob Joseph Lew ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment and in any case no later than one business day thereafter post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally "Liabilities") attributed to the Account Holders and Accounts above-noted.

AMOUNT DUE: PAYEE enter the amount due below

$ ☐☐☐☐☐☐☐☐☐☐.☐☐

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this thirteenth day of the ninth month in the year two thousand and thirteen.*

_____ (seal)
Richard Scott, Principal/Underwriter
Exemption ID # ▇▇▇▇3734

## PRIVATE REGISTERED SETOFF BOND

### $1,200,000.00

| | | |
|---|---|---|
| **BOND NUMBER** | | **REGISTERED** |
| NY-20150209-CC-WF | | RE 774 790 804 US |
| | | CALIFORNIA SECRETARY OF STATE |
| | | UCC DOCUMENT NO.: 47203130006 |
| | | UCC FILING NO.: 157449891432 |

Pay to the Order of: WELLS FARGO BANK, N.A., D/B/A AMERICA'S SERVICING COMPANY ("PAYEE")
420 Montgomery St., SAN FRANCISCO, CA 94104-1207

Issue Date: February 11, 2015
Maturity Date: February 11, 2045

For Further Credit to: WELLS FARGO BANK, N.A., D/B/A AMERICA'S SERVICING COMPANY, c/o: 420 Montgomery St., SAN FRANCISCO, CA 94104-1207, or Set Off and Discharge of Mortgage Loan No. 1061158049475; and CHIARELLI, CONSTANTINO ▮-1370

By/On/Through: Constantino Chiarelli, Principal ("Creditor")
Private Offset Account No. ▮1370

KNOW ALL MEN BY THESE PRESENTS, which are intended to constitute a *PRIVATE REGISTERED SETOFF BOND*; and WHEREAS, only fiat currency exists in circulation for the discharge of debt:

NOW, THEREFORE, the undersigned Creditor being of sound mind and honorable intentions, for the purposes of protecting secured interests, reserving rights of recourse, remedy and subrogation, and maintaining the honor of the above-named Account Holders and Accounts, does by necessity hereby issue this *PRIVATE REGISTERED SETOFF BOND*, tendered, in good faith, as full satisfaction of any and all claims and/or demands, to wit: In the Creditor's rightful *Sui Juris* status, the Creditor does hereby knowingly and with full disclosure hold, bind and obligate Creditor's collateral jointly and severally by this instrument as voluntary surety for all of the above-noted Account Holders and Accounts, each severally, for any amount up to and including: One Million Two Hundred Thousand United States Dollars, i.e., $1,200,000.00, insuring, underwriting, indemnifying and discharging the said Account Holders and Accounts against any and all pre-existing, current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond (jointly and severally "Liabilities"), thereby honorably discharging and vacating dollar-for-dollar all such obligations until the sum or the term of this bond is exhausted. The PAYEE shall have ten (10) days from presentment to dishonor this bond by returning it to the Principal by registered mail to the witness: **ELLA LAWRENCE FAMILY TRUST, c/o:** ▮ **Suite 424, Atlantic City, New Jersey, Non-domestic, Zip Code Exempt (DMM 122.32), near (08401)**. Failure to return this bond will stipulate acceptance and honor.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

> Jacob Joseph Lew ("Secretary")
> Secretary of the Treasury
> U.S. Department of the Treasury
> 1500 Pennsylvania Avenue, N.W.
> Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment and in any case no later than one business day thereafter post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally "Liabilities") attributed to the Account Holders and Accounts above-noted.

AMOUNT DUE:     PAYEE enter the amount due below

$ ☐☐☐☐☐☐☐☐☐.☐☐

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail, all profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Second day of the fifth month in the year two thousand and fourteen.*

_____ (seal)
Constantino Chiarelli, Principal/Underwriter
Exemption ID # ▮1370

