| | |
|---|---|
| **From:** | Ken Crawford <Crawfordgroup@comcast.net> |
| **Sent:** | Wednesday, February 18, 2015 2:30 PM |
| **To:** | scottcyn@optonline.net; shon2gee@gmail.com |
| **Subject:** | MORTGAGE |

Greetings

Wanted to share with you another remedy I have personally done which is a tax refund for your mortgage.  I would love to discuss with you in an effort to help you get some money back.  Contact me asap.


Ken Crawford Jr.
Be Love Today

609.553.9970


ALL RIGHTS RESERVED UCC 1-308 without Prejudice Confidentiality Notice: This private electronic correspondence, including any/all attachment(s) are limited for the sole use of the intended recipient and may contain Privileged and/or Confidential Information. Any and All Political, Private or Public Entities, Federal, State, or Local Corporate Government(s), Municipality(ies),International Organizations, Corporation(s), agent(s), investigator(s), or informant(s),et. al., and/or Third Party(ies) working in collusion by collecting and/or monitoring this electronic correspondence, and/or any other means of spying and collecting these communications Without Exclusive Permission are Barred from Any and All Unauthorized Review, Use, Disclosure or Distribution, With Explicit Reservation of All Rights, Without Prejudice and Without Recourse. Any omission does not constitute a waiver of any and/or ALL Intellectual Property Rights or Reserved Rights. NOTICE TO PRINCIPLE IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPLE. Information in this or any following correspondence is not to be construed as legal advice.

**Government Exhibit D**



Government Exhibit 172-A

SCOTT-000236