

---------- Forwarded message ----------
From: **Ken Crawford** <Crawfordgroup@comcast.net>
Date: Mon, Jun 29, 2015 at 11:18 AM
Subject: FYI
To: Robyn Abbatiello <robynabbatiello@gmail.com>


Greetings Robyn,

I know we covered this but i wanted to make sure we are on the same page. For services rendered for the IRS recoupment (refund) you agreed to pay my 15% and the affiliate 10K flat fee. Just don't want any issues when the check comes. Also I have another idea for you to get the house only using the money you get from refund. This is incase the court drew you over. Good to have back ups.

Ken Crawford Jr.
Be Love Today

609.553.9970


ALL RIGHTS RESERVED UCC 1-308 without Prejudice Confidentiality Notice: This private electronic correspondence, including any/all attachment(s) are limited for the sole use of the intended recipient and may contain Privileged and/or Confidential Information. Any and All Political, Private or Public Entities, Federal, State, or Local Corporate Government(s), Municipality(ies),International Organizations, Corporation(s), agent(s), investigator(s), or informant(s),et. al., and/or Third Party(ies) working in collusion



Government Exhibit
E



Government Exhibit
186-C

ABBATIELO_R-000198

by collecting and/or monitoring this electronic correspondence, and/or any other means of spying and collecting these communications Without Exclusive Permission are Barred from Any and All Unauthorized Review, Use, Disclosure or Distribution, With Explicit Reservation of All Rights, Without Prejudice and Without Recourse. Any omission does not constitute a waiver of any and/or ALL Intellectual Property Rights or Reserved Rights. NOTICE TO PRINCIPLE IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPLE. Information in this or any following correspondence is not to be construed as legal advice.

ABBATIELO_R-000199