RECEIVED
APR - 8 2019
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

United State District Court
District of New Jersey

| | |
|---|---|
| United States Of America | : Crim No. 18-505(RBK) |
| v. | : |
| Kenneth Crawford Jr. | : |

### Answer To United States Notice Under Rule 404(b)

Comes now Kenneth Paul Crawford Jr., by special appearance, as a living, breathing, natural-born American Citizen, on the land, with and claiming, all rights guaranteed to me in the federal and state Constitutions, and with my name properly spelled only in upper and lower case letters, upon this answer to the United States Notice (The United States Of America is the plaintiff, but the United States is entering the notice. Are the two the same entity?) to affirm or deny claims made in the Notice.

2. Claim (1) response to "recruiting clients ... described in the indictment," the defendant affirms having a several year private contractual relationship with homeowners who were facing foreclosure actions. The agreement entailed assisting homeowner to resolve foreclosure through private administrative action. The action was private

communications directly with the Chief Financial Officer of the "lender". There is no verified evidence that the private administrative action was "fictitious" in any way, as it was an offer to resolve foreclosure. In every case the private instruments were retained by the Chief Financial Officer and no notice of dishonor was issued in accordance with commercial law. In response to claim (2) "frivolous and fraudulent" it seems as though the prosecutor likes using these adjective labels without providing any actual verified evidence to prove his claim. There is no evidence, verified, that any part of the homeowner's private administrative settlement offer was fictitious, frivolous, or fraudulent. However the prosecution's instant case is fictitous, frivolous, and fraudulent as the charges were not verified under oath upon the pains and penalties of perjury, and further the prosecution by tacit acquiescence, agreed this matter is settled but is continuing to violate that agreement in direct violation of his oath bringing fraud upon this court. And there is actual verified evidence of this fact on the record, although it's being ignored, not just mere opinion. All claims against an American Citizen must be verified under oath upon the pains and penalties of perjury however I have seen no evidence of such. So the charges are bogus, frivolous, fictitious and fraudulent.

2.

In response to claim (3) the tax court in an order by Chief Judge Maurice B. Foley (See attachment to Affidavit entered into docket 10 September 2018) states that from 2000-2017 the Commissioner of Internal Revenue admits in his motion that neither Internal Revenue nor the Internal Revenue Service (debt collector) could find any record that either sent the taxpayer any statutory notices of determination or deficiency for the years the prosecutor refers to in #(3). And the tax code requires a return or statement be filed, if there is jurisdiction, which in this case there is not. But because the taxpayer is not a tax protestor here is his statement: "God bless America".

Respectfully,

By: Kenneth Paul Crawford Jr.
Secured Party, all Rights reserved

For the record discovery was placed on the defense table at the end of a hearing by Sean Green and I did not accept it at that time so Mr. Green retained said discovery. Furthermore I declare the foregoing to be the truth under pains and penalties of perjury under the laws of the United States of America.

3

Kenneth Paul Comfort Jr.
Inmate # 71000050
FDC Philadelphia
P.O. Box 562
Philadelphia PA
19105

RECEIVED
APR - 8 2019
AT 8:30 _____
WILLIAM T. WALSH, CLERK

PHILADELPHIA PA 191
04 APR 2019 PM 4 L

RECEIVED
APR - 8 2019
AT 8:30 _____
WILLIAM T. WALSH, CLERK

United States District Court
400 Cooper Street
Camden, New Jersey
08102

08102-157000