In The United States District Court
For The District Of New Jersey

The United States Of America   )

                           )

      Plaintiff,         )     Case No. 18 cr 505 (RBK)

                           )

      V.                 )

                           )

Kenneth Crawford, Jr.,     )

                           )

      Defendant.       )

RECEIVED
APR 25 2019
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

## Motion to Dismiss / Quash

Comes now Kenneth Paul Crawford Jr., Sui Juris, appearing specially, supplemental rule Federal Rules of Civil Procedure (SFRCP) Rule (E)8 "Restricted Appearance", in the original, in the alternative, us a matter of right and privilege. Defendant has not entered the jurisdiction of the court and is therefore appearing specially and not generally. Plaintiff does not object to this Position persuant to Rule 8(d). The court lacks jurisdiction over the person of Kenneth Paul Crawford Jr. Sui Juris and Alieni Juris, respectively.

2. This is a motion to dismiss the instant action for insufficiency of process, the plaintiff's failure to state a claim on which relief can be granted, and lack of personal jurisdiction. The defendant also moves to quash the indictment and all purported evidence originating from the "investigation" of Criminal Investigation Division agent Christine Barker.

## Background

3. The defendant in this action was sent a target letter on or about February 2018 which was responded to, via notary presentment, requesting lawful positions of authority to investigate. That notice/communication was not answered. Respondents were CID Chief Don Fort and John N. Kane, Jr. Assistant Chief, U.S. Dept. of Justice Tax Division. Shortly thereafter was a proffer meeting which was fruitless. Then an alleged indictment input into this court 29 August 2018 which lead to the arrest of the defendant on 31 August 2018. On 10 September the undersigned entered an affidavit as the response to the indictment which has not been rebutted. In said affidavit are approximately 34 lawful positions including but not limited to Jurisdiction, status, and requests. When approximately sixty (60) days had passed several notices were sent as followup to the moving party with no response which according to the language in the notices created a stipulation via tacit acquiescence. However the moving party has continued the proceedings to date as if no verified record filed by defendant in this docket exists. Not only that but the defendants bail was revoked and has been incarcerated since 6 March 2019.

2

## Discussion

4. This Motion, as best as possible under the current circumstances, requires the court to take judicial notice of the relevant factors presented that will demonstrate good cause why the instant case should be dismissed with prejudice.

5. This court has been created by Congress and has been given limited jurisdiction to perform duties specifically delegated by Congress. I found this revelation in 28 U.S.C. Rule 54(c), Application of terms:

"As used in these rules the following terms have the designated meanings. 'Act of Congress' includes any act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, in a territory or in an insular possession." 28 U.S.C. contains the "Rules of Courts". They were written by and approved by the Justices of the Supreme Court.

6. In reviewing or deciding on Congressional grants of authority courts have decided in Sohio Trasp. Co. v. United States 5 Cl CT 620 766 F.2d 499 (1984) "Administrative interpretation of Congressional grant of authority is to be accorded substantial deference by reviewing courts; administrative interpretations of statutory authority are entitled to deferential but not controlling significance, particularly where Congress expressly delegates to administrative

3

body authority to prescibe standards for
agency action."

     7. Also in Title 5 § 706 Scope of
review you will find the following:
" To the extent necessary to decision and when
presented, the reviewing court shall decide all
relevant questions of law, and determine the
meaning or applicability of the terms of an
agency action. This reviewing court shall—
  (1) Compel agency action unlawfully withheld
or unreasonably delayed; and
(2) hold unlawful and set aside agency
action, findings, and conclusions found to be—
    (A) arbitrary, capricious, or abuse of
    discretion, or otherwise not in accordance
    with law;
    (B) contrary to constitutional right, power,
    privilege, or immunity;
    (C) in excess of statutory jurisdiction,
    authority, or limitation, or short of
    statutory right;
    (D) without observance of procedure
    required by law ... "

" In making the foregoing determinations, the court
shall review the whole record or those parts of it
cited by a party, and due account shall be taken of
the rule of prejudicial error."

4.

8. The point is that statutes are created by Congress to be followed. The statutes delegate authority to the various agency's to follow. No agency can do what Congress does not give it authority to do. And if an agency goes beyond is statutory authority it is the courts that are to keep them in check.

9. We now come to the "agency" who is or has brought the purported claim to the Department Of Justice Tax Division to prosecute the defendant in this instant action. Upon some research it is factual that on June 6, 1972, Acting Secretary of the Treasury (Secretary) Charles E. Walker signed Treasury Order Number 120-01 which established the Bureau of Alcohol, Tobacco and Firearms, under the authority in Reorganization Plan No. 26 of 1950 and his authority. He ordered "... transfer, as specified herein, the functions, powers and duties of the Internal Revenue Service arising under laws relating to alcohol, tobacco, firearms, and explosives (including the Alcohol, Tobacco, and Firearms Division of the Division of the Internal Revenue Service) to the Bureau of Alcohol, Tobacco and Firearms (hereinafter referred to as the Bureau) which is hereby established. The Bureau shall be headed by the Director, Alcohol, Tobacco and Firearms

5.

(hereinafter referred to as the Director).
The Director shall perform his duties
under the general direction of the Secretary
of the Treasury (hereinafter referred to
as the Secretary) and under the
supervision of the Assistant Secretary
(Enforcement, Tarrif and Trade Affairs, and
Operations) (hereinafter referred to as the
Assistant Secretary)."

10. Treasury Order 120-01 assigned
to the new BATF Chapters 51, 52, and 53
of the Internal Revenue Code of 1954 and
Sections 7652 and 7653 of such code,
chapters 61 through 80 inclusive of the
Internal Revenue Code of 1954, the Federal
Alcohol Admin. Act (27 U.S.C. chapter 8)
(which, in 1935, the Supreme Court had
declared unconstitutional within the several
States of the Union) 18 U.S.C. Chapter 44,
Title VII Omnibus Crime Control and Safe
Streets Act of 1968. Mr. Walker then makes
a statement within T.O 120-01 that is very
revealing:

"The terms 'Director, Alcohol, Tobacco
and Firearms Division' and 'Commissioner
of Internal Revenue' wherever used in
regulations, rules, and instructions, and
forms, issued or adopted for the admin-
istration and enforcement of the laws

6.

specified in paragraph 2 hereof, which are in effect or in use on the effective date of this Order, shall be held to mean 'the Director.'"

11. Mr. Walker seemed to branch the Internal Revenue Service (IRS), creating the BATF, and then, with that statement, joined them back together again into one. In the Federal Register, Volume 41, Number 180, of Wednesday, 15 September 1976 : "The term 'Director, Alcohol, Tobacco, and Firearms Division' has been replaced by the term 'Internal Revenue Service'." See also 27 U.S.C.A. Section 201. In 27 U.S.C. § 201 it states "Federal Alcohol Administration and offices of members and Administrator thereof were abolished and their fuctions directed to be administered under direction and supervision of the Secretary of the Treasury through Bureau of Internal Revenue (now I.R.S.) in department of Treasury by Reorganization Plan No. 3 of 1940 which appears as 5 U.S.C. 903, the Department of The Treasury Order No. 221 of July 1, 1972 established the Bureau of Alcohol, Tobacco and Firearms and transfered to it the alcohol and functions of the IRS.

7.

12. Another interesting fact is that the Secretary of the Treasury is also the Governor of The International Monetary Fund (IMF) in which the United States holds about 20% of the stock in this private corporation. (See 22 USCA § 286 et seq.) According to the rule of common law the injured party alone is permitted to sue for a tresspass, the damages being deemed not legally assignable; and if there be an equitable claimant, he may only sue in the name of the injured party. In admiralty, however, the common practice is to have the suit conducted in the names of the real parties in interest. And when a statute of the United States so provides, an action for the use or benefit of another shall be brought in the name of the United States. F.R. Civ. P. 17. "The district courts are prohibited from granting venue where the United States has less than one-half of its capital stock..." Of the United States Principal the Fund and Bank. 28 U.S.C. § 1349; The government by becoming a corporator. (See: 28 U.S.C. § 3002 (15)(A)(B)(C), 22 USCA 286 (e) lays down its sovereignty and takes on that of a private citizen, it can exercise no power which is not derived from the corporate charter. (See: The Bank of the United States

8.

v. Planters Bank of Georgia 6 L Ed. (Wheat)
244; U.S. v. Burr. 309 U.S. 242). The
Real Party in interest is not the de jure "United
States of America" or "State", but "The Bank"
and "The Fund". (22 USCA 286 et seq.). The
acts committed under fraud, force and
seizure are many times done under "Letters
of Marque and Reprisal" i.e. "recapture".
(See 31 USCA 5323). Such principles as "Fraud
and Justice never dwell together." <u>Wingate's
Maxims, 680.</u> and, "A right of action cannot
arise out of fraud." <u>Broom's Maxims,</u> 297, 729.


13. It is my contention that the plaintiffs
entire case from its inception has been under
color of law and not actual Congressional
authority which makes all involved liable
conspirators. 26 U.S.C. § 7214 Offenses by
Officers and employees of the United States.
(a) Unlawful acts of revenue officers or agents.
Any officer or employee of the United States
acting in connection with any revenue law of
the United States –
   (1) Who is guilty of any <u>extortion</u> or <u>willful
oppression</u> under color of law; . . . , shall be
dismissed from office or discharged from
employment and, upon conviction thereof, shall
be fined not more than $10,000, or imprisoned
not more than 5 years, or both . . . The court
also shall render judgment against said
9.

officer or employee for the amount of damages sustained in favor of the injured party, to be collected by execution. Also See <u>Davis v United States</u> (1980, DC Mass) "Revenue officer who practices extortion or willful oppression under color of law is guilty of a crime." Also civilly an officer may be charged under 42 U.S.C. §1983 "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officers judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purpose of this section, any act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

14. "It is the policy of the Department
of Justice to represent Federal employees
sued for acts taken in performance of their
official duties under authority of 28 USCS §§
517, 518; where employees are not acting
within the <u>scope of their authority</u> there
is no statutory authority for representation
by D.O.J. nor reimbursment for representation
by private attorney. (1978) 57 Comp. Gen 444 "

15. Clearly agents of the Federal government
must have clear and valid statutory authority
to act when investigating, prosecuting and
incarcerating Americans in the several Union
states. So where does the authority come
from? Obviously statutes but the statutes
have regulations implementing them. When
reviewing tax statutes it is important to
view the supporting Code of Federal Regulations
(CFR) that are the underlying authority for
the title. It is customary for the IRS to
cite, penalties and interest on a supposed tax
debt under 6651(G), 6662 of Title 26; however,
upon review these penalty provisions we
find that they have to do with the manufacture
and distribution of machine gun parts, alcohol
or tobacco products. For years the IRS has
listed a kind of tax-"1040" on their forms.
A review of 26 U.S.C. reveals that this kind
of tax relates to the non-taxable transfer

11.

of certain farm land. Taxpayers out of
ignorance get assigned penalties and interest
under the provisions set forth pursuant to 27
CFR, part 70. This defendant has reviewed
the IRS Code and finds that there are
approximately 123 different "kinds of tax"
defined. However, "1040" is not listed. It is
the defendant's position that the American
People including this defendant should support
their government and pay all lawful taxes.
But when people within government abuse power
entrusted to them it is the responsibility of
We, the People, to resist corruption, fraud
and theft.

   16. As stated regulations implement
statutes and here are some legal opinions
stating so:
   <u>Lohman v United States</u> (2006, DC Dist Col)
" Regulations, such as 26 C.F.R. § 301.7433-1,
implementing 26 USCS § 7433's exhaustion
provision were valid exercise of Internal
Revenue Service's authority... "

<u>Taylor Wine Co. v Department of Treasury</u> (1981 DC
Dist Col) 509 F Supp 792 " Department of
Treasury exceeded it's statutory authority by
holding plaintiffs accountable for potential
confusion of individuals who consume other

12.

wines where nothing in 27 U.S.C.S. §205, regulations or their interpretation of statue or regulations prohibiting plaintiffs from describing their wine as "light"...." Also see Coggins v. United States 860 F Supp 845 (1994, MD Ga) "Forfeiture claimant in default is not entitled to Federal District Court review under Admin. Procedure Act (APA)(5 USCS §701 et seq.), where seizing agency provided adequate notice of forfeiture proceedings... because federal forfeiture statues and regulations implementing them provide ample basis for litigating propriety of particular seizure..." In Boeing v United States (2003) 537 US 437, 155 L Ed 2d 17 "Secretary of the Treasury's authority to decide whether parent corp. particular tax deductible expendeture was sufficiently related to its export sales to qualify as indirect cost in computation of combined taxable income, and regulations implementing 26 USCS §994(a) did not speak to how or whether particular research cost should have been allocated and apportioned." In Title 26 U.S.C §168 Accelerated Cost recovery System. History; Ancillary Laws and directives — P.L. 99-514, Sec. 1802(a)(2)(G),...." Prior to deletion, clause (j)(5)(c)(iv) reads as follows: ...(II) which is placed in service after the date on which final regulations implementing such

13.

determination are published in the Federal Register"

17. It is clear that regulations created by Congress and published in the Federal Register are what implements the statutes that are in the indictment in this instant case. These statutes are what give federal officers and agents authority and lack thereof. Such was the issue in Johnson V United States 71 Fed Appx 65 "Court granted United States summary Judgment on implied-in-fact contract theory claim brought by executrix of taxpayers estate to recover tax refund even though agent of IRS had sent letter allowing refund where any recovery was constrained by time limitation in 26 USCS §6511(b)(2)(B) as claim had been brought outside time limitation, and letter apparently allowing claim in contravention of that time limitation was void ab initio as outside agents statutory authority."

18. The Supreme Court in Helvering v Safe Deposit & Trust Co. (1938, CA) 95 F.2d 806 states " as general rule, regulation of executive department passed under statutory authority, is valid, but regulation

14.

Which operates to create rule out of harmony with Statute is mere nullity." Also see Helvering v. Sabine Transp. Co. (1943) 318 US 306, 87 L Ed 773 "Treasury Regulation which is contradictory of plain terms in Revenue act cannot be given effect." ... "Congress itself in §27 subsection (a)(4), 26 USCA Internal Revenue Acts 1940 ed p 1021, defined the term "indebtness" and the Treasury Department is not at liberty to add or restrict the meaning of the term." In Executive Order No. 13789 of April 21, 2017, 82 Fed. Reg 19317 the President in Section 2 "Addressing Tax Regulatory Burdens. (a) In furtherance of the policy described in Section 1 of this order, the Secretary of the Treasury (Secretary) Shall immediatly review all significant tax regulations issued by the Department of the Treasury on or after January 1, 2016, and in consultation with the Admin. of the Office of Information and Regulatory Affairs, OMB, identify an interim report to the President all such regulations that: (i) impose an undue Financial burden on U.S. taxpayers; (ii) add undue complexity to the federal tax laws; or (iii) exceed the Statutory authority of the IRS..."

15.

In Yannicelli v Nash 354 F Supp 143
"Revenue collection proceedings are not immune
from Judicial interference under 26 USCS §7421
if such proceedings are excercised in excess of
statutory authority granted to IRS and in
violation of Constitutional rights."

19. In light of the foregoing it is
apparent that jurisdictional authority is
granted to Agency's of the federal government
via regulations and statutes, which must
be in harmony with the Constitution for the
United States of America. No one in government
is allowed to do anything unless they have been
given Specific, written authority in the law,
or else someone who has been given authority,
specific written authority in the law, or else
someone who has been given authority in the
law gives that person a delegation of authority
order, spelling out exactly what they can
and cannot do under that specific authority
or order.

20. The organization of the Department
of the Treasury can be found in 31 United
States Code, Chapter 3. Under subchapter I.
Organization, all Constitutional bureaus are listed
that are delegated bureaus of the Department
of the Treasury. The Bureau of Internal
Revenue, the Internal Revenue Service, or the

16.

Bureau of Alcohol Tobacco and Firearms
are not listed. There is also evidence that
the Bureau of Internal Revenue, Internal
Revenue, internal revenue, Internal Revenue
Service, the Bureau of Internal Revenue
Service, internal revenue service, Official
Internal Revenue Service, the Federal
Alcohol Administration, Director Alcohol
Tobacco and Firearms Division, and the
Bureau of Alcohol Tobacco and Firearms
are all one organization.

21. What is the point? Well these
entities were not created by Congress and
are not organizations or agencies of the
Department of the Treasury, or of the Federal
government. They appear to have been created
and operate though pure trusts, the
Philippine special fund (internal revenue) Trust
fund #2 and the Puerto Rico Trust #62
(Internal Revenue) See 31 USC 1321. The
Secretary of the Treasury wears many hats
as he is not only the delegated officer to
head the Department of the Treasury, part
of the federal government, but he is also the
Governor of the International Monetary Fund.
And history tells us that former Secretary
Lloyd Bentsen not only held these positions
but also U.S. Governor of the International
Bank for Reconstruction and Development,

17.

U.S. Governor of the African Development
Bank, U.S. Governor of the Asian Development
Bank, U.S. Governor of the African Development
Fund, and U.S. Governor of the European
Bank for Reconstruction and Development. Mr.
Benston recieved a salary from each of
these organizations which literally made him
an unregistered agent of several foreign powers.
However despite the foregoing the job the
Secretary does for the American People comes
with a delegation of authority from Congress.
in Title 26 §7801 Authority of Department
of the Treasury we find:

(a) Powers and duties of Secretary.

   (1) In general. Except otherwise expressly
   provided by law, the administration and
   enforcement of this title shall be performed
   under the supervision of the Secretary of the
   Treasury.

   (2) Administration and enforcement of the
   following provisions of this title shall be
   performed by or under the supervision of
   the Attorney General; and the term
   "Secretary" or "Secretary of the Treasury"
   shall, when applied to those provisions, mean
   ~~any of~~ the Attorney General; and the term
   " internal revenue officer" shall when applied
   to those provisions, mean any officer of the
   Bureau of Alcohol Tobacco and Firearms and
   Explosives so designated by the Attorney General;

18.

(i) Chapter 53 [26 USCS § 5801 et seq.] Machine guns, destructive devices, and certain other firearms.

(ii) Chapters 61 through 80 [26 USCS §§ 6001 et seq. through 7801 et seq.] Proceedures and Administration; to the extent such chapters relate to the enforcement and administration of the provisions referred to in clause(i). (See Treasury Order 120-01). So the charge against the defendant in the indictment 26 USC § 7212(a) falls under this authority.

22. In my Affidavit of 10 September 2018 which remains unrebutted, and affirmed, I made a claim that the Treasury CID agent Christina Barker did not have any delegated authority to conduct any investigation of the defendant. All of the alleged charges stem from individual income tax claims on forms 1040 and 1099 misc. regarding personal tax returns. There is not one allegation that the defendant nor any party in the indictment is or was involved with the business of Alcohol, Tobacco, Firearms and Explosives. Ms. Barker's pocket Commission bears an E for enforcement and this authority comes directly from "26 USC § 7608 Authority of internal revenue enforcement officers.
(a) Enforcement of Subtitle E and other laws pertaining to liquor, tobacco, and firearms.

19.

Any investigator, agent, or other internal revenue officer by whatever term designated, whom the Secretary charges with the duty of enforcing any of the criminal, seizure, or forfeiture provisions of Subtitle E [26 USC § 5001 et seq.] or any other law of the United States pertaining to the commodities subject to tax under such subtitle for the enforcement of which the Secretary is responsible may –

(1) carry firearms;

(2) execute and serve search warrants, and serve subpoenas and summonses issued under authority of the United States;

(3) in respect to the performance of such duty, make arrest without warrant for any offenses against the United States committed in his presence, or for any felony cognizable under the laws of the United States if he has reasonable grounds to believe that the person to be arrested has committed or is committing such felony; and

(4) in respect to the performance of such duty make seizures of property subject to forfeit to the United States." See United States v Sterling, 369 F.2d 799 (1966 3rd Cir) " With the appellant in unobstructed access to Agent Sams and dealing in mobile commodities with the means of ready transportation at hand, Agent Sams was justified in making entry to arrest in accordance with his authority

20.

granted by 26 U.S.C. § 7608 (b)(2)(B)." Also
see <u>United States v Boston</u> 330 F.2d 937 (2nd Cir)
"Moreover 26 U.S.C. § 7608 (a)(4) gives the agents
the power to make seizures of property subject
to forfeiture to the United States as was the
Unregistered still under 26 U.S.C. § 5615(1)."
It is the defendants position that agent
Christina Barker did not have jurisdiction
to investigate the defendant and that
any and all results of Unauthorized
investigation were improperly used to
indict the defendant. I am certain that
Ms. Barker nor the prosecting attorney
informed the grand Jury of her limited
statutory authority and that the investigation
did not comprise any subject matter, i.e.
Alcohol, Tobacco, Firearms and Explosives
that she is authorized to investigate. Therefore
the indictment is not a true bill. It
must be quashed. The manual states
on page 1100-40.2, of April 21, 1989
Criminal Investigation Division, that... "... the
Criminal Investigation Division enforces the
criminal statues applicable to income, estate,
gift, employment, and excise tax laws ...
involving United States citizens residing in
Foreign countries and nonresident aliens
subject to Federal income tax filing requirements
by developing information concerning alleged

21.

ruling of the United States Court of Appeals for the seventh circuit, in 1 F.3d 1511; 1993 U.S. App. Lexis 19747, where the court ruled in United States v D. J. Vollmer & Co. that the BATF has jurisdiction over the first sale of a firearm imported to the country, but no jurisdiction over subsequent sales. In Title 26 § 7608 again clearly states the lawful authority for CID agents. In United States v Viale 312 F.2d 595 (2nd Cir. 1962) "The government can point to no federal statute authorizing agents employed 'for the administration and enforcement of the internal revenue laws; 26 USC 7803(a), as these agents were to make an arrest... unless authority can be found in 26 USC 7608 and frankly admits there is some question whether this section is applicable to the enforcement of the wagering tax laws. We hold that the section is not applicable." So if the CID/BATF/IRS agents don't have authority statutorily to enforce wagering tax laws where did Christina Barker get the authority to investigate the defendant, arrest, and incarcerate, indict and prosecute? With no evidence or even a claim that the defendant was or is involved in the business of Alcohol, Tobacco, Firearms and Explosives.

23.

criminal violations thereof, evaluating allegations and indications of such violations to determine investigations to be undertaken, investigating suspected criminal violations of such laws, recommending prosecution when warranted, and measuring effectiveness of the investigation process..."

23. Most of the Code is administered by the Bureau of Alcohol, Tobacco, and Firearms, including Chapters 61 through 80, which is enforcement. In addition, 27 C.F.R. is BATF, and states in subpart B, Definitions, 250.11, Meaning of terms: "United States Bureau of Alcohol, Tobacco, and Firearms Office — Bureau of Alcohol, Tobacco, and Firearms office in Puerto Rico." Every person who is being prosecuted by the Internal Revenue Service, has a code on their IMF which puts them in "tax class 6" which designates that they have violated a law relating to alcohol, tobacco, or firearms, in Puerto Rico. The BATF has no venue or jurisdiction within the borders of any of the 50 States of the United States of America (the "Union"), except in pursuit of an importer of contraband alcohol, tobacco, or firearms who failed to pay the tax on those items. As proof, refer to the July 30, 1993,

22.

24. Furthermore in Title 31 § 321 (d) (1) + (2)
the statute clearly states:

" (d)(1) The Secretary of the Treasury may accept,
hold, administer and use gifts and bequests of
property, both real and personal. For the purpose of
aiding or faciliting the work of the Department
of the Treasury. Gifts and bequests of money
and the proceeds from sales of other property
recieved as gifts or bequests shall be
deposited in the Treasury in a separate fund
and shall be disbursed on order of the Secretary
of the Treasury. Property accepted under this
paragraph, and the proceeds thereof, shall be
used as nearly as possible with the terms
of the gift or bequest.

(2) For [the] purposes of the Federal income,
estate, and gift taxes, property accepted
under paragraph (1) shall be considered
as a gift or bequest to or for the use of
the United States. " It becomes clear
now why none of the criminal revenue
regulations implementing statutes involve
American citizens "wages" in the several
Union states. The taxes on their wages
are considered gifts to the United States.'
I do realize that there are legions of
Court decisions incarcerating Americans
for refusing to gift a portion of their
Wages to the Treasury, however I submit
that its a result of presumption on both

24.

the American People and the Courts.
Again I have no problem with supporting
my government, however when it's
agents abuse their authority under color
of law and cause irreparable injury to
me personally then it is my right to
speak out and employ every remedy at
my disposal.

25. Before any "Criminal" action can
be taken against this defendant there
must be due process statutorily and
proceedural. A presumption is a legal
inference or assumption that a fact exists,
based on the known or proven existence of some
other fact or group of facts. Most presumptions
are rules of evidence calling for a certain
result in a given case <u>unless</u> the
adversely affected party overcomes it with
other evidence. (Blacks law 7th) Due
process is the conduct of legal proceedings
according to established rules and principles
for the <u>protection and enforcement of
private rights</u>, including notice and the
right to a fair hearing..." (Blacks law 7th)
My private rights are God granted and
protected by the Constitution for the United
States of America. Agents of the federal
government must take an oath because
of this principle. However in this action
25.

the judge wouldn't admit on the record
that he would uphold his oath during the
last hearing, and wouldn't answer the
question if I was entitled to a fair and
impartial hearing stating I needed to ask
my standby counsel to answer questions
of law. And the prosecution team has
ignored the question if they have taken
an oath of office entirely.

26.   How can the BATF/IRS CID
agent uphold her oath to enforce and
protect my private rights, which she swore
or affirmed to do, when she withheld
from the grand jury that she has no
statutory authority to present any facts
to them related to the defendant as
she has no jurisdiction regarding the
defendant? To me that sounds like
perjury, or dishonesty at the very least.
And how can the federal attorney from
D.O.J. Tax division present facts from an
unauthorized investigation by agent
Christina Barker to the grand jury knowing
that she has no statutory authority? And
to make matters worse in Supart M-Tax
Division Title 28 C.F.R. §.70 Judicial
administ. Department of Justice Tax Division
.70 General Instructions -"The following
functions are assigned to and shall be
conducted, handled, or supervised by, the

26.

Assistant Attorney General, Tax Division
(Richard E. Zuckerman):

(a) Prosecution and defense in all courts, other
than the tax court, of civil suits, and the
handling of other matters, arising under the
internal revenue laws, and litigation
resulting from the taxing provisions of other
Federal statutes (except civil forfeiture and
civil penalty matters arising under laws
relating to liquor, narcotics, gambling, and
firearms assigned to the criminal Division
by §.55(d)).
(b) Criminal proceedings arising under the
internal revenue laws, except the following:
Proceedings pertaining to misconduct of I.R.S.
personnel; to taxes on liquor, narcotics,
firearms, coin-operated gambling and amusement
machines, and to wagering, forcible rescue
seized... (26 U.S.C. 7212 (b)), corrupt or
forcible intereference with an officer or
employee acting under the Internal Revenue
laws (26 U.S.C. 7212 (a)). "(Emphasis mine)
Did the prosecution team inform the grand
Jury that the Supreme Court Justices that
wrote this regulation forbid them to
prosecute one of the charges they included
in the indictment? Now I understand why
the prosecutor did not verify charges under
oath under pains and penalties of perjury.

27.

Apparently the prosecuting attorneys "forgot" that they do not have jurisdiction to charge the defendant with 26 U.S.C. 7212(a). And Ms. Barker "forgot" that her authority only relates to Alcohol, Tobacco and Firearms tax crimes, So they didn't tell the grand jury. And neither plan to to tell the proposed jury these facts.

27. The United States Attorney's Manual, Title 6 Tax Division, Chapter 4, Page 16, October 1, 1988, 6-4.270, Criminal Division Responsibility, States:

"The Criminal Division has limited responsibility for the prosecution of Offenses investigated by the I.R.S. Those offenses are: excise violations involving liquor tax, narcotics, stamp tax, firearms, wagering, and coin-operated gambling and amusement machines; Malfeasance offenses committed by IRS personnel; forcible rescue of seized property; corrupt or forcible interference with an officer or employee acting under the internal revenue laws; ... See C.F.R. Sec. 0.70." Furthermore research demonstrates that the Department of Justice, when representing IRS, operates in an alter ego on behalf of what is described as the "General Authority" established under treaties on private international law (2e C.F.R. 0.50), and that state

28.

district courts, via the various adopted acts
implemented by the States, accomodate
private international law (See "conflict of laws"
as a subcategory to "statutes" in American
Jurisprudence 2d).

      28. In addition to the foregoing
Jurisdiction geographically of the United States
and federal employees is limited to the
District of Columbia and United States
territories, and therefore have no
Jurisdiction or force of law in Atlantic County,
New Jersey. In a government work published
in 1957 titled, "Jurisdiction Over Federal
Areas Within States: Report of Interdepartmental
Committee for the Study of Jurisdiction Over
Federal Areas Within States," the committee
stated: "The Constitution gives express
recognition to but one means of Federal
acquisition of legislative jurisdiction - by state
consent under Article 1, Section 8, clause 17.
Justice McLean suggested that the
Constitution provided sole mode for transfer
of Jurisdiction, ~~and~~ and, that if this mode
is not pursued, no transfer of Jurisdiction
can take place." Also See
People v. Hammond, 1 Ill .2d 65, 115 N.E. .2d 331 (1953)
United States et al v. Schwalby Court of Civil
Appeals Texas, Nov. 23 1894
Sramek v. Sramek, 17 Kan. App .2d 573, 576-77,
840 P.2d 553 (1992)

          29.

## Conclusion

29. For the foregoing reasons this action should be dismissed immediately, and the defendant's private property returned. Any other result will be a waste of valueable public resources, Peoples time, and allow the Moving party to continue to violate the defendants private rights, and continue to damage the defendant.

Respectfully,

Kenneth Paul Crawford Jr,
Authorized Representative

30.



Crawford
· 71800-050
FDC Philadelphia
P.O. Box 562
Philadelphia, PA
19105

Attn: Clerk

U.S. District Court
400 Cooper St.
Camden, N.J. 08102