In The United States District Court
For The District of New Jersey

RECEIVED
MAY - 6 2019
AT 8:30
WILLIAM T. WALSH, CLERK

United States Of America,       )
                                )   Case No. 18-505(RBK)
         Plaintiff,             )
                                )
    v.                          )
                                )
Kenneth Crawford, Jr.,          )
                                )
         Defendant.             )

## Notice Of Objection

Comes now Kenneth Paul Crawford Jr. appearing specially, not generally, as an American and one of the People of New Jersey reserving all rights guaranteed by both federal and state Constitutions upon this notice of objection to, for the record, object to Judge Kugler's decision to dismiss the "pro se" motion of 30 pages filed last week into the docket based on the defendants notice to retain counsel for further proceedings. The reasons for the objection are: 1. Defendant filed motion "pro se" and is entitled to file motion not represented. 2. There is or was no notice of appearance by any attorney to disqualify said motion to dismiss/quash.

3. Defendant will require facts and law contained in said motion if and when there is need for an appeal of a decision from this court. Thank you.

Respectfully,

*Kenneth Paul [signature]*

Authorized Representative
All Rights Reserved

