# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. ROBERT B. KUGLER |
| | : | |
| | : | |
| v. | : | Crim. No.  CR 1:18-00505-001 |
| | : | |
| KENNETH CRAWFORD JR. | : | ORDER MODIFYING |
| | : | CONDITIONS OF RELEASE |

This matter having come before the Court for a bail modification via consent order for defendant Kenneth Crawford Jr. (Vincent Bevacqua, Esq., appearing); and the United States by Principal Deputy Assistant Attorney General Richard E. Zuckerman, (Sean Green, Trial Attorney, appearing), and for good cause shown,

IT IS, therefore, on this _____ day of July, 2019;

ORDERED that defendant Kenneth Crawford's conditions of release are modified as follows:

IT IS ORDERED that Marni Labastida, having been approved by PreTrial Services, shall replace Glen Crawford as third party custodian; and

IT IS FURTHER ORDERED that defendant shall reside with his third party custodian at 624 Whispering Woods Ct Mays Landing, New Jersey, and

IT IS FURTHER ORDERED that all conditions of release previously set by this Court (Doc. No. 85) remain in effect.

_____
HON. ROBERT B. KUGLER
UNITED STATES DISTRICT JUDGE

Consented to as to form and entry:


/s/ Sean M. Green
Sean M. Green
Trial Attorney
U.S. Department of Justice, Tax Division


__/s/Vincent Bevacqua
Vincent Bevacqua

Counsel for defendant