AO 442   (Rev. 5/93)   Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of      NEW JERSEY

UNITED STATES OF AMERICA

V.

KENNETH CRAWFORD, JR.

**WARRANT FOR ARREST**

Case Number: CR. 1:18-505-001 (RBK)

2019 SEP 31 AM 10: 19

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    KENNETH CRAWFORD, JR.
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    X Order of court      Violation Notice      Probation Violation Petition

charging him or her with    (brief description of offense)

VIOLATION OF ORDER SETTING CONDITIONS OF PRETRIAL RELEASE (Doc. #85)
in violation of Title    18    United States Code, Section(s)      3148

HON. ROBERT B. KUGLER
Name of Issuing Officer

[signature]
Signature of Issuing Officer

UNITED STATES DISTRICT JUDGE
Title of Issuing Officer

AT CAMDEN, NEW JERSEY
Location

Date: September 30, 2019

2019 NOV 13 A 8: 50
CLERK U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

**RETURN**
This warrant was received and executed with the arrest of the above-named defendant    624

Whispering Woods Court, Mays Landing, NJ
Alex Kowalowski, DUSM
DATE RECEIVED    NAME AND TITLE OF ARRESTING OFFICER    SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST   11/12/2019

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____


INVESTIGATIVE AGENCY AND ADDRESS: _____