UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**

**JUDGE:** Robert B. Kugler

**COURT REPORTER:** Carl Nami, Jr.

**OTHERS:**
Gary Pettiford (U.S. Pre Trial Services)

**DATE OF PROCEEDINGS:** 11/13/19

**DOCKET NO.** CR #18-505

**TITLE OF CASE:**

UNITED STATES OF AMERICA
    V
KENNETH CRAWFORD, JR.

**APPEARANCES:**
Sean Michael Green, AUSA for Gov.'t.
Kenneth Crawford, Jr., pro se

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

ORDERED trial date previously set for December 9, 2019 will remain.

ORDERED bail revoked and deft. remanded to the custody of US Marshal. Order of Detention to be entered.

                                                s/Barbara Fisher
                                                  Deputy Clerk

Time Commenced: 2:10 PM   Time Adjourned: 2:30 PM   Total Time: 20 min.