# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff* | NOTIFICATION OF ADDRESS CORRECTION *for KENNETH P. CRAWFORD, JR* |
| V. | |
| KENNETH CRAWFORD, JR, *Defendant* | CASE NUMBER: D.N.J. No. 1-18-cr-00505-001 |

**TO: Name and address of Defendant:**
**KENNETH P. CRAWFORD, JR,**
C/O U.S. DEPARTMENT OF THE TREASURY            via Registered Mail
1500 Pennsylvania Avenue, NW; Washington, D.C. 20220
ATTN: STEVEN T. MNUCHIN

**TO: Office of the U.S. Attorney General**            via Registered Mail
950 Pennsylvania Avenue NW; Washington, DC 20530-0001
Attn: Mr. William P. Barr

**TO: Mr. Marik String**
c/o The Executive Office            via Registered Mail
Office of the Legal Advisor, Suite 5.600;
600 19th Street NW; Washington, DC 20522

**TO: Chief Justice of the DISTRICT COURT OF NEW JERSEY**            via Registered Mail
Chief Judge Freda Wolfson
402 East State Street
Trenton. New Jersey, 08608

**TO: UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**            via Registered Mail
Circuit Judge L. Felipe Restrepo
601 Market Street
Philadelphia, Pennsylvania 19106

---

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents
Applicable to all Successors and or Assigns

---

**RECEIVED**

**NOV 19 2019**

AT 8:30_____M
WILLIAM T. WALSH CLERK

## NOTIFICATION OF ADDRESS CORRECTION FOR THE DEFENDANT

This Notification is in response to the enclosed Motion by Appellant to Dismiss Case for Lack of Jurisdiction for case number D.N.J. No. 1-18-cr-00505-001, that was issued by THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT No. 19-1761; which was executed by Circuit Judge L. Felipe Restrepo on September 10, 2019 and which MB/cc: Christopher H. O'Malley, Esq. and Mark S. Detrman, Esq.

On or about September 30*, 2019, THE DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY over turned the UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT court's decision, and issued a warrant for arrest, which they executed on November 13, 2019 at approximately 5:00pm, against the American citizen Kenneth-Paul-Jr. of Crawford.

Your employees and officers are operating in violation of 22 CFR § 172.2 - Service of summonses and complaints. KENNETH P. CRAWFORD JR., is a former employee of the United States.

November 13, 2019 at approximately 5:00pm approximately twenty (20) New Jersey state marshals forcibly removed Kenneth-Paul-Jr., from his home and he has been imprisoned ever since; despite the fact that the court records were duly annotated to disclose Kenneth-Paul-Jr.'s corrected political status, standing and jurisdiction as an American citizen.

PLEASE BE ADVISED; on August 3^" 2019, KENNETH P. CRAWFORD JR (and all derivatives) and permutations thereof was surrendered into the custody of the U.S. Department of the Treasury viaRegistered Mail and Mr. Steven T. Mnuchin in his capacities as Secretary of the Treasury, Governor of the IMF and receiver in bankruptcy, is fiduciary, thus enabling this matter to be more expeditiously addressed internally.

Further, Kenneth-Paul-Jr. of Crawford, officially resigned as the receiver of process and registered agent for the Defendant, and submitted a request that the DISTRICT COURT/District Court update its internal database(s) to reflect the new address for KENNETH P. CRAWFORD JR and to CEASE and DESIST from sending any unsolicited mailings to his private mailing address.

At the time of the alleged infraction, Kenneth-Paul-Jr., was the "Receiver of Process" and "Authorized Representative" for KENNETH P. CRAWFORD JR; a position he has now relinquished.

However, acceptance of service did not constitute an admission or waiver with respect to jurisdiction, propriety of service, improper venue, or any other defense in law or equity available under the laws of rules applicable for the service of process.

Pursuant to 22 CFR § 172.2(a)(b): (a) Only the Executive Office of the Office of the Legal Adviser (L/H-EX) is authorized to receive and accept summonses or complaints sought to be served upon the Department or Department employees. All such documents should be delivered or addressed to: The Executive Office, Office of the Legal

Adviser, Suite 5.600, 600 19th Street NW, Washington DC 20522. (Note that the suite number is 5.600); (b) In the event any summons or complaint described in § 172.1(a) is delivered to an employee of the Department other than in the manner specified in this part, such attempted service shall be ineffective, and the recipient thereof shall either decline to accept the proffered service or return such document under cover of a written communication which directs the person attempting to make service to the procedures set forth herein.

In RAYMOND J. LUCIA, ET AL., PETITIONERS v. SECURITIES AND EXCHANGE COMMISSION; **No. 17–130. Argued April 23, 2018—Decided June 21, 2018, held that** the SEC's Administrative Law Judges "ALJs" are "Officers of the United States," subject to the Appointments Clause. Pp. 5–13. (a) This Court's decisions in United States v. Germaine, 99 U. S. 508, and Buckley v. Valeo, 424 U. S. 1, set out the basic framework for distinguishing between officers and employees. To qualify as an officer, rather than an employee, an individual must occupy a "continuing" position established by law, , 99 U. S., at 511, and must "exercis[e] significant authority pursuant to the laws of the United States," Buckley, 424 U. S., at 126 and in Freytag v. Commissioner, 501 U. S. 868, the Court applied this framework to "special trial judges" (STJs) of the United States Tax Court.

Kenneth-Paul-Jr., is not under the jurisdiction of THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY and the enforcement of a warrantless claim by your officers and employees is of course unconstitutional and their criminal actions have rendered you, Mr. Mnuchin and the United States to be sued for libel in personam in the admiralty.

THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY does not supersede THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

In addition, after reviewing every item in the docket, the attached is the line of events that lead to the dismissal. (The docket number is shown on the top of the attachments provided)

The 1st attachment is the initial challenge of jurisdiction to dismiss the case by Kenneth-Paul-Jr.

The 2nd attachment is the order from THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY judge Robert T. Kugler, which denied Kenneth-Paul-Jr's motion.

The 3rd attachment is the motion from Kenneth-Paul-Jr. to THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, to review his motion to dismiss the case due to lack of jurisdiction.

The 4th attachment is THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT court order granting the motion of the appellant (Kenneth Crawford Jr.) to dismiss the case due to lack of jurisdiction.

The dismissal by THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT appeared to be over looked because it was labeled under docket 90 as "USCA Certified Order In Lieu of Formal Mandate (Terminates Appeal). This was dated September 10, 2019.

Since Kenneth-Paul-Jr also did not look at the docket to check that the case was dismissed, he then on September 27, 2019 wrote a letter to the court stating he was terminating his lawyer due to his status, standing and jurisdiction. This then prompted the case workers to arrange a status conference on a case that they were not aware was already dismissed.

Thus, I thank you for your attention in handling this matter.

Date: 11/ 15/ 2019

I am my brother's keeper

# ATTACHMENTS

1.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 SEP 10 P 3: 23

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br><br>KENNETH P. CRAWFORD, JR,<br>Defendant [In Error] | Docket # 18cr505 (RBK) |

Judicial Notice
Pursuant under Federal Rules of Evidence
**MANDATORY**

Public Law 93-595: A Court shall take Judicial Notice if requested by a party and supplied with the necessary information.

## NOTICE OF CHALLENGE OF JURISDUCTION
## MOTION TO DISMISS THIS CASE FOR LACK OF JURISDICTION

COMES NOW, the undersigned Kenneth P. Crawford, Jr, In Esse, Sui Juris, as Executor / Administrator, for and on behalf of the KENNETH P CRAWFORD, JR ESTATE, who is unschooled in law and asks that the court take Judicial Notice of the enunciation of principles as stated in <u>Haines v. Kerner,</u> 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings shall have the court look to the substance of the pleadings rather than the form. The undersigned submits this Notice of Challenge of Jurisdiction / Motion to Dismiss This Case for Lack of Jurisdiction with attachments, without waiver of any defenses.

1. As occupant to the Executor office to the KENNETH P CRAWFORD JR ESTATE all persons and individuals acting in the capacity as Executor, Guardian, and / or Administrator are hereby with leave until further notice, and are therefore required revoked of any benefits, privileges, and / or immunities, regarding the Estate, including the usage and / or misusage of interest, credit, and other items claimed as assets for the Estate. This appointment shall remain in effect until further

1

1.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff | 2018 SEP 10 P 3: 23 |
| v. | Docket # 18cr505 (RBK) |
| KENNETH P. CRAWFORD, JR, Defendant [In Error] | |

## CERTIFICATE OF SERVICE

On this __10th__ day of __Sept__, 20__18__, for the purpose of verification, I, the undersigned do certify that the Motion to dismiss, affidavit and supporting documents were sent to the Plaintiff via electronic mail and USPS first class mail:

U.S. Department of Justice
Tax Division
Northern Criminal Enforcement Section
P.O. Box 972
Washington, D.C. 20044
c/o: Sean M. Green

and

Sean.m.green@usdoj.gov

_Kenneth P. Crawford Jr._

Certificate of Service                    Page 1 of 1

2.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Robert B. Kugler |
| Plaintiff(s), | : | Criminal No. 18-505(RBK) |
| v. | : | |
| KENNETH CRAWFORD, JR., | : | |
| Defendant(s). | : | |

## O R D E R

**THIS MATTER HAVING**, come before the court upon the Motion of defendant Kenneth P. Crawford, Jr., to "Dismiss this Case for Lack of Jurisdiction" (document 14), and pro se defendant Crawford's oral motion during the arraignment and status conference on September 12, 2018, and the court having considered the papers filed by defendant and having entertained his oral motion to dismiss, and for the reasons expressed on the record on September 12, 2018,

**IT IS ON THIS** \_\_21st\_\_ day of September, 2018, **ORDERED** that defendant Kenneth P. Crawford, Jr.'s, Motions to Dismiss be and are hereby **DENIED**.

                                                                  s/Robert B. Kugler
                                                                   ROBERT B. KUGLER
                                                                   United States District Judge

3.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| THE UNITED STATES OF AMERICA, Plaintiff<br><br>v.<br><br>KENNETH P. CRAWFORD, JR, Defendant [In Error] | Docket # 18cr505 (RBK)<br><br>**RECEIVED**<br>SEP 2 6 2018<br>AT 8:30 ___ M<br>WILLIAM T. WALSH, CLERK |
|---|---|

## NOTICE OF APPEAL

Notice is herby given that Kenneth Paul Crawford Jr., for the Defendant in the above named case hereby appeal to the United States Court of Appeals from the order denying the Defendants motion to dismiss for lack of jurisdiction entered in this action on the 12th day of _____ September 2018. (see attached transcript).

Respectfully,

*/s/ Kenneth Paul Crawford*
Kenneth Paul Crawford Jr.

## CERTICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of Kenneth Paul Crawford Jr.'s Notice of Appeal was served on 22 Sept. 2018 to:

U.S. Department of Justice
Tax Division
Northern Criminal Enforcement Section
P.O. Box 972
Washington, D.C. 20044
c/o: Sean M. Green
Sean.m.green@usdoj.gov

*/s/ Kenneth Paul Crawford*

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 15, 2019
CCO-074

No. 19-1761

UNITED STATES OF AMERICA

v.

KENNETH CRAWFORD, JR.,
Appellant

(D.N.J. No. 1-18-cr-00505-001)

Present: CHAGARES, RESTREPO and SCIRICA, Circuit Judges

1. Motion by Appellant to Dismiss Case for Lack of Jurisdiction

Respectfully,
Clerk/mb

_____ORDER_____

The foregoing motion is hereby granted.

By the Court,

s/ L. Felipe Restrepo
Circuit Judge

Dated:     September 10, 2019
MB/cc:     Christopher H. O'Malley, Esq.
           Mark S. Determan, Esq.

A True Copy:

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate

*Declaration of Act of Expatriation*

*and Oath of Allegiance*

Whereas KENNETH PAUL CRAWFORD, JR., is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such "citizenship" was never desired nor intended nor willingly nor voluntarily entered into, KENNETH PAUL CRAWFORD, JR., willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, U.S. Corp, US, Inc., et. alia, formed under the Act of 1877, and does repatriate to the land of HIS birth known as New Jersey and does freely affirm HIS allegiance as a New Jerseyan to the same actual and organic state of the Union and does accept HIS true Nationality as an Indigenous North American National and a North American State Vessel in all international commerce owned and operated by CRAWFORD, JR., KENNETH PAUL / Crawford, Jr., Kenneth Paul of 304 East Great Creek Road, Galloway Township, New Jersey / "in care of" 304 East Great Creek Road, Galloway, New Jersey [08205-9998] "non-domestic".

Article 15, Sections 1 and 2 of the Universal Declaration of Human Rights (UDHR): "Everyone has the right to a Nationality." "No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality."

Being born in some countries can grant you automatic citizenship, but it won't grant you nationality. **Nationality must be claimed.**

Nationality is defined as "quality or character which arises from the fact of a person belonging to a nation or state. It determines the political status of the individual, especially with reference to allegiance; while domicile determines his civil status. Nationality arises either by birth or naturalization". Black's Law Dictionary 2nd Ed.

IRC Title 26 - Subtitle F - Chapter 79 - Section 7701 (39) - Persons residing outside United States: If any citizen or resident of the United States does not reside in (and is not found in) any United States judicial district, such citizen or resident shall be treated as residing in the District of Columbia for purposes of any provision of this title relating to — (A) jurisdiction of courts, or (B) enforcement of summons.

This do I certify, Witness and confirm this __3__ day of __August__ 2019.

By: _Kenneth_ [signature]

Kenneth :Crawford, Jr.; sui juris, All Rights Reserved

Burlington County
New Jersey State

*For Verification Purposes Only*

Before me this __3rd__ day of __August__ 2019 did appear one Kenneth :Crawford, Jr., and he did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal.

By: [signature] sui juris   Notary; my commission expires on __1/18/23__

JOHN BARRY JR.
Notary Public - State of New Jersey
My Commission Expires Jan 18, 2023

Filing #RE 774 792 147 US

RETURN TO: KENNETH PAUL CRAWFORD JR., GRANTOR
c/o Crawford Jr., Kenneth Paul, Administrator
ADDRESS: 304 EAST GREAT CREEK ROAD, GALLOWAY, NEW JERSEY [08205-9998]

CERTIFICATE OF ASSUMED NAME
NOTICE OF TRANSFER OF RESERVED NAME
Returnee – CRAWFORD JR., certificate of ownership

CERTIFICATE OF TRUE NAMES WHEN ASSUMED NAMES USED: SESSIONS LAW TITLE 56:1-2 OF THE STATE OF NEW JERSEY. NO PERSON SHALL CONDUCT OR TRANSACT BUSINESS UNDER ANY ASSUMED NAME OR UNDER ANY DESIGNATION, NAME OR STYLE, CORPORATE OR OTHERWISE, OTHER THAN THE REAL NAME OR NAMES OF THE INDIVIDUAL OR INDIVIDUALS CONDUCTING OR TRANSACTING SUCH BUSINESS, UNLESS SUCH PERSON SHALL FILE A CERTIFICATE IN THE OFFICE OF THE CLERK OF THE COUNTY OR COUNTIES IN WHICH SUCH PERSON CONDUCTS OR TRANSACTS, OR INTENDS TO CONDUCT OR TRANSACT, SUCH BUSINESS TOGETHER WITH A DUPLICATE THEREOF FOR FILING IN THE OFFICE OF THE SECRETARY OF STATE, AS PROVIDED IN SECTION 56:1-3 OF THIS TITLE. SUCH CERTIFICATE SHALL SET FORTH THE NAME UNDER WHICH SUCH BUSINESS IS CONDUCTED OR TRANSACTED OR IS TO BE CONDUCTED OR TRANSACTED, AND THE TRUE NAME OR NAMES OF THE PERSON OR PERSONS CONDUCTING OR TRANSACTING THE SAME, WITH HIS/HER OR THEIR POST-OFFICE ADDRESS OR ADDRESSES, AND SHALL BE DULY EXECUTED AND SWORN TO BY THE PERSON OR PERSONS CONDUCTING OR TRANSACTING OR INTENDING TO CONDUCT OR TRANSACT, SUCH BUSINESS, BEFORE SOME PERSON AUTHORIZED BY THE LAWS OF THE STATE OF NEW JERSEY TO ADMINISTER OATHS AND IF ANY PERSON OR PERSONS CONDUCTING OR TRANSACTING BUSINESS AS AFORESAID IS OR ARE NOT RESIDENT IN THE STATE OF NEW JERSEY, SUCH STATEMENT SHALL CONTAIN A POWER OF ATTORNEY CONSTITUTING THE COUNTY CLERK OF THE COUNTY, HIS/HER SUCCESSORS IN OFFICE, THE TRUE AND LAWFUL ATTORNEY OF SAID NONRESIDENT PERSON OR PERSONS, UPON WHOM ALL ORIGINAL PROCESS IN AN ACTION OR LEGAL PROCEEDING AGAINST SAID PERSON OR PERSONS FOR ANY DEBT, DAMAGES OR LIABILITY, CONTRACTED OR INCURRED BY THEM IN, OR GROWING OUT OF, THE CONDUCT OR TRANSACTION OF SAID BUSINESS, MAY BE SERVED AND THEREIN, HE/SHE OR THEY SHALL AGREE THAT SUCH ORIGINAL PROCESS WHICH MAY BE SERVED ON THE COUNTY CLERK SHALL BE OF THE SAME FORCE AND VALIDITY AS IF SERVED UPON SAID NONRESIDENT PERSON OR PERSONS AND THAT THE AUTHORITY THEREOF SHALL CONTINUE IN FORCE SO LONG AS THE PERSON OR PERSONS CONDUCT OR TRANSACT SAID BUSINESS IN THE STATE OF NEW JERSEY. TO BE DEEMED A PUBLIC OFFICER YOU MUST PRODUCE AND BE VETTED BY THE ADMINSTRATOR OF THIS DOCUMENT, A LETTER OF INTENT, A LETTER OF COMPLIANCE WITH ALL STATE AND FEDERAL RULES AND REGULATIONS AS PRESCRIBED BY THE SECRETARY OF STATE OR ANY PRIVATE PERSON WHO DOES NOT PROPERLY IDENTIFY THEMSELVES UPON REQUEST BY PRODUCING A

BUSINESS LICENSE, A UBI NUMBER, AND A BOND FILLED OUT IN THE C.A.P. NAME ON THE CERTIFICATE ARE FINED ON THE SPOT FOR 500.00 IN CONSIDERATION, FEE SCHEDULE; TO BE DETERMINED BY THE HEAD ADMINSTRATOR OF THIS DOCUMENT AT THE TIME OF ENGAGEMENT AND ALSO THE CORRESPONDING SESSION LAWS OF THE STATE OF NEW JERSEY INCLUDING TITLE 56 OF SESSION LAWS, TITLE 56, SECTION 3-13.13, "Common Law Rights" AND AS 10.35.030 (1 CHAPTER 33 SLA 1966) TRANSFER OF RESERVED NAME.

Whereas GRANTOR is a Cestui Que Vie TRUST formed without the knowledge or consent of the Grantee and has accumulated unauthorized debt against the ESTATE benefiting secondary beneficiaries merely presumed to exist and claiming to have an interest in the ESTATE established under the MUNICIPAL LAW OF THE DISTRICT OF COLUMBIA and the DISTRICT OF COLUMBIA MUNICIPAL CORPORATION, the actual Grantee, the living man known to the public as Kenneth Paul Crawford Jr., invokes the provisions of Article IV of the Cestui Que Vie Act 1666 as one "having been found to be alive" and to be owed all benefit, control, and interest in the GRANTOR TRUST ESTATE set free and clear of all liens, debts, titles held under color of law, tithes, fees, and all other encumbrances established by the United States of America, Inc., THE UNITED STATES OF AMERICA, INC., the UNITED STATES, (INC.) and all and any franchises thereof ab initio from the date of first registration of the ESTATE TRUST and all and any derivatives thereof, including but not limited to KENNETH PAUL CRAWFORD JR.

**REGISTRATION REASON:**
REINSTATEMENT OF ACTUAL HOLDER IN DUE COURSE OF ESTATE NAME AND ESTATE PROPERTY AND ALL INTEREST DUE; PUBLIC AND PRIVATE RECOGNITION OF GRANTEE AS HOLDER IN DUE COURSE AND LAWFUL ENTITLEMENT HOLDER OF FOREIGN GRANTOR TRUST NAMED KENNETH PAUL CRAWFORD JR., AS OF 3RD FEBRUARY 1968.

BUSINESS INFORMATION:
LEGAL ENTITY; HEIR GRANTEE, PRIVATE, PUBLIC, SIGNATURE TRUST
BUSINESS DESCRIPTION; COMMERCE, GRANTOR, PRIVATE, PUBLIC, SIGNATORY
BUSINESS NAME:
D.B.A. KENNETH PAUL CRAWFORD JR. and CRAWFORD JR., KENNETH PAUL and KENNETH P. CRAWFORD JR., and all and any derivatives thereof in any way related to the ESTATE so NAMED.

PHYSICAL ADDRESS:
c/o 304 EAST GREAT CREEK ROAD, GALLOWAY, NEW JERSEY [08205 -9998]US

OWNER INFORMATION:
True and Real Trade Name: Grantee, Private, Signatory, Beneficiary, Holder, Transferee:

First Name: Kenneth
Middle Name: Paul
Surname: Crawford Jr.
STYLE: Bicameral & Surname

Post Office Address:
c/o 304 East Great Creek Road, Galloway Township, New Jersey [08205-9998]

Post Master Location:
1001 New Jersey Avenue, Absecon, New Jersey Postal Code Extension 08201-9998

THIS CERTIFICATE IS TO CONDUCT BUSINESS IN COMMERCE IN AN ASSUMED NAME DESIGNED TO ACCOMPANY NEW BUSINESS ACCOUNT REGISTRATION, IF SO DESIRED, OR TO CONDUCT BUSINESS IN INTERNATIONAL TRADE.

I am claiming the writ of Habeas Corpus to institute and maintain actions of any kind in the courts of "this" state while maintaining true domicile on the land of these United States, to take, hold and dispose of property either Real, Intangible or Personal held in the name of the FOREIGN GRANTOR TRUST dba KENNETH PAUL CRAWFORD JR., together with all derivative NAMES and Names and styles thereof, together with guarantee of pre-payment and exemption from Taxes, Tithes, and Fees, together with re-conveying all actual assets rightfully belonging to the Lawful Holder in Due Course.

Under the form of creating a qualification or attaching a condition, the Unites States and United States of America however styled or construed cannot, in effect, inflict a punishment for a past act which was not punishable at the time it was committed and which was not the knowing, willing, and consensual act of the actual Holder in Due Course of the given name and estate.

All violators, agents, actors under color of law, and actions under color of authority claimed by any corporations, associations, or subcontractors, agencies or agents of any kind or like violating or attempting to violate the political status and Title Order of the Grantee at any time past, present, or future shall be liable severally, and jointly to this certificate as an affidavit of obligation in the normal commercial sense and as such is a severity representing accounts receivable and is a lien upon the real and movable property, malpractice insurance and performance bonds of any such violators and is not dischargeable in bankruptcy court or subject to any probate claim; at all times the owner/holder in due courses' property is exempt from third party levy and all related vessels in commerce are tax pre-paid.

ISSUED THIS _6_ DAY OF _August_ IN THE YEAR 2019 ON AND FOR THE COUNTY OF _Atlantic_ ON THE STATE OF NEW JERSEY; NOTICE TO AGENTS IS NOTICE TO PRINCIPALS, NOTICE TO PRINCIPALS IS NOTICE TO AGENTS; WITNESS BY NOTARY DOES NOT ALTER STATUS.

UCC 1-308

By: *[signature]* _____ Kenneth :Crawford Jr. ©/LS, all rights reserved.

ACKNOWLEDGMENT OF HEAD ADMINISTRATOR FROM HOME OFFICE, Private Banker, UCC-1-201

c/o Kenneth Paul :Crawford Jr., ©/LS, TRUE AND REAL TRADE NAME; BY MY HAND AND SEAL I TAKE OFFICE WITHOUT ENCUMBRANCE AND WITHOUT DEBT OR OTHER OBLIGATION, FULLY EXEMPT, INDEMNIFIED, AND WITHOUT GRANT OF ANY OTHER POWER OF ATTORNEY DBA: KENNETH PAUL CRAWFORD JR., and CRAWFORD JR., KENNETH PAUL and KENNETH P. CRAWFORD JR., ALL DERIVATIVES INCLUDING CRAWFORD JR., KENNETH P. and permutations at c/o 304 EAST GREAT CREEK ROAD, GALLOWAY, NEW JERSEY [08205-9998], RETURNEE: CRAWFORD JR.

These provisions and copyrights are in effect from February 3rd, 1968 onward and the Name/NAMES are re-venued and permanently domiciled on the land and soil of the United States and upon land and soil of New Jersey.

Notary Witness and Acknowledgement

New Jersey State                                          *For Verification Purposes Only*
ATLANTIC _____ County

Today before me a Commissioned Public Notary, appeared the living man known to me to be Kenneth Paul Jr., of the Lawful House Crawf___ sojourner in this community and he did Issue

**New Jersey Notary Public    County Clerk Certificate of Authority**

State of New Jersey } ss.
County of Atlantic }

I, EDWARD P. McGETTIGAN, Clerk of the County of Atlantic being the officer authorized by the laws of the State of New Jersey to make the following certificate.

DO HEREBY CERTIFY, that __Linda E. Kerr-Garlitos__ whose name is subscribed to the certificate of the acknowledgment, proof or affidavit, was at the time of taking such acknowledgment, proof or affidavit, a NOTARY PUBLIC of the State of New Jersey, residing in the County aforesaid, duly commissioned and qualified to administer oaths and affirmations and to take acknowledgments and proofs of deeds or conveyances for lands, tenements and hereditaments and other instruments in writing to be recorded in said State of New Jersey, and to all whose acts, as such, full faith and credit are and ought to be given, as well in Courts of Judicature as elsewhere; and that I am well acquainted with the handwriting of the said NOTARY PUBLIC and verily believe the signature to the attached certificate is genuine. Impression of Notary Public Seal not required by law to be filed in this office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said County Clerk this __6th__ day of __August__ (20_19_)

_____          _____
*Atlantic County Clerk*                    *Special Deputy Clerk*

## Cancellation of All Powers of Attorney

"All prior Powers of Attorney granted by Kenneth-Paul :Crawford, Jr., are removed, canceled, and permanently revoked effective **February 3rd, 1968**.

Kenneth :Crawford Jr., is Attorney-in-Fact for all purposes related to the administration of his estates and all correspondence should be addressed to: Kenneth :Crawford Jr. ©LS; c/o 304 East Great Creek Road, Galloway, New Jersey [08205-9998] "non-domestic"

by: _[signature]_ this __3__ day of __August__ 2019.
Kenneth :Crawford, Jr.; suri juris, all rights reserved

Public Notary Witness

__New Jersey__ State                    *For Verification Purposes Only*
__Burlington__ County

I __John Barry Jr__, a Public Notary, was visited today by the man known to me to be Kenneth :Crawford, Jr., and he did affirm and sign this **Cancellation of All Powers of Attorney** in my presence for the purposes stated.

By: _[signature]_ sui juris     Public Notary;

my Commission expires on: __1/18/23__

```
JOHN BARRY JR.
Notary Public - State of New Jersey
My Commission Expires Jan 18, 2023
```

## Notification of Reservation of Rights

**PURSUANT TO UNIFORM COMMERCIAL CODE "UCC" 1-308**

UCC1-308 f/k/a UCC 1-207

**PUBLIC NOTICE**

Kenneth-Paul :Crawford, Jr., sui juris

**THIS IS A PUBLIC COMMUNICATION TO ALL**
All rights reserved

UCC 1-308

**Notice to agents is notice to principles**
304 East Great Creek Road [08205-9998]
Galloway Township, New Jersey

**Notice to principles is Notice to Agents**
304 East Great Creek Road [08205-9998]
Galloway Township, New Jersey

**Applications to all successors and assigns**
304 East Great Creek Road [08205-9998]
Galloway Township, New Jersey

**All are without excuse**
Phone: n/a

Let it be known to all that I, Kenneth-Paul :Crawford, Jr., explicitly reserves all of my rights.

UCC 1-308 which was formally UCC 1-207.

Further, let all be advised that all actions commenced against me may be in violation of, ...

USC TITLE 18 > PART1 > CHAPTER 13 > § 242 Deprivation of rights under color of law

USC TITLE 18 > PART1 > CHAPTER 13 > § 241 Conspiracy against rights

Wherefore all have undeniable knowledge.

By: _[signature]_ ; all rights reserved; UCC 1-308
Kenneth-Paul :Crawford, Jr.

Atlantic County

New Jersey State

*For Verification Purposes Only*

Before me this __3rd__ day of __August__ 2019 did appear one Kenneth-Paul :Crawford, Jr. and he did establish this **Notification of Reservation of Rights** freely and without coercion.

In Witness whereof I set my sign and seal.

By: _[signature]_ Sui juris
Signature of NOTARY PUBLIC

Date Commission Expires __1/18/23__

JOHN BARRY JR.
Notary Public - State of New Jersey
My Commission Expires Jan 18, 2023