UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
DEC 16 2019
AT 8:30___M
WILLIAM T. WALSH, CLERK

UNITED STATES OF AMERICA

Crim. No. 18-505-RBK

v.

Hon. Robert B. Kugler

KENNETH CRAWFORD, JR.

## Notice Of Objection And Conditional Acceptance

Comes now Kenneth-Paul-Jr of Crawford, Sui Juris, a New Jerseyan appearing specially not generally giving notice to all parties of my objection to judge Kugler having made several claims during trial on the record that the undersigned is the Defendant in this action.

As previously stated in the court record, and supported, several times, on or about August 3, 2019 KENNETH P. CRAWFORD JR. (and all derivatives) and permutations thereof was surrendered into the custody of the U.S. Department of the Treasury via Registered Mail and Mr. Steven T. Mnuchin in his capacities as Secretary of the Treasury, Governer of the IMF and receiver in bankruptcy, is Fiduciary, thus enabling this matter to be more expeditiously addressed. Furthermore the undersigned officially resigned as the receiver of process and registered agent for the Defendant and gave notice via return receipt mailings to

all relevant agencies to annotate the public record and rebutt all presumptions. Being forced under threat, duress, and coercion to participate in this "trial" cannot and does not make me something I am not. A sentient being can't be a legal fiction despite presumption. And a man created in the image and likeness of God the Father, and granted Dominion over the earth cannot be an artificial person.

Now therefore, I conditionall accept all offers and presumptions to attempt to make me the Defendant upon the presentation of verified affidavits that I can be identified as the Defendant, and changing every court record refering to my Christian name to the proper Appellation Kenneth-Paul-Jr of Crawford. not KENNETH CRAWFORD, JR.

I further request that the Defendants name in the current jury instructions be corrected to be consistant with the case caption which lists the Defendant as KENNETH CRAWFORD, JR. not Kenneth Crawford Jr. as it currently is written in the jury instructions. This error is not supported by fact and must be corrected before the jury receives their instructions.

Respectfully,
By: Kenneth-Paul Jr, Sui Juris
All Rights Reserved
Kenneth-Paul-Jr of Crawford©

②

Kenneth-Paul-Jr. of Crawford
KENNETH CRAWFORD, JR.
71800-050
Federal Detention Center Philadelphia
P.O. Box 562
Philadelphia, Pennsylvania (19105)

U.S. District Court
District of New Jersey
400 Cooper St.
Camden, N.J.
(08102)

Attn: Clerk
Re: Cr. No. 18-505