UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Crim. No. 18-505

V.

KENNETH CRAWFORD, JR.

Petition For Expert Witnesses

Comes now Kenneth-Paul: Crawford-Jr. upon this petition making a special appearance, under duress, on behalf of the Defendant to petition this court to provide the Defendant with competent or expert witnesses that can testify regarding the following subject matter which the Defendant is relying upon for his defense, and wishes to place certain exhibits into evidence. The topics are:

1- The lawful procedures to collect or to make authorized collections; specifically the protocols for issuing a Notice of Jeopardy Levy and how it must be authorized specifically the Defendants Jeopardy Levy Notice

2- The exchange of a promissory note for credits to a borrowers transaction account and the resulting liability. As well as the expansion of that deposit and the protocol for reporting the income as a result.

①

3- The Defendants 1099-A filed with IRS as well as form 56 that was filed for the 2014 tax return in question. Someone from IRS that knows how to interpret said forms, as well as the protocol to notify tax payer IF forms are deemed frivolous.

4- The 6662 accuracy related penalty and how it is issued. As well as information on the Defendants notice. And if the Revenue Officer in question was allowed to take more than was due. And explain competently what a Revocation of Election is.

5- An IRS representative who can testify regarding the regulation that prevents a taxpayer from filing a form 1099-MISC to report his income if the bank doesn't issue one. Cite the actual regulation forbidding this.

The Defendant was under the misconception that the Plaintiffs summary witness could answer these issues. Forgive me. However these facts relate to the the Defendants Good Faith defense and the jury must be allowed to review related defense exhibits. The Defense did not object to any of the Plaintiffs exhibits save one.

BY: Kenneth [signature], Sui Juris
Kenneth-Paul: Crawford-JR©
All Rights Reserved

②