# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

December 17, 2019
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** CARL NAMI, JR.

**Docket #** CR 1:18-505 (RBK)

**TITLE OF CASE:**
UNITED STATES OF AMERICA
      vs.
KENNETH CRAWFORD, JR.
      DEFENDANT PRESENT

**APPEARANCE:**
John N. Kane, AUSA, and Sean M. Green, AUSA, for USA
Kenneth Crawford, Jr., Defendant Pro Se
Christopher O'Malley, AFPD, Standby Counsel for Defendant

**NATURE OF PROCEEDINGS:**  JURY TRIAL (COMPLETED)

Trial w/jury continued before the Honorable Robert B. Kugler.
Jury not present.
Defendant's Petition for Expert Witnesses filed.
Hearing on Defendant's application to have expert witnesses testify at trial.
Ordered application denied.
Hearing on Defendant's application for proposed testimony.
Christina Barker resumed for defendant.
Ordered application denied.
Jury present.
Maryann Frisbie resumed for Government.
Government rests.
Defense rests.
Charge by Court.
Recess 12:20pm – 1:20pm
Ordered lunch to be provided to 14 jurors at Government expense.
Sean M. Green, AUSA, provided closing remarks for Government.
Kenneth Crawford, Jr., provided closing remarks for Defendant.
Sean M. Green, AUSA, provided rebuttal remarks for Government.
Ordered bailiff sworn.   CSO Matt Stillman affirmed.
Jury retired to begin deliberations at 3:00p.m.

Jury returned with verdict at 4:00p.m.
VERDICT:   GUILTY Counts 1-11.
Ordered jury polled.          Jury polled.

Ordered jury discharged.
Ordered exhibits returned.
Ordered sentencing set for March 20, 2020 at 10:00AM.
Ordered trial adjourned.
Ordered defendant remanded to the custody of the United States Marshal's Service.

Time commenced: 9:00AM        Time Adjourned: 4:15PM        Total Time: 6:15

<u>Lawrence MacStravic</u>
DEPUTY CLERK

**cc: Chambers**