UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          No.: 1:18-cv-00505-RBK; CR# 18-505(01)

v.

KENNETH CRAWFORD JR

RECEIVED
JAN 16 2020
AT 8:30
WILLIAM T. WALSH
CLERK

### A Demand To Vacate Jury Verdict
### And Dismissal For Failure To State Proper
### Jurisdiction And Venue

Comes now Kenneth: Crawford-Jr. an unincorporated American State National, a New Jerseyan by birth and choice, out of the law of absolute necessity by special appearance to demand that the foreign entity doing business as the UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY (U.S.D.C.N.J) take judicial and administrative notice of the following documents which are restated and incorporated herein:

1- Docket# 14 filed 9/10/18
2- Docket# 35 filed 2/7/19
3- Docket# 38 filed 2/8/19
4- Docket# 74 filed 4/29/19
5- Administrative Notice and Judicial Notice; In the Nature of a Writ of Error and a Demand for Immediate Dismissal For Failure to State the Proper Jurisdiction and Venue....filed on or about 12/17/19 but not present in docket. Copy attached.

    Kenneth: Crawford-Jr. has demanded since the target letter, that the plaintiff, foreign corporation d.b.a. UNITED STATES OF AMERICA provide any evidence on the record that satisfies its burden of proving jurisdiction. As the record clearly shows, any and all presumptions of corporate franchise, legal fiction, citizenship, have been rebutted substantially. It is axiomatic that once jurisdiction is challenged, it must be proven or any ruling or judgment is a nullity. The undersigned unincorporated New Jerseyan has clearly demonstrated his legal and political status.

    Based on the foregoing, the undersigned Christian man demands that the U.S.D.C.N.J vacate the verdict by the jury of persons/ U.S. Citizens. The jury of persons are not peers of the

1

undersigned unincorporated man, created in the image and likeness of my creator and granted Dominion over the earth. Or show proof of claim that an artificial person can take away unalienable God granted Dominion without knowing, voluntary and intentional agreement.

If not, give me Liberty at once.

*[signature]* Sui Juris

By: Kenneth-Paul: Crawford-jr.©;
w/o prejudice; UUC 1-308