

RECEIVED

JAN 1 6 2020

AT 8:30_____M
WILLIAM T. WALSH
CLERK



UNITED STATES DISTRICT COURT
for the
District of NEW JERSEY

United States of America
(Territorial United States)

v.

KENNETH CRAWFORD, JR;
(MUNICIPAL UNITED STATES)

Case No.: 1:18-cr-00505-RBK; CR # 18-505(01)

IN THE MATTER OF AN ORDER OF
DETENTION PENDING TRIAL FROM THE
CAMDEN DISTRICT COURT issued by JUDGE:
ROBERT B. KUGLER

**TAKE JUDICIAL NOTICE AND
ADMINISTRATIVE NOTICE; IN THE NATURE
OF A <u>WRIT OF ERROR</u> AND A DEMAND FOR
IMMEDIATE DISMISSAL FOR FAILURE TO
STATE THE PROPE JURISDICTION AND
VENUE; AND DENIAL OF HABEAS CORPUS
PURSUANT TO SESSIONS LAW TITLE 56:1-2
OF THE STATE OF NEW JERSEY.**

TAKE JUDICIAL NOTICE AND ADMINISTRATIVE NOTICE; IN THE NATURE OF A WRIT OF ERROR, AND A DEMAND FOR DISMISSAL FOR FAILURE TO STATE THE PROPER JURISDICTION AND VENUE.

This notification is in response to the UNITED STATES DISTRICT COURT for the District of NEW JERSEY CAMDEN OFFICE's "oral motion for issuance of a bench warrant for Defendant (unspecified) for violation of conditions of pretrial release"; that was issued by JUDGE: ROBERT B. KUGLER and recorded by DEPUTY CLERK, Lawrence MacStravic; IN THE MATTER OF, UNITED STATES OF AMERICA vs. KENNETH CRAWFORD, JR. DEFENDANT; of September 30, 2019 at UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY, for docket # CR 1:18-00505-001(RBK) and as was recorded by COURT REPORTER; CARL NAMI JR., the **DEFENDANT KENNETH CRAWFORD, JR. WAS PRESENT** AND as was further recorded, in the matter of APPEARANCE: John N. Kane, AUSA, for USA and **No appearance on behalf of the Defendant**. Copy of September 30, 2019 order attached.

This Court is defined under FRCP Rule 4 (j) as a FOREIGN STATE as defined under 28 USC, CHAPTER 97—JURISDICTIONAL IMMUNITIES OF FOREIGN STATES, Sec. 1602 -1611. The FOREIGN SOVEREIGN IMMUNITIES ACT (FSIA) allows the one to challenge jurisdiction, therefore full disclosure of the true jurisdiction of this Court is now being Demanded.

1

Any failure to disclose the true jurisdiction is a violation of 15 Statutes at Large, Chapter 249 (section 1), enacted July 27, 1868.

The Federal Rules of Civil Procedure, "FRCP"; only pertains to government officials and officers / employees and to judgment against certain public officers, satisfaction of, see Rule 69, Title 28, Appendix, Judiciary and Judicial Procedure.

In RAYMOND J. LUCIA, ET AL., PETITIONERS v. SECURITIES AND EXCHANGE COMMISSION; No. 17–130. (Argued April 23, 2018—Decided June 21, 2018); The Supreme Court held that the SEC's Administrative Law Judges "ALJs" are "Officers of the United States," subject to the Appointments Clause and United States v. Germaine, 99 U. S. 508, and Buckley v. Valeo, 424 U. S. 1, set out the basic framework for distinguishing between officers and employees. To qualify as an officer, rather than an employee, an individual must occupy a "continuing" position established by law, Germaine, 99 U. S., at 511, and must "exercis[e] significant authority pursuant to the laws of the United States," Buckley, 424 U. S., at 126 and in Freytag v. Commissioner, 501 U. S. 868, the Court applied this framework to "special trial judges" (STJs) of the United States Tax Court.

Pursuant to US Bankruptcy code - 11 U.S. Code Chapter 15: Ancillary and Other Cross-Border Cases, § 1502(1) "debtor" means an entity that is the subject of a foreign proceeding. No evidence was placed into the public records, which evidences that Kenneth: Crawford-Jr., is knowingly and willingly involved in any foreign proceeding.

Kenneth: Crawford-Jr., is a non-corporate entity, and is not registered with <u>any</u> Secretary of State as a CORPORATION, the Prosecution has **FAILED** to state a claim to which relief can be granted under 12(b) (6).

<u>Kenneth: Crawford-Jr., is an American state citizen, a New Jerseyan by birth and choice and the taking by force and transportation of Kenneth: Crawford-Jr., by the foreign UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY across state lines; to be incarcerated in the foreign DISTRICT OF PENNSYLVANIA interment complex for financial gain, is "Human Trafficking".</u> *See E.O. 13818.*

A Demand for jurisdiction and venue change under new discovery of information of fraud and failure of disclosure by the Court, the prosecution and by the attorney(s) of record and, therefore a dismissal of charges, with prejudice, in favor of Kenneth: Crawford-jr., is Demanded because of fraud

2

placed upon the court. (see Hazel-Atlas Glass Co. v. Hartford-Empire Co., 322 U.S. 238 (1944)). Therefore, this matter must be immediately dismissed for lack of political, personam, subject matter jurisdiction, and Venue under the 11th Amendment.

TITLE 26 - Subtitle F - CHAPTER 78 - Subchapter A: §7604. Enforcement of summons: (a) Jurisdiction of district court - if any person is summoned under the internal revenue laws to appear, to testify, or to produce books, papers, records, or other data, the **United States district court** for the district in which such person resides or is found shall have jurisdiction by appropriate process to compel such attendance, testimony, or production of books, papers, records, or other data. Notice attached.

Upon the filing into the UNITED STATES DISTRICT COURT the IRS Attorney(s) has committed fraud for failure to file their issue before the correct court name as found in their own IRS CODES section. This failure violates the Rules of Ethics which "ALL ATTORNEYS" are required to follow per the sworn Oath that was given by them. The proper court heading is **United States Tax Court** not the UNITED STATES DISTRICT COURT. There is NO Code, Rule, Regulation, Law, Congressional Act, etc., that authorizes the UNITED STATES DISTRICT COURT. There are no Federal Statutes, etc. that show that the UNITED STATES DISTRICT COURT or the U.S. DISTRICT COURT exists or has any jurisdiction or venue as they misuse the jurisdiction given to the "district court of the United States" in Title 28 USC for the "district court" jurisdiction and venue section.

Such filing into the UNITED STATES DISTRICT COURT now comes under jurisdiction challenge per 28 USC § 1631. Transfer to cure want of jurisdiction. Further errors of the Attorney(s) for the IRS is their failure to name the two other courts listed in their Title 26 Codes sections which are the United States district court and the district court of the United States.

These IRS agents willfully failed to file into the correct jurisdiction and venue with willful intent to defraud the court and Kenneth: Crawford-Jr., causing harm, and injuries, and to cause all filings of the government service corporation to be dismissed under 12(b) because there is no correct setting of jurisdiction or venue before the court.

Kenneth: Crawford-Jr., is not an attorney nor a lawyer and is not authorized to address any legal matter on behalf of the United States. The courts issuance of a "bench warrant" for his refusal to operate in a jurisdiction and venue that he is not authorized nor qualified to operate within would leave him liable for the territorial N.J.S.A. 2C:21-22 - UNAUTHORIZED PRACTICE OF LAW (FOURTH & THIRD DEGREE).

The U.S Attorney for the District of New Jersey is the chief prosecutor for the United States and is the party that should have been present to represent the United States had this Court complied with the rules and regulations as set forth by the U.S. Department of State in 22 C.F.R 172. Notice attached.

At the time of the initial court filing Kenneth: Crawford-Jr., was merely the receiver of process and authorized representative for the United States. He has now resigned from that position.

His acceptance of service on behalf of the United States did not constitute an admission or waiver with respect to jurisdiction, propriety of service, improper venue, or any other defense in law or equity available under the laws of rules applicable for the service of process.

United States of America is the designation of the territorial United States government service corporation and KENNETH CRAWFORD, JR. A/K/A KENNETH P. CRAWFORD, JR., and all derivatives and permutations thereof (henceforth "CRAWFORD") is an instrumentality of the municipal UNITED STATES government service corporation and the United States cannot sue itself.

ADDITIONALLY, CRAWFORD; marked PRESENT at the September 30, 2019 HEARING, was and is currently a resident of and domiciled in the District of Columbia and under the custodial control of Mr. Steven T. Mnuchin, in his capacity as "receiver in bankruptcy".

FURTHER, the MUNICIPAL government, allowed by Article 1, Section 8, Clause 17 of the United States Constitution; is an international independent city-state operated by the Roman Pontificate and until very recently, as a Roman Municipal Corporation, operating "in our names/the names of the people" while exercising certain, limited, enumerated and delegated "Powers"; is ruled as a Plenary Oligarchy by the Members of "the" United States Congress, and the territorial a/k/a the British Territorial United States, is a Commonwealth Territorial Government operating as a Democracy.

Both legal persons are foreign Subcontractors operating under our names and exercising certain "delegated Powers" for us --- "Powers" that do not include usurping upon our lawful and actual government, plundering our States and People, and otherwise running amok on our shores and which operate under Roman Civil Law; a jurisdiction wherein, it's okay to lie, cheat, steal, and defraud to your heart's delight, so long as you don't get caught and nobody objects to it.

Well, the American people are awake and aware and objecting, and we are demanding that these foreign representatives recognize and honor Kenneth: Crawford-jr.'s un-a-lien-able right to life and liberty.

The captioned mercenary conflict does not concern Kenneth: Crawford-jr., the private non-combatant American civilian, but rather, the issue appears to be an in rem private international (admiralty/ADMIRALTY) controversy between two governmental service providers, that are both operating without their limited (ten (10) mile square) jurisdictional boundary stones.

Kenneth: Crawford-Jr., the private American state national / citizen is one of the people of The United States of America (an unincorporated Holding Company), which functions as a public trust entity. It's a Federation of Sovereign States of the Union, formed September 9, 1776 and Kenneth: Crawford-jr., is owed civilian law and unless either the territorial or MUNICIPAL governmental service providers can produce a valid international contract to which Kenneth: Crawford-Jr., is a party, both entities are liable to him in personam for deprivation of rights under color of law and color of government authority.

Kenneth: Crawford-Jr's "**Declaration Act of Expatriation and Oath of Allegiance**" is on file in the public records and is conclusive evidence as to his true political status, standing and the jurisdiction that is his right.

### Compulsory "citizenship" does not exist

When people born on the land of one of the actual organic states claim their non-territorial, non-municipal, non-citizen political status and give evidence of the same intention by issuing an Act of Expatriation from the presumption of Territorial citizenship, and the surrender of the Municipal PERSON issued to them back to the Secretary of the Treasury, and otherwise give Notice of their revocation of election to pay federal income taxes or to otherwise subject themselves and their assets to any territorial or municipal code, that decision must be respected and adhered to by all agents of the territorial and municipal government without question or exception.

As federal employees and as citizens of the Territorial and Municipal "United States" it is very important that your officers and employees be made fully aware of the limitations of their position of limited delegated authority and the substantially unfavorable circumstances created by the past actions, events, and public policies espoused by the various [privately] incorporated entities.

They should also be made aware that there is no "state" immunity available to invoke as protection against their actions as employees of [private] commercial corporations and in most cases, your offices are not properly insured or bonded.

The sovereign government of this country is vested entirely in the American people and their jural assemblies at both the county and state levels. Their states [republics] are the only ones enjoying sovereign immunity. All legal presumptions regarding political status based on the existence of Social

Security Numbers and Masterfile Accounts are being based on insupportable evidences obtained under conditions of non-disclosure and semantic deceit and implemented via the purposeful World War II Victory Tax circumvention of the actual law pertaining to the issuance of Social Security Numbers.

Such presumptions of federal territorial or federal municipal citizenship cannot be maintained in the face of direct objection and reasonable proof of revocation by American state nationals and American State Citizens. *See attached Act of Expatriation and Oath of Allegiance.*

### Plain Statement of Facts

All State courts are listed in the public record as private Non-Profit Corporations and they are [ALL] owned by the American Bar Association, which in turn is owned by the Northern Trust Corporation. The Northern Trust Corporation also owns the Internal Revenue Service / IRS.

ALL courts are registered with the, Department of Defense "D.O.D" and with Contractors Central Registration, "CCR", under the Department Of Defense. They are registered with, Defense Logistics Information Service "DLIS". The DLIS issues a case code known as a Commercial And Government Entity "CAGE" which corresponds to a bank account.

ALL United States District Courts are also [ALL] privately owned and operated. **They are article one courts or rather article one legislative tribunals.** They are not courts of law. They take everything that is filed with them and securitize it.

**ALL District Courts are owned by the United States attorney's executive offices located in Washington DC; which is [also] a privately owned corporation.** They have a DUNS number, a pit code, a sip code, a "N.A.I.C.S" number (North America Identification Security Classification). The NAICS number is needed in order to trade internationally. A DUNS number is Data Universal Numbering System number. a/k/a Dun & Bradstreet "D&B".

ALL banks are registered; they have a depository agreement, a security agreement and an escrow agreement and most banks are registered with the Federal Reserve bank of New York. The banks use what is called a depository agreement, e.g. in North Carolina it's called a circular 16. The banks take public funds and deposit them under what is known as a "Depository Resolution Agreement." The banks transfer funds via a "Security Agreement" which the clerk of the courts signs with the bank. An Escrow Agent acts as the go-between the Federal Reserve Bank [that they have the account with] and the courts. ALL of the privately owned courts are involved in this duplicitous administrative practice.

The courts, the attorneys and the banks ALL work for the same corporation i.e. The Corporation Trust Company/Northern Trust Corporation, and they are all working in tandem to defraud the general public; and fraud vitiates ALL that it touches.

The "United States" is a foreign entity. It's only relationship to The United States of America is as a subcontractor obligated to provide certain enumerated government services for the states in common. With respect to The United States of America, the United States only exercises delegated power and has no power of its own.

The District of Columbia is what is known as an "enclave" of this foreign United States government on American shores and Washington, DC is operated as a separate international municipal city-state by this foreign government.

The requirement for judicial due process is secured by the Fourth, Fifth, Sixth and Seventh Amendments to the Constitution of the United States [i.e. corporate by-laws].

**Internal Revenue Service personnel do not have authority to unilaterally imprison nor seize personal or real property that aren't supported by judgments from courts of competent jurisdiction.**

The constitutional right to be heard i.e. to be provided with procedural due process is a basic aspect of the duty of government which must follow a fair process of decision making when it acts to deprive a person of his or her possessions or freedom.

Where the American people are concerned, judicial due process characteristically falls either under the "arising under" clause (law and equity) or the admiralty and maritime jurisdiction clause, both of which are in Article III § 2 of the Constitution of the United States.

Actions at law "arising under" clause; Fifth, Sixth and Seventh Amendments, must proceed in the course of the American common law; equity, admiralty and maritime actions follow the course of the civil law. {See Wayman v. Southard, 23 U.S. 1, 6 L.Ed. 253, 10 Wheat 1, and the judiciary act of 1792}.

The relevant portion of Article III § 2, paragraph 1 is as follows: The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; — to all Cases affecting Ambassadors, other public Ministers and Consuls; — to all Cases of admiralty and maritime Jurisdiction.

All in rem actions are admiralty/maritime actions and are restricted to any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia.

7

"The jurisdiction of the courts of the United States to administer relief by proceeding in rem in Admiralty is unquestionably exclusive. Such proceeding, however, **is against the property only** [the res / thing / person / corporation and NOT the living man or woman who is merely the **"Receiver of Process"** and or **"Authorized Representative"** for the res / thing / person / corporation]. The distinguishing and characteristic feature of such suit is, that the vessel or thing proceeded against is itself seized and impleaded as the defendant, and is judged and sentenced accordingly. It is this dominion of a suit in Admiralty over the vessel or thing itself which gives the title made under its decree validity against all the world. (Citing The Moses Taylr, 4 WALL. 411).

No person [that is, a living man or woman] is a defendant in such a suit. Parties who have real or personal interests determine for themselves whether they will appear and protect their interests. See 22 C.F.R. 172. No one would be bound by decree herein except those made parties. A sale, though purporting to be of the property, would really be only a sale of the "interests" of the defendants therein.

To commence an *in rem* action, a plaintiff must file a complaint that describes the property subject to the action and states that such property is in or will be in the court's judicial district during the pendency of the action. If the property is not within the district where the action is commenced and there is no immediate prospect of its entering the district, the complaint will be dismissed.

The complaint and supporting documentation must be reviewed by a court, and, if the conditions for an action *in rem* appear to exist, the court shall issue an order authorizing a **warrant** for the arrest of the property. No notice other than execution is required.

However, if the property is not released within ten days, the plaintiff must give public notice of the action and the arrest in a newspaper of general circulation. This notice must specify the time within which an answer is required to be filed. An action *in rem* commences when the property subject to arrest is physically seized within the jurisdiction of the court.

Subject to the qualifications discussed below, seizure of the property is essential to give the court jurisdiction over the property. It is not enough for the property to be present in the judicial district where the court is located. Likewise, the presence of the owner within the district is insufficient.

A court officer (the U.S. marshal not the state marshal) must physically seize the property, actually or constructively, and take it into custody if possible.

In the case of an arrest of a vessel, service of the arrest papers on the master and the placing of a "keeper" on the vessel will suffice.

In an *in rem* action, jurisdiction over the property is required to give the court jurisdiction over the action, but this requirement, as will be explained, has been relaxed to some extent.

An alternative method for obtaining *in personam* jurisdiction is sometimes referred to as *quasi in rem* jurisdiction and is accomplished by an attachment of the defendant's property. The presence of the defendant's property within a state may be sufficient to constitute the "minimum contacts" required under the Due Process Clause, and the seizure of the property may be sufficient to satisfy the service of process requirement.

Supplemental Rule B of the Federal Rules of Civil Procedure provides for commencing an *in personam* maritime action in federal court by seizing property of the defendant. It authorizes the attachment or garnishment of the defendant's property.

A plaintiff who has asserted an admiralty or maritime claim *in personam* may include in his or her verified complaint a request for process to attach the defendant's goods and chattels, or credits and effects, in the hands of garnishees named in the process for up to the amount sued.

Rule B is available only where the plaintiff has asserted a maritime or admiralty claim. The property that the plaintiff seeks to attach or garnish must be within the geographic boundaries of the federal judicial district wherein the action is brought. Attachment and garnishment are permissible under the rule only "if the defendant shall not be found within the *district*." The plaintiff must submit an affidavit to the effect that the defendant cannot be found within the district where the suit is brought.

Usually the plaintiff will set forth the steps taken supporting the allegation that the defendant is not present within the district. An allegation that the defendant cannot be found within the district has two dimensions: The defendant is not present for jurisdictional purposes; and the defendant is not present for service of process.

To defeat an attachment and secure the release of property, the defendant must show *both* that he or she is present in the district in the jurisdictional sense (minimum contacts) and that he or she is amenable to service of process personally or through an agent authorized to accept service of process.

The fact that the defendant is present within the state is insufficient to bar a Rule B action if the defendant is not present within the geographic area comprising the federal judicial district in which the action has been commenced.

Where suit is commenced in one district within a state, the defendant cannot defeat an attachment merely by showing that state law authorizes service of process on him or her by serving process on the secretary of state who is located in another federal judicial district in the state.

To reiterate, an in rem action is against the thing, i.e. the res, whereas; so-called civil actions are against the party who is allegedly liable, in this instance, the United States and the Internal Revenue Code segregates the two forms of action at 26 U.S.C. §§ 7323 & 7402.

7323. Judicial action to enforce forfeiture - (a) Nature and venue: - The proceedings to enforce such forfeitures shall be in the nature of a proceeding in rem in the United States District Court for the district where such seizure is made.

7402. Jurisdiction of district courts - (a) To issue orders, process, and judgments: - The district courts of the United States at the instance of the United States shall have such jurisdiction to make and issue in civil actions, writs and orders of injunction, and of *ne exeat republica*, orders appointing receivers, and such other orders and processes, and to render such judgments and decrees as may be necessary or appropriate for the enforcement of the internal revenue laws.

The two sections cited above specify the two forms of judicial action federal government has available when and if there is an act or omission contrary to internal revenue laws of the United States. Even though any given Code section may give rise to an interest, the interest isn't perfected until there is a judgment from a court of competent jurisdiction. The interest is perfected via the judgment, but it dates to the act or omission that gave rise to the interest.

The UNITED STATES DISTRICT COURT for the District of NEW JERSEY CAMDEN OFFICE's "oral motion for issuance of a bench warrant a/k/a warrant of attorney, for Defendant (unspecified) for violation of conditions of pretrial release"; that was issued by JUDGE: ROBERT B. KUGLER, and which resulted in the forceful taking and interment of Kenneth: Crawford-jr., is a Constitutional violation at the federal level and a **DENIAL OF HABEAS CORPUS PURSUANT TO SESSIONS LAW TITLE 56:1-2 OF THE STATE OF NEW JERSEY,** at the state level. See attached copy of CERTIFICATE OF ASSUMED NAME AND DEED OF RECONVEYANCE.

A peaceful demand is being made on behalf of Kenneth: Crawford-jr., for a proper jurisdiction and venue change to the People's Constitutional Article III court, and for the court to function in good behavior or for this action to be dismissed, with prejudice with the immediate release of Kenneth: Crawford-Jr.

Date: 11 / 25 / 2019

I am my brother's /keeper

By: Kenneth~Paul Crawford - Jr.
Sui, Juris   All Rights Reserved

### UNITED STATES DISTRICT COURT   DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

September 30, 2019
**CAMDEN OFFICE   DATE OF PROCEEDINGS JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** CARL NAMI, JR.

**Other(s) Acheme Amali, U.S. Pretrial Services**

**Docket #** CR 1:18-00505-001 (RBK)

**TITLE OF CASE:**
UNITED STATES OF AMERICA
vs.
KENNETH CRAWFORD, JR.
          DEFENDANT PRESENT

**APPEARANCE:**
John N. Kane, AUSA, for USA
No appearance on behalf of Defendant.

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status conference held on the record.
Hearing on Government's oral motion for issuance of a bench warrant for Defendant for violation of conditions of pretrial release.
Ordered motion granted.

Time commenced: 3:15PM        Time Adjourned: 3:25PM          Total Time: 0:10

                                        Lawrence MacStravic
                                        DEPUTY CLERK
**cc: Chambers**

\\



United States Department of State

*Washington, D.C. 20520*

## NOTICE

By virtue of the Supremacy Clause of the U.S. Constitution, art. VI, cl. 2, and sovereign immunity, a state or local court does not have authority to subpoena a federal agency and/or its employee(s) for official information in a proceeding to which the United States is not a party. Rather, the proper method for a party in a state court action to seek official information from a non-party federal agency and/or one of its employees is to request the information under the agency's "Touhy" regulations. See *United States ex rel. Touhy v. Ragen*, 340 U.S. 46 (1951). You may find the regulations of the U.S. Department of State at 22 C.F.R. Part 172.

We refer you to the procedures set forth in regulations at 22 C.F.R. Part 172. Please review them carefully.

12

*Declaration of Act of Expatriation*

*and Oath of Allegiance*

Whereas KENNETH PAUL CRAWFORD, JR., is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s) and is the age of majority and whereas such "citizenship" was never desired nor intended nor willingly nor voluntarily entered into, KENNETH PAUL CRAWFORD, JR., willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, U.S. Corp, US, Inc., et. alia, formed under the Act of 1877, and does repatriate to the land of HIS birth known as New Jersey and does freely affirm HIS allegiance as a New Jerseyan to the same actual and organic state of the Union and does accept HIS true Nationality as an Indigenous North American National and a North American State Vessel in all international commerce owned and operated by CRAWFORD, JR., KENNETH PAUL / Crawford, Jr., Kenneth Paul of 304 East Great Creek Road, Galloway Township, New Jersey / "in care of" 304 East Great Creek Road, Galloway, New Jersey [08205-9998] "non-domestic".

Article 15, Sections 1 and 2 of the Universal Declaration of Human Rights (UDHR): "Everyone has the right to a Nationality." "No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality."

Being born in some countries can grant you automatic citizenship, but it won't grant you nationality. Nationality must be claimed.

Nationality is defined as "quality or character which arises from the fact of a person belonging to a nation or state. It determines the political status of the individual, especially with reference to allegiance; while domicile determines his civil status. Nationality arises either by birth or naturalization". Black's Law Dictionary 2nd Ed.

IRC Title 26  -  Subtitle F - Chapter 79 - Section 7701 (39) - Persons residing outside United States: If any citizen or resident of the United States does not reside in (and is not found in) any United States judicial district, such citizen or resident shall be treated as residing in the District of Columbia for purposes of any provision of this title relating to — (A) jurisdiction of courts, or (B) enforcement of summons.

This do I certify, Witness and confirm this _3_ day of _August,_ 2019.

By: ___Kenneth___

Kenneth :Crawford, Jr.; sui juris, All Rights Reserved

Burlington___ County
New Jersey___ State

*For Verification Purposes Only*

Before me this _3rd_ day of _August_ 2019 did appear one Kenneth :Crawford, Jr., and he did establish this Act of Expatriation and Oath of Allegiance freely and without coercion, in Witness whereof I set my sign and seal.

By: ___ sui juris___ Notary; my commission expires on _1 / 18 / 23_

JOHN BARRY JR.
Notary Public - State of New Jersey
My Commission Expires Jan 18, 2023

13

Filing #RE774 792 147 US

RETURN TO: KENNETH PAUL CRAWFORD JR., GRANTOR
c/o Crawford Jr., Kenneth Paul, Administrator
ADDRESS: 304 EAST GREAT CREEK ROAD, GALLOWAY, NEW JERSEY [08205-9998]

CERTIFICATE OF ASSUMED NAME
NOTICE OF TRANSFER OF RESERVED NAME
Returnee – CRAWFORD JR., certificate of ownership

CERTIFICATE OF TRUE NAMES WHEN ASSUMED NAMES USED: SESSIONS LAW
TITLE 56:1-2 OF THE STATE OF NEW JERSEY. NO PERSON SHALL CONDUCT OR
TRANSACT BUSINESS UNDER ANY ASSUMED NAME OR UNDER ANY
DESIGNATION, NAME OR STYLE, CORPORATE OR OTHERWISE, OTHER THAN THE
REAL NAME OR NAMES OF THE INDIVIDUAL OR INDIVIDUALS CONDUCTING OR
TRANSACTING SUCH BUSINESS, UNLESS SUCH PERSON SHALL FILE A
CERTIFICATE IN THE OFFICE OF THE CLERK OF THE COUNTY OR COUNTIES IN
WHICH SUCH PERSON CONDUCTS OR TRANSACTS, OR INTENDS TO CONDUCT OR
TRANSACT, SUCH BUSINESS TOGETHER WITH A DUPLICATE THEREOF FOR
FILING IN THE OFFICE OF THE SECRETARY OF STATE, AS PROVIDED IN SECTION
56:1-3 OF THIS TITLE. SUCH CERTIFICATE SHALL SET FORTH THE NAME UNDER
WHICH SUCH BUSINESS IS CONDUCTED OR TRANSACTED OR IS TO BE
CONDUCTED OR TRANSACTED, AND THE TRUE NAME OR NAMES OF THE PERSON
OR PERSONS CONDUCTING OR TRANSACTING THE SAME, WITH HIS/HER OR
THEIR POST-OFFICE ADDRESS OR ADDRESSES, AND SHALL BE DULY EXECUTED
AND SWORN TO BY THE PERSON OR PERSONS CONDUCTING OR TRANSACTING
OR INTENDING TO CONDUCT OR TRANSACT, SUCH BUSINESS, BEFORE SOME
PERSON AUTHORIZED BY THE LAWS OF THE STATE OF NEW JERSEY TO
ADMINISTER OATHS AND IF ANY PERSON OR PERSONS CONDUCTING OR
TRANSACTING BUSINESS AS AFORESAID IS OR ARE NOT RESIDENT IN THE STATE
OF NEW JERSEY, SUCH STATEMENT SHALL CONTAIN A POWER OF ATTORNEY
CONSTITUTING THE COUNTY CLERK OF THE COUNTY, HIS/HER SUCCESSORS IN
OFFICE, THE TRUE AND LAWFUL ATTORNEY OF SAID NONRESIDENT PERSON OR
PERSONS, UPON WHOM ALL ORIGINAL PROCESS IN AN ACTION OR LEGAL
PROCEEDING AGAINST SAID PERSON OR PERSONS FOR ANY DEBT, DAMAGES OR
LIABILITY, CONTRACTED OR INCURRED BY THEM IN, OR GROWING OUT OF, THE
CONDUCT OR TRANSACTION OF SAID BUSINESS, MAY BE SERVED AND THEREIN,
HE/SHE OR THEY SHALL AGREE THAT SUCH ORIGINAL PROCESS WHICH MAY BE
SERVED ON THE COUNTY CLERK SHALL BE OF THE SAME FORCE AND VALIDITY
AS IF SERVED UPON SAID NONRESIDENT PERSON OR PERSONS AND THAT THE
AUTHORITY THEREOF SHALL CONTINUE IN FORCE SO LONG AS THE PERSON OR
PERSONS CONDUCT OR TRANSACT SAID BUSINESS IN THE STATE OF NEW
JERSEY. TO BE DEEMED A PUBLIC OFFICER YOU MUST PRODUCE AND BE VETTED
BY THE ADMINSTRATOR OF THIS DOCUMENT, A LETTER OF INTENT, A LETTER OF
COMPLIANCE WITH ALL STATE AND FEDERAL RULES AND REGULATIONS AS
PRESCRIBED BY THE SECRETARY OF STATE OR ANY PRIVATE PERSON WHO DOES
NOT PROPERLY IDENTIFY THEMSELVES UPON REQUEST BY PRODUCING A

Page 1 of 4

14

BUSINESS LICENSE, A UBI NUMBER, AND A BOND FILLED OUT IN THE C.A.P. NAME ON THE CERTIFICATE ARE FINED ON THE SPOT FOR 500.00 IN CONSIDERATION, FEE SCHEDULE; TO BE DETERMINED BY THE HEAD ADMINSTRATOR OF THIS DOCUMENT AT THE TIME OF ENGAGEMENT AND ALSO THE CORRESPONDING SESSION LAWS OF THE STATE OF NEW JERSEY INCLUDING TITLE 56 OF SESSION LAWS, TITLE 56, SECTION 3-13.13, "Common Law Rights" AND AS 10.35.030 (1 CHAPTER 33 SLA 1966) TRANSFER OF RESERVED NAME.

Whereas GRANTOR is a Cestui Que Vie TRUST formed without the knowledge or consent of the Grantee and has accumulated unauthorized debt against the ESTATE benefiting secondary beneficiaries merely presumed to exist and claiming to have an interest in the ESTATE established under the MUNICIPAL LAW OF THE DISTRICT OF COLUMBIA and the DISTRICT OF COLUMBIA MUNICIPAL CORPORATION, the actual Grantee, the living man known to the public as Kenneth Paul Crawford Jr., invokes the provisions of Article IV of the Cestui Que Vie Act 1666 as one "having been found to be alive" and to be owed all benefit, control, and interest in the GRANTOR TRUST ESTATE set free and clear of all liens, debts, titles held under color of law, tithes, fees, and all other encumbrances established by the United States of America, Inc., THE UNITED STATES OF AMERICA, INC., the UNITED STATES, (INC.) and all and any franchises thereof ab initio from the date of first registration of the ESTATE TRUST and all and any derivatives thereof, including but not limited to KENNETH PAUL CRAWFORD JR.

**REGISTRATION REASON:**
REINSTATEMENT OF ACTUAL HOLDER IN DUE COURSE OF ESTATE NAME AND ESTATE PROPERTY AND ALL INTEREST DUE; PUBLIC AND PRIVATE RECOGNITION OF GRANTEE AS HOLDER IN DUE COURSE AND LAWFUL ENTITLEMENT HOLDER OF FOREIGN GRANTOR TRUST NAMED KENNETH PAUL CRAWFORD JR., AS OF 3RD FEBRUARY 1968.

**BUSINESS INFORMATION:**
LEGAL ENTITY; HEIR GRANTEE, PRIVATE, PUBLIC, SIGNATURE TRUST
BUSINESS DESCRIPTION; COMMERCE, GRANTOR, PRIVATE, PUBLIC, SIGNATORY
BUSINESS NAME:
D.B.A. KENNETH PAUL CRAWFORD JR. and CRAWFORD JR., KENNETH PAUL and KENNETH P. CRAWFORD JR., and all and any derivatives thereof in any way related to the ESTATE so NAMED.

PHYSICAL ADDRESS:
c/o 304 EAST GREAT CREEK ROAD, GALLOWAY, NEW JERSEY [08205 -9998]US

OWNER INFORMATION:
True and Real Trade Name: Grantee, Private, Signatory; Beneficiary, Holder, Transferee:

Page 2 of 4

First Name: Kenneth
Middle Name: Paul
Surname: Crawford Jr.
STYLE: Bicameral & Surname

Post Office Address:
c/o 304 East Great Creek Road, Galloway Township, New Jersey [08205-9998]

Post Master Location:
1001 New Jersey Avenue, Absecon, New Jersey Postal Code Extension 08201-9998

THIS CERTIFICATE IS TO CONDUCT BUSINESS IN COMMERCE IN AN ASSUMED
NAME DESIGNED TO ACCOMPANY NEW BUSINESS ACCOUNT REGISTRATION, IF
SO DESIRED, OR TO CONDUCT BUSINESS IN INTERNATIONAL TRADE.

I am claiming the writ of Habeas Corpus to institute and maintain actions of any kind in the
courts of "this" state while maintaining true domicile on the land of these United States, to take,
hold and dispose of property either Real, Intangible or Personal held in the name of the
FOREIGN GRANTOR TRUST dba KENNETH PAUL CRAWFORD JR., together with all
derivative NAMES and Names and styles thereof, together with guarantee of pre-payment and
exemption from Taxes, Tithes, and Fees, together with re-conveying all actual assets rightfully
belonging to the Lawful Holder in Due Course.

Under the form of creating a qualification or attaching a condition, the Unites States and United
States of America however styled or construed cannot, in effect, inflict a punishment for a past
act which was not punishable at the time it was committed and which was not the knowing,
willing, and consensual act of the actual Holder in Due Course of the given name and estate.

All violators, agents, actors under color of law, and actions under color of authority claimed by
any corporations, associations, or subcontractors, agencies or agents of any kind or like violating
or attempting to violate the political status and Title Order of the Grantee at any time past,
present, or future shall be liable severally, and jointly to this certificate as an affidavit of
obligation in the normal commercial sense and as such is a severity representing accounts
receivable and is a lien upon the real and movable property, malpractice insurance and
performance bonds of any such violators and is not dischargeable in bankruptcy court or subject
to any probate claim; at all times the owner/holder in due courses' property is exempt from third
party levy and all related vessels in commerce are tax pre-paid.

ISSUED THIS _6_ DAY OF _August_ IN THE YEAR 2019 ON AND FOR THE
COUNTY OF _Atlantic_ ON THE STATE OF NEW JERSEY; NOTICE TO
AGENTS IS NOTICE TO PRINCIPALS, NOTICE TO PRINCIPALS IS NOTICE TO
AGENTS; WITNESS BY NOTARY DOES NOT ALTER STATUS.

Page 3 of 4

16

UCC 1-308

By: ~Kennett Pawl Ceford~   Kenneth :Crawford Jr. °/LS, all rights reserved.

ACKNOWLEDGMENT OF HEAD ADMINISTRATOR FROM HOME OFFICE, Private
Banker, UCC-1-201

c/o Kenneth Paul :Crawford Jr., °/LS, TRUE AND REAL TRADE NAME; BY MY HAND
AND SEAL I TAKE OFFICE WITHOUT ENCUMBRANCE AND WITHOUT DEBT OR
OTHER OBLIGATION, FULLY EXEMPT, INDEMNIFIED, AND WITHOUT GRANT OF
ANY OTHER POWER OF ATTORNEY DBA: KENNETH PAUL CRAWFORD JR., and
CRAWFORD JR., KENNETH PAUL and KENNETH P. CRAWFORD JR., ALL
DERIVATIVES INCLUDING CRAWFORD JR., KENNETH P. and permutations at c/o 304
EAST GREAT CREEK ROAD, GALLOWAY, NEW JERSEY [08205-9998], RETURNEE:
CRAWFORD JR.

These provisions and copyrights are in effect from February 3rd, 1968 onward and the
Name/NAMES are re-venued and permanently domiciled on the land and soil of the United
States and upon land and soil of New Jersey.

Notary Witness and Acknowledgement

New Jersey State                         *For Verification Purposes Only*
AT/AUTIC    County

Today before me a Commissioned Public Notary, appeared the living man known to me to be
Kenneth Paul Jr., of the Lawful House Crawf- · · sojourner in this community and he did Iesue

## New Jersey Notary Public    County Clerk Certificate of Authority

State of New Jersey  }
County of Atlantic   }  ss.

I, EDWARD P. McGETTIGAN, Clerk of the County of Atlantic being the officer authorized by the laws
of the State of New Jersey to make the following certificate.

DO HEREBY CERTIFY, that _Linda E. Kerr-Garlitos_
whose name is subscribed to the certificate of the acknowledgment, proof or affidavit, was at the time of taking such
acknowledgment, proof or affidavit, a NOTARY PUBLIC of the State of New Jersey, residing in the County aforesaid,
duly commissioned and qualified to administer oaths and affirmations and to take acknowledgments and proofs of deeds
or conveyances for lands, tenements and hereditaments and other instruments in writing to be recorded in said State of
New Jersey, and to all whose acts, as such, full faith and credit are and ought to be given, as well in Courts of Judicature
as elsewhere; and that I am well acquainted with the handwriting of the said NOTARY PUBLIC and verily believe the
signature to the attached certificate is genuine. Impression of Notary Public Seal not required by law to be filed in this
office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said County Clerk this

_6th_ day of _August_ (20._19_ )

~Edward P. McGettigan~                    ~signature~
*Atlantic County Clerk*                      *Special Deputy Clerk*

17

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

RECEIVED

JAN 16 2020

AT 8:30_____
WILLIAM T. WALSH ——M
CLERK

UNITED STATES OF AMERICA

v.

. KENNETH CRAWFORD JR

No.: 1:18-cv-00505-RBK; CR# 18-505(01)

A Demand to Vacate (Jury) Verdict and

Dismissal for forum non-conviens

COMES NOW Kenneth-Paul: Crawford-jr., and declare into the public record(s) that on **August 5th,** via **RE 155 183 218 US**, I returned the MUNICIPAL FRANCHISE agreement represented by the Birth Certificate # A006384946 to the Territorial Government and the Secretary of the Treasury is responsible for it as Fiduciary. Proof of Registered Mailing to U.S. Department of the Treasury; Act of Expatriation and Oath of Allegiance. Cancellation of All Powers of Attorney; Notification of Reservation of Rights; Certificate of Assumed Name and Deed of Re-Conveyance are all on file in this forum court.

The STRAWMAN can no longer be presumed to be a public trust or public transmitting utility residing in Puerto Rico.

Further, this repatriation and expatriation creates an estoppel against any further presumption of federal citizenship and removed the MUNICIPAL FRANCHISES from under the foreign "uniformed model acts" deemed laws, and places them all under American Public Law, as well as, rebuts any and all resumptions that I am conducting commercial business as a Municipal FRANCHISE standing under Puerto Rican or Marianas laws.

Thus, as an American national and/or citizen, I accept your foreign Oaths of Office and bring to your attention the enclosed Notice of Liability.

The Certificate of Assumed Name and Deed of Re-Conveyance, re-flagged my status and standing as an American citizen who is owed civilian law, that is, American public law and establishes my possession and control over all the derivatives, variations, permutations, orderings, styles, of similar Assumed Names/NAMES connected to me, and permanently domiciled them on the land and soil of my birth state, and hereby secures all the claims, demand, estate, interest, prescription, rights, title and trademark in BIRTH CERTIFICATE (New Jersey) STATE FILE NUMBER **129-012304** and the pledge represented by same included but not limited to the pignus, hypotheca, hereditments, res, all the estate, prescription, right, title, trademark, interest, claims, and demand, the energy and all proceeds and products derived therefrom from date of creation, for now and forevermore, but not limited to the all-capital letters-written, trademark™, copyright©, name and person of KENNETH P. CRAWFORD JR / Kenneth P. Crawford Jr and any derivative thereof, all its DBA's and AKA's, and all contracts, all trusts, all signatures,

contracts and agreements predicated on the UCC legal entity person, stramineus homo, "STRAWMAN", herein described as the DEBTOR. In other words, my Trade Name has been re-flagged and is now permanently domiciled on the land and soil of New Jersey and is under new law and is a new lawfully-owned entity.

**It also established and gives Notice in the Public Record that the STRAWMAN is an American State asset.**

The STRAWMAN/US PERSON/DEBTOR/KENNETH P. CRAWFORD JR., can no longer be presumed to be a public trust or public transmitting utility residing in Puerto Rico. This repatriation and expatriation also creates an estoppel against any further presumption of federal citizenship and removed the MUNICIPAL FRANCHISES from under the foreign "uniformed model acts" deemed laws, and places them all under American Public Law, as well as, rebuts any and all resumptions that I am conducting commercial business as a Municipal FRANCHISE standing under Puerto Rican or Marianas laws.

Furthermore, I officially resigned as the receiver of process and registered agent for KENNETH P. CRAWFORD JR., and all derivatives and permutations thereof and due process notice was forwarded to all appropriate agencies, including the U.S. Department of Transportation. See enclosed "**Notification of Change of Address**"; "**Notice of Withdrawal as Authorized Representative**" and **Notice of Resignation as Registered Agent;** for KENNETH P. CRAWFORD JR., and all derivatives thereof. 22 CFR 93.1-93.2 states that the Department of State has to be notified of any suit, and in turn has to notify the United States citizen of said suit. See enclosed "PUBLIC NOTICE".

Demands or "provocations" demanding that anyone procure a Bar Attorney or that they accept a Public Defender (lawyer), are part of the evidence that these foreign courts are engaged in attempted human trafficking and constructive fraud against Americans. See Executive Order 13818 of December 20, 2017.

On and for the official record, I am not any type of FEDERAL CITIZEN/federal citizen and I am not a resident of nor domiciled in the DISTRICT OF COLUMBIA/District of Columbia. **Federal citizenship is a municipal franchise domiciled in the District of Columbia; Murphy v. Ramsey, 114 U.S. 15 (1885). "The U.S. citizens [citizens of the District of Columbia] residing in one of the state of the union are classified as property and franchises of the federal government as an "individual entity". Wheeling Steel Corporation v. Fox, 298 U.S. 193, 80 L. Ed. 1143, 56 S.Ct. 773,** The words of art/words of deceit, being utilized herein, such as, "residing" and "individual" -- have been twisted and corrupted by the legal chicanery professionals. This verbiage does not apply to me.

**18 U.S. Code § 911. Citizen of the United States:** Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both. (June 25, 1948, ch. 645, 62 Stat. 742; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.) The Federal Rules of Civil Procedure, "FRCP"; that was used to initiate this foreign libel claim, only pertains The Flag of Convenience "FOC" on display in your forum court identifies your jurisdiction as Civil / Admiralty /

Maritime that function under private uniform model acts / public policies. I am owed a civilian court that operate under American public law. Thus, your offer is hereby refused due to *"forum non conveniens"*.

The Federal Rules of Civil Procedure, "FRCP"; that was used to initiate this foreign libel claim, only pertains to government officials, officers and employees and to judgment against certain public officers, satisfaction of, see Rule 69, Title 28, Appendix, Judiciary and Judicial Procedure.

The Bar (B.A.R.) Association is a Guild -- an European-style Labor Union and a Bar Association "license" is in reality a Union Card and Bar Associations are operating their foreign courts in this country as Closed Union Shops. This is in flagrant violation of the Smith Act and Taft-Hartley Act, which are laws of the Territorial United States, published as part of the Federal Code.

The [Territorial / Foreign] Federal Code must be enforced by President Trump as Commander-in-Chief because of any or all of the following (a) it is his job to oversee and discipline these foreign quasimilitary courts; (b) these foreign representatives are using the Municipal COURTS to violate the Territorial law; (c) members of the Bar Association are not obeying, but rather evading, the law and (d) all the above.

Title 18 U.S.C. is a codification of authority granted under Article IV section 3 clause 2 of The Constitution of the United States for lands purchased, which means Guam, Mariana Islands, and Virgin Islands, as identified in Title 18 U.S.C. Part 1 Chapter 1, Section 23 --"Courts of the United States defined".

These specialized District Courts are established under Title 28 U.S.C. Part 1, Chapter 5, Sections 81-131, and only have authority to handle Civil matters pursuant to Title 28 U.S.C. Part IV, Chapter 85, Sections 130-169. The referenced sections provide a list of administrative duties.

PLEASE, read that again --- and again; these courts have no ability to try criminal matters at all. Virtually every criminal case they have adjudicated is void for lack of jurisdiction and lack of Due Process, and they are simulating legal processes, which is clearly criminal activity [constructive fraud] and whenever it has involved fines or charges for incarceration fees charged to the Public Purse, it is organized crime and racketeering.

"*Be it enacted by the Senate and the House of Representatives of the United States of America in Congress assembled,* That the Congress hereby declares that a serious national emergency exists and that it is imperatively necessary speedily to put into effect remedies of **"uniform"** national application".

It is an example of the **Rule of Necessity, a rule of law where necessity knows no law**. This rule was invoked to remove the authority of the Constitution. Chapter 1, Title 1, Section 48, Statute 1 of this Act of March 9, 1933 is the exact same wording as Title12, USC 95(b) quoted earlier, proving that we are still under the **Rule of Necessity in a declared state of national emergency.**

12 USC 95(b) refers to the authority granted in the Act of October 6, 1917 (a/k/a The Trading with the Enemy Act or War Powers Act) which was "An Act to define, regulate, and punish trading with the enemy, and for other purposes".

Once emergency is declared, there is no common law and the Constitution is automatically abolished. We are no longer under law. Law has been abolished. We are under a system of War Powers and our stocks, bonds, houses, and land can be seized as Americans are considered enemies of the state. What we have is not ours under the War Powers given to the President who is the Commander-in-Chief of the military war machine.

Whenever any President proclaims that the national emergency has ended, all War Powers shall cease to be in effect. Congress can do nothing without the President's signature because Congress granted him these emergency powers and for over 80 years, no President has been willing to give up this extraordinary power and terminate the original proclamation.

Americans are an enemy subject to tribunal district courts under Martial Law wartime jurisdiction; a Constitutional Dictatorship.

The "Prisons for Profit Scheme" and an end of the false charges and false imprisonment of millions of Americans who aren't from Guam, the Marianas, or the Virgin Islands, is now easily recognizable as the criminal enterprise it truly is.

This coming to Jesus moment is especially helpful in view of our recent discovery that the IRS has moved its headquarters from Puerto Rico to the Marianas. Now we know why, and we also know where all the "Public Transmitting Utilities", that being the entities using our trade names in the form JOHN M DOE are being domiciled.

These Municipal Corporations are being housed in the Marianas to bring them under the jurisdiction of these criminal District Courts and their uniformed model acts deemed laws, aka, the Uniformed Commercial Code "UCC".

In Puerto Rico, where they domiciled our ESTATES doing business under names in the form KENNETH P. CRAWFORD JR., we were being held accountable under the Spanish Law of the Inquisition.

There also appears to be a gross violation of Article 1, Section 8, Clause 17 of the Municipal Constitution, which limits the activities of the Municipal United States Government to the District of Columbia.

**"The U.S. citizens [citizens of the District of Columbia] residing in one of the state of the union are classified as property and franchises of the federal government as an "individual entity". Wheeling Steel Corporation v. Fox, 298 U.S. 193, 80 L. Ed. 1143, 56 S.Ct. 773."** I am not a "U.S. citizen" and this verbiage does not apply to me.

The words of art/words of deceit, being utilized herein, such as, "residing" and "individual" -- have been twisted and corrupted by the legal chicanery professionals. British Territorial and Municipal "citizens" merely "reside" here in the actual geographically defined States temporarily.  And we, the actual People, are said to "reside" --- also temporarily in their "States of State" and "STATES OF STATE" jurisdictions.

Whenever a living New Jerseyan walks into a DISTRICT or STATE OF NEW JERSEY court, s/he is entering a foreign municipal "STATE" and for the time being, is considered to "reside" there.  The same thing can be said if he enters a District or State of New Jersey court --- s/he is temporarily "residing" in the foreign domain of the British Territorial "District" or "State of New Jersey".

JOHN MICHAEL DOE is "a" name of one of several corporate franchise NAMES assigned to and "conferred upon" me, as the "presumed" Authorized Representative of a whole MUNICIPAL CITIZENSHIP ORGANIZATION doing business as a "Collective Entity".

Thus, there is KENNETH CRAWFORD JR., a Public Charitable Trust, and KENNETH PAUL CRAWFORD JR., an American Foreign Grantor Trust located in Puerto Rico, and KENNETH P. CRAWFORD JR., a bankrupt Puerto Rican Public Transmitting Utility, and KENNETH PAUL CRAWFORD, LLC, and K.P. CRAWFORD JR., and so on and on --- all bogus, all unauthorized, all done without my knowledge or consent, and all considered to be part of my so called, **"Collective Entity"**---- all these different "PERSONS" are given to me, ostensibly, so that I can participate in Global Commerce.

BE ADVISED, it is not my responsibility to educate your agents and private sub-contractors regarding the laws of their host nation. In City of Canton v. Harris, 498 U.S. 378 (1989) "failure to train" was addressed, i.e., to train its officers adequately with respect to implementing its departmental public policies. This matter is nationally lacking, particularly as it pertains to these foreign agents, i.e., your officers, employees and sub-contractors' interactions with American nationals and/or citizens, aka; non-resident aliens and their obligations to honor our Public Law and our Land Law and our international treaties and our solemn trust indentures and the service contracts owed to us.

BE FURTHER ADVISED, there are three (3) governments active in this country. They are: the Queen's British Territorial United States Government, the Pope's Municipal United States Government, and last but not least, the actual American United States Government, dba The United States of America.

Both the Queen's Government and the Pope's Government are operated as for-profit incorporated entities in the business of providing governmental services, they operate like other big transnational incorporated entities --- think GE, Raytheon, Mitsubishi, etc.

They use "Public Policies" set by their Boards of Directors which are then rendered into administrative codes - --- Federal Code that directs the Territorial Government, and Municipal Code that directs the Federal Civil Service.

These codes are interpreted and enforced by in-house Tribunals, operating as MUNICIPAL COURTS and as District Courts, respectively, at the Federal level, and at the State Franchise level by STATE OF STATE Municipal Courts and State of State Territorial Courts.

Same menu, same agenda, all bound to act in uniformity and according to the directive of their parent corporations and each of these foreign "service providers" are subcontractors of our actual American Government, to provide uniformed services.

Unlike the foreign entities here to provide us with "essential government services" per Article IV of our constitutional contracts with them, our government is a living government, not an incorporated business structure.

Our ancestors vested all sovereignty associated with this country in the living people and Lawful Persons thereof. That's why our government is known as "government of the people, by the people, and for the people" and not as "government of the persons, by the persons, and for the persons."

Unfortunately, thanks to immoral and improper actions undertaken by our erstwhile Federal Subcontractors, our political status records have been falsified and we have been misidentified as either British Territorial United States Citizens or Municipal Government "citizens of the United States", instead of being recorded and recognized as being American State Nationals and/or American State Citizens.

This falsification of our political status records has been done for a variety of self-interested reasons -- to facilitate taxing us, to control us by subjecting us to foreign courts and statutes, but also to claim that we, as a nation and as a country doing business as The United States of America--- no longer exist.

No Americans means no American State Citizens and no American States. No American States means no Constitutions and a whole continent wide open to be claimed as "Abandoned Property".

That is what the Queen, the Pope, the Central Banks, and a host of other Bad Actors have been up to: to bring false claims of abandonment against our lawful government and use that as an excuse to claim that all our assets belong to them. It's a criminal enterprise engaged in under Gross Breach of Trust, which, by Maxim of Law is equivalent to Fraud and the average Americans, are the potential victims of this heinous plot brought to us by our own employees.

As you are or should be aware in your capacity as District Attorney f/ka United States Attorney; after our land was finally released from the 1907 bankruptcy in 1953, instead of returning it to us, and to our states, the British-controlled traitors pretended that we were "absent" and had "abandoned" our land assets and the Trustees, the same British-backed corporate **"United States Congress"** responsible for this horrendous situation in the first place, transferred (today they refer to the process as "decantering") our state land assets into land trusts such as a Delaware Statutory Trust "DST"), benefiting the Territorial United States and its "State of State" franchises as the purported

beneficiaries and all the while they continued to rack up new "hypothecated debt" against our land assets and collect "property taxes" as rents from the actual landlords.

They repeated this same scenario when the second bankruptcy settled in 1999. They simply chose not to mention it to the American people. When the "new management" took over, they maintained the status quo and continued to "presume" that we were still "missing" and or lost at sea, and that our ESTATES were all abandoned chattel property belonging to the Municipal UNITED STATES, INC.

By presuming the political status and condition of the American people, and making false claims against their assets and credit, these criminals sought the continuation of the greatest heist in human history, and to up the ante by now laying claim to ALL the assets in the world for themselves, thus, realizing their hubristic dream of taking permanent control of the entire planet.

The Americans are finally awake and aware and are steadily claiming back our purloined property, our landlord status, and revealing our identities as the Paramount Security Interest Holders and Priority Creditors of virtually every Territorial and Municipal corporation on Earth.

Here is the scheme in black and white to impersonate the American Employers, steal their identities, and move the resulting fictional doppelgangers offshore, so as to manipulate and subject THEM under foreign Territorial laws and enable the Territorial Courts of Guam, the Marianas, and the Virgin Islands to claim jurisdiction over people and property assets to which they have less than no justifiable claim.

We have figured out the whole scheme, top to bottom. We can cite chapter and verse, not only for the prior fraud against our estate interests, but the present fraud involving the PUBLIC TRANSMITTING UTILITIES.

Your continued unwillingness to face facts and deal with us all in an honest fashion, the continued efforts to install foreign "States of States" on our shores, the continued use of "substitute" PERSONS and attempt to conscript and subject us under whatever local law is adopted in the Marianas-- is all emblematic of continued Bad Faith.

We (Americans) have suffered occupation by our own for-hire military for 150 years. We are owed The Law of Peace, AR 27-161-1. We are all internationally protected persons under the Geneva Conventions.

The Bar (B.A.R.) Association is a Guild -- an European-style Labor Union and a Bar Association "license" is in reality a Union Card and Bar Associations are operating their foreign courts in this country as Closed Union Shops.

This is in flagrant violation of the Smith Act and Taft-Hartley Act, which are laws of the Territorial United States, published as part of the Federal Code.

Law is an occupation of common right in this country (America) and always has been. Attorneys are not allowed to speak for any injured parties or to deliver hearsay evidence in our courts.

Demands or "provocations" demanding that anyone procure a Bar Attorney or that they accept a Public Defender (lawyer), are part of the evidence that these foreign courts are engaged in attempted human trafficking and constructive fraud against Americans. *See Executive Order 13818 of December 20, 2017.*

This is further evidence in the face of overwhelming and obvious admission(s) that the British Territorial Government is a "democracy" --- that is, it functions by Mob Rule. A 51% mandate legalizing infanticide; for example, is sufficient to condone wholesale homicide in such a vicious and primitive political system as theirs; it must also be faced that the British Territorial Government has never yet achieved any kind of mandate approaching 51% of the eligible voters, that less than 30% typically turn out in any election year, and that of those a mere plurality of 11-12% is what carries their excuse for a "vote".

Take administrative notice that "Political Parties" are foreign to the American System of Government, and are (very expensive) evils that only arose in this country in the wake of the Civil War. We pay literally billions of dollars more each year for court services that we do not receive, and on the backside of it, we suffer pillaging, plundering and racketeering to the tune of billions more, to say nothing of the damage done in terms of lost jobs, lost freedom, lost property, broken families, and lost income, as these foreign courts run by the Bar Union deliberately misidentify Americans as Federal Citizens and attack them as "enemies" in a war that **officially ended**, and which we took no part in, over a century ago.

We, Americans, do not live in a "democracy". We live in fifty republican States of the Union. The British Territorial democracy is subject to our lawful government and runs its concession on delegated authority, and if that is not true, then our run amok employees need to be fired, and the Trustees need to be arrested and subjected to public trials for treason, piracy, and conspiracy against the Constitutions.

I know that you are operating under the 1934 Amendment to the Trading With the Enemy Act and that you cannot talk about it thanks to 18 USC 472, but I can talk about it to you. I act only in the capacity of a Lawful Person and lawful owner of American State vessels that are permanently domiciled on the land and soil of New Jersey. Attached Certificate of Assumed Name and Deed of Re-Conveyance.

### Demand for Remedy

I wish for the exoneration of my pre-paid VESSELS and the elimination of this court contract.

Honor my political status, standing and jurisdiction as a New Jerseyan and my right to a civilian court and not a civil / admiralty / maritime court.

I do not consent to be trafficked on any international trading platform, whether public or private. I do not consent to be used as **human chattel** (a financial slave) in any failed financial restructuring bankruptcy plans, nor do

I consent to act as surety in your bankruptcy reorganization liquidation plans. S*ee Executive Order # 13818 of December 20, 2017.*

I, Kenneth-Paul: Crawford-jr.©, asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true, correct, complete and not misleading, so affirm without the United States. I am not an enemy of the state, as per title 50 of the United States Code, trading with the enemy act, but is at peace with all men. Explicitly reserving all rights.

In full life;

Date: _/_ / _16_ / _2020_

by: Kennth-Paul: Crawford-jr.©;©sui juris;
w/o prejudice; UCC 1-308

**Cc:**

**Office of the Commissioner**
Internal Revenue
In care of: Acting Commissioner Charles P. Rettig
1111 Constitution Avenue NW
Room 3000
Washington, DC 20204- 0002

**Department of the Treasury**
Commissioner of the Internal Revenue Service
In care of: Acting Commissioner Charles P. Rettig
P.O. Box 480
Holtsville, New York 11742-0480

(Other relevant federal agencies)

RECEIVED

JAN 16 2020

AT 8:30
WILLIAM T. WALSH
CLERK —M

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

KENNETH CRAWFORD JR

No.: 1:18-cv-00505-RBK; CR# 18-505(01)

NOTICE OF CHANGE OF ADDRESS

for KENNETH P. CRAWFORD JR., and all derivatives

---

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents
"applicable to all successors and or assigns"

---

To: All Parties of Interest:

## NOTICE OF CHANGE OF ADDRESS for KENNETH P. CRAWFORD JR., ET AL.

Please take notice of change of address for KENNETH P. CRAWFORD JR./ CRAWFORD KENNETH P. JR., in the above captioned action. KENNETH P. CRAWFORD JR./ CRAWFORD KENNETH P. JR was repatriated back to the U.S. Department of the Treasury and Mr. Steven T. Mnuchin is custodian of record and a request is being made that all papers be served at the address as set forth below.

Notice of Change of Address was previously filed with this court and forwarded to all appropriate agencies. Proof of mailing attached.

**NEW ADDRESS**

**KENNETH P. CRAWFORD JR./ CRAWFORD KENNETH P. JR.; ET AL.**
C/O U.S. DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220
ATTN: MR. STEVEN T. MNUCHIN; GOVERNOR OF THE IMF

Dated January 3, 2020.

By: Kenneth-Paul: Crawford-jr.©;
w/o prejudice; UUC 1-308

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY



RECEIVED

JAN 1 6 2020

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

v.

KENNETH CRAWFORD JR

No.: 1:18-cv-00505-RBK; CR# 18-505(01)

NOTICE OF CHANGE OF ADDRESS

for KENNETH P. CRAWFORD JR., and all derivatives

---

Notice to Agents is Notice to Principals; Notice to Principals is Notice to Agents
"applicable to all successors and or assigns"

---

To: All Parties of Interest:

## NOTICE OF WITHDRAWAL AS REGISTERED AGENT
## for KENNETH CRAWFORD JR., ET AL.

On **08/05/2019** via **RE 155 183 218  US**, I returned the MUNICIPAL FRANCHISE agreement, to the Territorial Government and the Secretary of the Treasury is responsible for it as Fiduciary. Proof of Registered Mailing to U.S. Department of the Treasury; Act of Expatriation and Oath of Allegiance. Cancellation of All Powers of Attorney; Notification of Reservation of Rights; Certificate of Assumed Name and Deed of Re-Conveyance are all on file in this forum court. Proof of mailing to U.S. Treasury enclosed.

Notice of Withdrawal as Registered Agent was previously forwarded to all appropriate agencies.

**18 U.S. Code § 911. Citizen of the United States:** Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both. (June 25, 1948, ch. 645, 62 Stat. 742; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

I am not an attorney nor a lawyer and I am not authorized to address any legal matters on behalf of KENNETH P. CRAWFORD JR or the United States. That responsibility, in this instance, rest with the U.S. Attorney for the District of New Jersey / DISTRICT OF NEW JERSEY. See (Connecticut) An Act Concerning the Unauthorized Practice of Law: section 51-80.

I forwarded a copy these notices to his attention, thus enabling this matter to be expeditiously addressed at the federal level.

Dated January 10, 2020.

By: Kenneth-Paul: Crawford-jr.,©;
w/o prejudice; UUC 1-308

# RESIGNATION AS REGISTERED AGENT

Pursuant to the provisions of section[s] MoRAA 11(a)(b)(c)(e), the undersigned,
KENNETH P. CRAWFORD JR.
(Name of Registered Agent)
hereby resign as Registered Agent for KENNETH PAUL CRAWFORD JR. at
(Registered Organization)
304 EAST GREAT CREEK ROAD, GALLOWAY, NEW JERSEY 08205
(Registered Office)

129-012304[A006384947
(Registered Number)

Whereas certain facts have become known, specifically and particularly the creation of a Registered Organization having the name KENNETH PAUL CRAWFORD JR. and evidenced by the proof called a Birth Certificate, it being a public record evidencing existence of the organization, and

Whereas the legal name of said registered organization, it being a state agency, styled KENNETH PAUL CRAWFORD JR, and

Whereas said registration have caused some agents to presume a legal impossibility i.e., that a sentient being is an organization, and

Whereas I hereby wish to correct and properly annotate the public record(s) to reflect my corrected political status as an **Indigenous North American national.**

I Kenneth :Crawford Jr ©/LS, hereby resign from any and all presumptions of being a registered agent for any corporation foreign or domestic. I hereby resign from any real or presumed state or governmental agency or organization, and declare that I will no longer accept service of process, demands or notices addressed to said or any organization, as its registered agent.

I, Kenneth :Crawford Jr ©/LS, hereby demand that all business/commercial transactions being conducted within US, UNITED STATES, USA, STATE OF NEW JERSEY; etc., using the legal name or legal entity identifiers (LEIs) associated with the registered organization to immediately cease.

Effective immediately, any and all persons under your office are hereby given due process notice, that no office, officer, agent or agency shall operate or conduct any affairs on behalf of the organization.

Notice to principals is notice to agents; notice to agents is notice to principals. Applicable to all successors and or assigns.

I affirm, under full private indemnity bond **RE 155 183 218 US – 19000273-2 New Jersey** that the foregoing is in good faith with clean hands and that the same is true, correct, complete and not misleading, so certified without the United States. Explicitly reserving all rights without prejudice; UCC 1-308.

By: _____               5 August 2019
Kenneth :Crawford Jr ©/LS, non-negotiable autograph          (Date

Right thumb print

whose property and interests in property are blocked pursuant to this order would seriously impair my ability to deal with the national emergency declared in this order, and I hereby prohibit such donations as provided by section 1 of this order.

*Sec. 4.* The prohibitions in section 1 include:

(a) the making of any contribution or provision of funds, goods, or services by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order; and

(b) the receipt of any contribution or provision of funds, goods, or services from any such person.

*Sec. 5.* (a) Any transaction that evades or avoids, has the purpose of evading or avoiding, causes a violation of, or attempts to violate any of the prohibitions set forth in this order is prohibited.

(b) Any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

*Sec. 6.* For the purposes of this order:

(a) the term "person" means an individual or entity;

(b) the term "entity" means a partnership, association, trust, joint venture, corporation, group, subgroup, or other organization; and

(c) the term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States or any jurisdiction within the United States (including foreign branches), or any person in the United States.

*Sec. 7.* For those persons whose property and interests in property are blocked pursuant to this order who might have a constitutional presence in the United States, I find that because of the ability to transfer funds or other assets instantaneously, prior notice to such persons of measures to be taken pursuant to this order would render those measures ineffectual. I therefore determine that for these measures to be effective in addressing the national emergency declared in this order, there need be no prior notice of a listing or determination made pursuant to this order.

*Sec. 8.* The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA and the Act as may be necessary to implement this order and section 1263(a) of the Act with respect to the determinations provided for therein. The Secretary of the Treasury may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States. All agencies shall take all appropriate measures within their authority to implement this order.

*Sec. 9.* The Secretary of State is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA, the INA, and the Act as may be necessary to carry out section 2 of this order and, in consultation with the Secretary of the Treasury, the reporting requirement in section 1264(a) of the Act with respect to the reports provided for in section 1264(b)(2) of that Act. The Secretary of State may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States consistent with applicable law.

3

*Sec. 10.* The Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, is hereby authorized to determine that circumstances no longer warrant the blocking of the property and interests in property of a person listed in the Annex to this order, and to take necessary action to give effect to that determination.

*Sec. 11.* The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to submit recurring and final reports to the Congress on the national emergency declared in this order, consistent with section 401(c) of the NEA (50 U.S.C. 1641(c)) and section 204(c) of IEEPA (50 U.S.C. 1703(c)).

*Sec. 12.* This order is effective at 12:01 a.m., Eastern Standard Time, December 21, 2017.

*Sec. 13.* This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

The White House,
December 20, 2017.

[Filed with the Office of the Federal Register, 8:45 a.m., December 22, 2017]

NOTE: This Executive order and its attached annex were released by the Office of the Press Secretary on December 21 and published in the *Federal Register* on December 26.

*Categories:* Executive Orders : Human rights abuse or corruption, blocking property of persons involved.

*Subjects:* Foreign policy, U.S. : Civil and human rights, promotion efforts.

*DCPD Number:* DCPD201700923.

PATRICK T. MCHENRY
CHIEF DEPUTY WHIP
MEMBER OF CONGRESS
10TH DISTRICT, NORTH CAROLINA

2334 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2576
FAX: (202) 225-0316
www.house.gov/mchenry

VICE CHAIRMAN,
COMMITTEE ON FINANCIAL SERVICES

**Congress of the United States**

**House of Representatives**

Washington, DC 20515—3310

DISTRICT OFFICES:
87 FOURTH STREET, NW
SUITE A
P.O. BOX 1830
HICKORY, NC 28603
(828) 327-6100
FAX: (828) 327-8311

GASTONIA DISTRICT OFFICE:
128 WEST MAIN AVENUE, SUITE 115
GASTONIA, NC 28052
(704) 833-0096
FAX: (704) 833-0887

BUNCOMBE REGIONAL OFFICE:
BLACK MOUNTAIN TOWN HALL
160 MIDLAND AVENUE
BLACK MOUNTAIN, NC 28711
(828) 669-0600

TOLL FREE IN NC
(800) 477-2576

January 31, 2017

The Honorable Janet L. Yellen
Chair
Board of Governors of the Federal Reserve System
20th Street and Constitution Avenue NW
Washington, DC 20551

Dear Chair Yellen:

I am writing regarding the Federal Reserve's continued participation in international forums on financial regulation. Despite the clear message delivered by President Donald Trump in prioritizing America's interest in international negotiations, it appears that the Federal Reserve continues negotiating international regulatory standards for financial institutions among global bureaucrats in foreign lands without transparency, accountability, or the authority to do so.

This is unacceptable.

Continued participation in international forums such as the Financial Stability Board, the Basel Committee on Banking and Supervision, and the International Association of Insurance Supervisors is predicated on achieving the objectives set by the new Administration. That will likely require a comprehensive review of past agreements that unfairly penalized the American financial system in areas as varied as bank capital, insurance, derivatives, systemic risk, and asset management.

The secretive structures of these international forums must also be reevaluated. Agreements like the Basel III Accords were negotiated and agreed to by the Federal Reserve with little notice to the American public, and were the result of an opaque, decision-making process. The international standards were then turned into domestic regulations that forced American firms of various sizes to substantially raise their capital requirements, leading to slower economic growth here in America.

It is incumbent upon all regulators to support the U.S. economy, and scrutinize international agreements that are killing American jobs. Accordingly, the Federal Reserve must cease all attempts to negotiate binding standards burdening American business until President Trump has had an opportunity to nominate and appoint officials that prioritize America's best interests.

Sincerely,

Patrick McHenry
Vice Chairman
Financial Services Committee



# Department of Defense
# DIRECTIVE

NUMBER 1005.8

October 31, 1977

Certified Current as of November 21, 2003

ASD(MRA&L)

SUBJECT: Order of Precedence of Members of Armed Forces of the United States
When in Formations

References: (a) DoD Directive 1005.8, subject as above, October 8, 1957 (hereby
cancelled)

(b) Title 10, United States Code, Section 133(b)

## 1. REISSUANCE AND PURPOSE

This Directive reissues reference (a) to update the listing of organizations and to change
the order of precedence. Reference (a) is hereby superseded and cancelled.

## 2. APPLICABILITY

The provisions of this Directive apply to the Military Departments.

## 3. PRESCRIBED PROCEDURE

By virtue of the authority vested in the Secretary of Defense, under the provisions of
reference (b), and pursuant to agreement with the Secretary of Transportation and the
Secretary of Commerce, members of the Armed Forces of the United States and
Merchant Marine midshipmen shall take precedence in the following order when in
formations:

3.1. Cadets, United States Military Academy.

3.2. Midshipmen, United States Naval Academy.

1

*DODD 1005.8, October 31, 1977*

3.3.  Cadets, United States Air Force Academy.

3.4.  Cadets, United States Coast Guard Academy.

3.5.  Midshipmen, United States Merchant Marine Academy.*

3.6.  United States Army.

3.7.  United States Marine Corps.

3.8.  United States Navy.

3.9.  United States Air Force.

3.10.  United States Coast Guard.

3.11.  Army National Guard of the United States.

3.12.  Army Reserve.

3.13.  Marine Corps Reserve.

3.14.  Naval Reserve.

3.15.  Air National Guard of the United States.

3.16.  Air Force Reserve.

3.17.  Coast Guard Reserve.

3.18.  Other training organizations of the Army, Marine Corps, Navy, Air Force, and Coast Guard, in that order, respectively.

Provided, however, that during any period when the United States Coast Guard shall operate as part of the United States Navy, the Cadets, United States Coast Guard Academy, the United States Coast Guard, and the Coast Guard Reserve, shall take precedence, respectively, next after the Midshipmen, United States Naval Academy, the United States Navy, and the Naval Reserve.

---

*  Added

*DODD 1005.8, October 31, 1977*

## 4. EFFECTIVE DATE AND IMPLEMENTATION

This Directive is effective immediately.   Forward two copies of implementing regulations to the Assistant Secretary of Defense (Manpower, Reserve Affairs, and Logistics) within 30 days.

C. W. DUNCAN, JR.
Deputy Secretary of Defense

3

# PUBLIC NOTICE

## 669. PROSECUTION OF MILITARY PERSONNEL

https://www.justice.gov/jm/criminal-resource-manual-669-prosecution-military-personnel

The MOU between the Department of Justice and the Department of Defense was finalized in August 1984 and provides as follows:

*MEMORANDUM OF UNDERSTANDING BETWEEN THE DEPARTMENTS OF JUSTICE AND DEFENSE RELATING TO THE INVESTIGATION AND PROSECUTION OF CERTAIN CRIMES*

A. *PURPOSE, SCOPE, AND AUTHORITY*

This Memorandum of Understanding (MOU) establishes policy for the Department of Justice and Defense with regard to the investigation and prosecution of criminal matters over which the two Departments have jurisdiction. This memorandum is not intended to confer any rights, benefits, privileges or form of due process procedure upon individuals, associations, corporations or other persons or entities.

This memorandum applies to all components and personnel of the Department of Justice and the Department of Defense. The statutory bases for the Department of Defense and the Department of Justice investigation and prosecution responsibilities include, but are not limited to:

1. Department of Justice: Titles 18, 21 and 28 of the United States Code; and

2. Department of Defense: The Uniform Code of Military Justice, Title 10, United States Code, Sections 801-940; the Inspector General Act of 1978, Title 5, United States Code, Appendix 1; and Title 5, United States Code, Section 301.

B. *POLICY*

The Department of Justice has primary responsibility for enforcement of Federal laws in the United States District Courts. The Department of Defense has responsibility for the integrity of its programs, operations and installations and for the discipline of the Armed Forces. Prompt administrative actions and completion of investigations within the two (2) year statute of limitations under the Uniform Code of Military Justice require the Department of Defense to assume an important role in Federal criminal investigations. To encourage joint and coordinated investigative efforts, in appropriate cases where the Department of Justice assumes investigative responsibility for a matter relating to the Department of Defense, it should share information and conduct the inquiry jointly with the interested Department of Defense investigative agency.

It is neither feasible nor desirable to establish inflexible rules regarding the responsibilities of the Department of Defense and the Department of Justice as to each matter over which they may have concurrent interest. Informal arrangements and agreements within the spirit of this MOU are permissible with respect to specific crimes or investigations.

C. *INVESTIGATIVE AND PROSPECTIVE JURISDICTION*

# PUBLIC NOTICE

1.  *CRIMES ARISING FROM THE DEPARTMENT OF DEFENSE OPERATIONS*

    a.  *Corruption Involving the Department of Defense Personnel*

    The Department of Defense investigative agencies will refer to the FBI on receipt all significant allegations of bribery and conflict of interest involving military or civilian personnel of the Department of Defense. In all corruption matters the subject of a referral to the FBI, the Department of Defense shall obtain the concurrence of the Department of Justice prosecutor or the FBI before initiating any independent investigation preliminary to any action under the Uniform Code of Military Justice.

    The FBI will notify the referring agency promptly regarding whether they accept the referred matters for investigation. The FBI will attempt to make such decision in one (1) working day of receipt in such matters.

    b.  *Frauds Against the Department of Defense and Theft and Embezzlement of Government Property*

    The Department of Justice and the Department of Defense have investigative responsibility for frauds against the Department of Defense and theft and embezzlement of Government property from the Department of Defense. The Department of Defense will investigate frauds against the Department of Defense and theft of government property from the Department of Defense. Whenever a Department of Defense investigative agency identifies a matter which, if developed by investigation, would warrant Federal prosecution, it will confer with the United States Attorney or the Criminal Division, the Department of Justice, and the FBI field office. At the time of this initial conference, criminal investigative responsibility will be determined by the Department of Justice in consultation with the Department of Defense.

2.  *CRIMES COMMITTED ON MILITARY INSTALLATIONS*

    a.  *Subject(s) can be Tried by Court-Martial or are Unknown*

    Crimes (other than those covered by paragraph C. 1.) committed on a military installation will be investigated by the Department of Defense investigative agency concerned and, when committed by a person subject to the Uniform Code of Military Justice, prosecuted by the Military Department concerned. The Department of Defense will provide immediate notice to the Department of Justice of significant cases in which an individual subject/victim is other than a military member or dependent thereof.

    b.  *One or More Subjects cannot be Tried by Court-Martial*

    When a crime (other than those covered by paragraph C.1.) has occurred on a military installation and there is reasonable basis to believe that it has been committed by a person or persons, some or all of whom are not subject to the

# PUBLIC NOTICE

Uniform Code of Military Justice, the Department of Defense investigative agency will provide immediate notice of the matter to the appropriate Department of Justice investigative agency unless the Department of Justice has relieved the Department of Defense of the reporting requirement for that type or class of crime.

3. *CRIMES COMMITTED OUTSIDE MILITARY INSTALLATIONS BY PERSONS WHO CAN BE TRIED BY COURT-MARTIAL*

    a. *Offense is Normally Tried by Court-Martial*

    Crimes (other than those covered in paragraph C. 1.) committed outside a military installation by persons subject to the Uniform Code of Military Justice which, normally, are tried by court martial will be investigated and prosecuted by the Department of Defense. The Department of Defense will provide immediate notice of significant cases to the appropriate Department of Justice investigative agency. The Department of Defense will provide immediate notice in all cases where one or more subjects is not under military jurisdiction unless the Department of Justice has relieved the Department of Defense of the reporting requirement for that type or class of crime.

    b. *Crimes Related to Scheduled Military Activities*

    Crimes related to scheduled military activities outside of a military installation, such as organized maneuvers in which persons subject to the Uniform Code of Military Justice are suspects, shall be treated as if committed on a military installation for purposes of this Memorandum. The FBI or other Department of Justice investigative agency may assume jurisdiction with the concurrence of the United States Attorney or the Criminal Division, Department of Justice.

    c. *Offense is not Normally Tried by Court Martial*

    Where there are reasonable grounds to believe that a Federal crime (other than those covered by paragraph C.1) normally not tried by court-martial, has been committed outside a military installation by a person subject to the Uniform Code of Military Justice, the Department of Defense investigative agency will immediately refer the case to the appropriate Department of Justice investigative agency unless the Department of Justice has relieved the Department of Defense of the reporting requirement for that type or class of crime.

D. *REFERRALS AND INVESTIGATIVE ASSISTANCE*

1. *REFERRALS*

    Referrals, notices, reports, requests and the general transfer of information under this Memorandum normally should be between the FBI or other Department of

# PUBLIC NOTICE

Justice investigative agency and the appropriate Department of Defense investigative agency at the field level.

If a Department of Justice investigative agency does not accept a referred matter and the referring Department of Defense investigative agency then, or subsequently, believes that evidence exists supporting prosecution before civilian courts, the Department of Defense agency may present the case to the United States Attorney or the Criminal Division, Department of Justice, for review.

2. *INVESTIGATIVE ASSISTANCE*

In cases where a Department of Defense or Department of Justice investigative agency has primary responsibility and it requires limited assistance to pursue outstanding leads, the investigative agency requiring assistance will promptly advise the appropriate investigative agency in the other Department and, to the extent authorized by law and regulations, the requested assistance should be provided without assuming responsibility for the investigation.

E. *PROSECUTION OF CASES*

1. With the concurrence of the Department of Defense, the Department of Justice will designate such Department of Defense attorneys as it deems desirable to be Special Assistant United States Attorneys for use where the effective prosecution of cases may be facilitated by the Department of Defense attorneys.

2. The Department of Justice will institute civil actions expeditiously in the United States District Courts whenever appropriate to recover monies lost as a result of crimes against the Department of Defense; the Department of Defense will provide appropriate assistance to facilitate such actions.

3. The Department of Justice prosecutors will solicit the views of the Department of Defense prior to initiating action against an individual subject to the Uniform Code of Military Justice.

4. The Department of Justice will solicit the views of the Department of Defense with regard to its Department of Defense-related cases investigations in order to effectively coordinate the use of civil, criminal and administrative remedies.

F. *MISCELLANEOUS MATTERS*

1. *THE DEPARTMENT OF DEFENSE ADMINISTRATIVE ACTIONS*

Nothing in this memorandum limits the Department of Defense investigations conducted in support of administrative actions to be taken by the Department of Defense. However, the Department of Defense investigative agencies will coordinate all such investigations was the appropriate Department of Justice prosecutive agency and obtain the concurrence of Justice Prosecution or the Department of Justice investigative agency prior to conducting any administrative investigation during the pendency of the criminal investigation or prosecution.

# PUBLIC NOTICE

2. *SPECIAL UNIFORM CODE OF MILITARY JUSTICE FACTORS*

In situations where an individual subject to the Uniform Code of Military Justice is a subject of any crime for which a Department of Justice investigative agency has assumed jurisdiction, if a Department of Defense investigative agency believes that the crime involves special factors relating to the administration and discipline of the Armed Forces that would justify its investigation, the Department of Defense investigative agency will advise the appropriate Department of Justice prosecuting authorities of these factors. Investigation of such a crime may be undertaken by the appropriate Department of Defense investigative agency with the concurrence of the Department of Justice.

3. *ORGANIZED CRIME*

The Department of Defense investigative agencies will provide to the FBI all information collected during the normal course of agency operations pertaining to the element generally known as "organized crime" including both traditional (La Cosa Nostra) and nontraditional organizations whether or not the matter is considered prosecutable. The FBI should be notified of any investigation involving any element of organized crime and may assume jurisdiction of the same.

4. *DEPARTMENT OF JUSTICE NOTIFICATIONS TO DEPARTMENT OF DEFENSE INVESTIGATIVE AGENCIES*

a. The Department of Justice investigative agencies will promptly notify the appropriate Department of Defense investigative agency of the initiation of the Department of Defense related investigations which are predicated on other than a Department of Defense referral except in those rare instances where notification might endanger agents or adversely affect the investigation. The Department of Justice investigative agencies will also notify the Department of Defense of all allegations of the Department of Defense related crimes where investigation is not initiated by the Department of Justice.

b. Upon request, the Department of Justice investigative agencies will provide timely status reports on all investigations relating to the Department of Defense unless the circumstances indicate such reporting would be inappropriate.

c. The Department of Justice investigative agencies will promptly furnish investigative results at the conclusion of an investigation and advise as to the nature of judicial action, if any, taken or contemplated.

d. If judicial or administrative action is being considered by the Department of Defense, the Department of Justice will, upon written request, provide existing detailed investigative data and documents (less any Federal grand jury material, disclosure of which would be prohibited by Rule 6(e), Federal Rules of Criminal Procedure), as well as agent testimony for use

# PUBLIC NOTICE

in judicial or administrative proceedings, consistent with Department of Justice and other Federal regulations. The ultimate use of information shall be subject to the concurrence of the Federal prosecutor during the pendency of any related investigation or prosecution.

5. *TECHNICAL ASSISTANCE*

   a. The Department of Justice will provide to the Department of Defense all technical services normally available to Federal investigative agencies.

   b. The Department of Defense will provide assistance to the Department of Justice in matters not relating to the Department of Defense as permitted by law and implementing regulations.

6. *JOINT INVESTIGATIONS*

   a. To the extent authorized by law, the Department of Justice investigative agencies and the Department of Defense investigative agencies may agree to enter joint investigative endeavors, including undercover operations, in appropriate circumstances. However, all such investigations will be subject to Department of Justice guidelines.

   b. The Department of Defense, in the conduct of any investigation that might lead to prosecution in Federal District Court, will conduct the investigation consistent with any Department of Justice guidelines. The Department of Justice shall provide copies of all relevant guidelines and their revisions.

7. *APPREHENSION OF SERVICES*

   To the extent authorized by law, the Department of Justice and the Department of Defense will each promptly deliver or make available to the other suspects, accused individuals and witnesses where authority to investigate the crimes involved is lodged in the other Department. This MOU neither expands nor limits the authority of either Department to perform apprehension, searches, seizures, or custodial interrogations.

G. *EXCEPTION*

This memorandum shall not affect the investigative authority now fixed by the 1979 "Agreement Governing the Conduct of the Defense Department Counterintelligence Activities in Conjunction with the Federal Bureau of Investigation" and the 1983 Memorandum of Understanding between the Department of Defense, the Department of Justice and the FBI concerning "Use of Federal Military Force in Domestic Terrorist Incidents."

William French SmithCasper W. Weinberger
Attorney General Secretary of Defense
United States Department United States Department
of Justice of Defense

# PUBLIC NOTICE

Date: August 14, 1984 Date: August 22, 1984

PRACTICE TIP: Certain courts have held that military courts have no jurisdiction to punish service personnel for even serious offenses when they entered the service under void enlistment contracts. The memorandum of understanding is not to be read to preclude prosecution in district court of such cases simply because the defendant appeared to be in the military. In O'Callahan v. Parker, 395 U.S. 258 (1969), the Supreme Court held that a member of the armed services could not be tried by a court martial for a crime that was not "service-connected," was overruled in Solorio v. United States, 483 U.S. 435 (1987). Finally, the ability of the military to apprehend, confine and conduct trials abroad and without venue restrictions should be kept in mind when considering by whom a prosecution should be undertaken.

[cited in JM 9-20.100; JM 9-20.115]

‹ 668. Limited Criminal Jurisdiction Over Property Held Proprietorially up 670. Maritime Jurisdiction ›

EXHIBIT A

THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD

*"as it is internationally understood"*

# PUBLIC NOTICE

## Uniform Commercial Code(s) "UCC" a/k/a "uniformed services"

*("no more no less")*

Re: The Flag of Convenience "FOC" on display within your forum court, identifies your jurisdiction as civil/admiralty/maritime in nature and foreign to The United States of America, that is, **Special Admiralty Maritime a/k/a "British Equity"**, which provides "uniform services" pursuant to "uniform model acts" that are derived from the Uniform Commercial Code(s) "UCC".

Non-military "uniform services"

- The National Oceanic and Atmospheric Administration Commissioned Officer Corps (NOAA Corps) is a uniformed branch of the National Oceanic and Atmospheric Administration (NOAA), which is under the **Department of Commerce.**
- The United States Public Health Service Commissioned Corps (PHSCC) is the uniformed personnel system of the United States Public Health Service, which is under the **Department of Health and Human Services.**

Uniformed service members operate under the Uniform Commercial Codes (UCC). Uniformed officers of NOAA and PHS are paid on the same scale as members of the armed services with respective rank and time-in-grade (W-1 to W-5).

Additionally, PHS Officers are covered by the Uniformed Services Employment and Reemployment Act and the Service Members Civil Relief Act (formerly the Soldiers and Sailors Civil Relief Act).

Furthermore, all seven uniformed services are subject to the provisions of 10 USC 1408, the Uniformed Services Former Spouses Protection Act (USFSPA).

# EXHIBIT A

## THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD

*"as it is internationally understood"*


United States Public Health Service Commissioned Corps

Statutory definition: The seven uniformed services are defined by 10 U.S.C. § 101(a)(5):

The term **"uniformed services"** means—

(A) the armed forces;

(B) the commissioned corps of the National Oceanic and Atmospheric Administration; and

(C) **the commissioned corps of the Public Health Service.**

The U.S. Public Health Service Commissioned Corps (PHSCC) and the National Oceanic and Atmospheric Administration Commissioned Officer Corps (NOAA Corps.) **exclusively** use a DCO program to commission their officers.

## DCO and [the] UCC

A direct commission officer (DCO) is a United States uniformed officer, *that is, an individual operating under the Uniform Commercial Code*; who has received a commission without the typical prerequisites for achieving a commission, such as attending a four-year service academy, a four-year or two-year college ROTC program, or one of the officer candidate school or officer training school programs, the latter OCS/OTS programs typically slightly over three months in length.

PHS and NOAA consist of commissioned officers only and have no warrant officer ranks or enlisted ranks. The PHS traces its origins to a system of marine hospitals created by "An Act for the relief of sick and disabled seamen", passed by Congress in 1798; it adopted a military model of organization in 1871.

An officer is a member of an armed forces or uniformed service who holds a position of authority.

In its broadest sense, the term "officer" refers to commissioned officers, non-commissioned officers, and warrant officers. However, when used without further detail, the term almost always refers to only *commissioned officers*, the more senior portion of a force who derive their authority from a *commission from* the head of state.

Commissioned officers of the PHS and NOAA may be militarized by the President. Because they are commissioned officers, they can be classified as **prisoners of war** under the Geneva Conventions, if captured by a belligerent entity.

## EXHIBIT A
## THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD
*"as it is internationally understood"*

A prisoner of war (**POW**) is a person, whether a combatant or a non-combatant, who is held captive by a belligerent power during or immediately after an armed conflict. The earliest recorded usage of the phrase "prisoner of war" dates back to 1610.

Belligerents hold prisoners of war in custody for a range of legitimate and illegitimate reasons, such as isolating them from enemy combatants still in the field (releasing and **repatriating** them in an orderly manner after hostilities), demonstrating military victory, punishing them, prosecuting them for war crimes, exploiting them for their labor, recruiting or even conscripting them as their own combatants, collecting military and political intelligence from them, or indoctrinating them in new political or religious beliefs.

### REPATRIATION

Repatriation is the process of returning an asset, an item of symbolic value or a person – voluntarily or forcibly – to its owner or their place of origin or citizenship. The term may refer to non-human entities, such as converting a foreign currency into the currency of one's own country, as well as to the process of returning military personnel to their place of origin following a war. It also applies to diplomatic envoys, international officials as well as expatriates and migrants in time of international crisis.

For refugees, asylum seekers and illegal migrants, repatriation can mean either voluntary return or deportation

The legal relevance is that having a command authority is one requirement for combatant status under the laws of war, though this authority need not have obtained an official commission or warrant.

**The commissioned corps may be militarized by the President. 42 USC 217 states:**

In time of war, or of emergency involving the national defense proclaimed by the President, he may by Executive order declare the commissioned corps of the Service to be a military service. Upon such declaration, and during the period of such war or such emergency or such part thereof as the President shall prescribe, the commissioned corps (a) shall constitute a branch of the land and naval forces of the United States, (b) shall, to the extent prescribed by regulations of the President, be subject to the Uniform Code of Military Justice [10 U.S.C. 801 et seq.], and (c) shall continue to operate as part of the Service except to the extent that the President may direct as Commander in Chief.

EXHIBIT A

## THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD
*"as it is internationally understood"*

**Ready Reserve Corps of the Public Health Service Commissioned Corps**

The Affordable Care Act (ACA), signed by President Obama on 23 March 2010, established the Ready Reserve Corps as the new surge capacity for the Commissioned Corps of the U.S. Public Health Service.

In addition, all Reserve Corps officers who were serving on extended active duty on 23 March 2010, were converted to Regular Corps officers.

**The same legislation also abolished the Inactive Reserve Corps (IRC) on 23 March 2010, and consequently the commissions of the existing 10,000 commissioned corps IRC officers.**

The Office of Reserve Affairs (ORA) sent letters to those individuals, notifying them of their change of status. (But did they know what it meant?)

Congress established the Ready Reserve Corps to fulfill the need to have additional commissioned corps personnel available on short notice to assist Regular Corps personnel to meet both routine public health and emergency response missions. The Ready Reserve Corps officers will be available and ready for involuntary calls to active duty during national emergencies and public health crises.

Because of the changes in the law, a Ready Reserve Corps Working Integrated Project Team (WIPT) was convened in April 2010 to propose policy concepts, a strategic framework, and a budget for the Ready Reserve Corps. The WIPT submitted its final report to the Office of Commissioned Corps Force Management (OCCFM) in June 2010, and OCCFM forwarded the recommendations of the WIPT to the Assistant Secretary for Health for review and approval. As of late 2016, the directives and policies to implement the Ready Reserve await Secretarial decisions needed to implement the 2010 law.

Standards for appointment into the Ready Reserve Corps and related proposed directives and policies remain under review. ORA is not accepting applications for the Ready Reserve Corps at this time, but will begin accepting applications after the Secretary issues the implementing directives.

ORA, in collaboration with OCCFM and the Office of Commissioned Corps Operations, will continue to coordinate Ready Reserve Corps initiatives and communications.

# EXHIBIT A

## THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD

*"as it is internationally understood"*

### Limited Duty Officer "LDO"

Limited duty officer: A limited duty officer (LDO) is an officer in the United States Navy or United States Marine Corps who was selected for commissioning based on skill and expertise, and is not required to have a bachelor's degree but still desired to have a degree.

LDOs do not attend a conventional pre-commissioning program such as a twelve- to fourteen-week Officer Candidate School program. Instead, they typically attend a four-to-five week LDO/CWO **indoctrination school as commissioned officers.**

In the U.S. Navy, this school was previously under the auspices of Naval Aviation Schools Command at NAS Pensacola, Florida. It is now known as the LDO/CWO Academy under the auspices of Officer Training Command at Naval Station Newport, Rhode Island. [*PRESIDENTIAL CANDIDATE BERNIE SANDERS JURISDICTION*].

Per Title 10, U.S. Code, an LDO is a permanent commissioned officer appointed under section 5589 in a permanent grade above chief warrant officer, W-5, and designated for limited duty.

Chief warrant officers (CWO) and limited duty officers (LDO) serve as occupational field experts.

### U.S. Public Health Service (Commissioned Corps) Direct Commission Officers

The PHSCC Direct Commissioning Program allows university-educated professionals, between ages 19 to 45 (or older, in some cases), the opportunity to be appointed as an officer in the Public Health Service Commissioned Corps. Most PHSCC DCOs hold advanced degrees (DDSs, DMDs, MSs, MDs, DOs, PharmDs and Ph.Ds.) and significant civilian work experience, and the minimum in many programs is a master's degree from a duly accredited program. One of the fields requiring only a baccalaureate degree is engineering.

Commissioned officers generally receive training as leadership and management generalists, in addition to training relating to their specific **military occupational specialty** or function in the military.

## EXHIBIT A

## THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD

*"as it is internationally understood"*

The Direct Commissioning Program serves the expanded needs of the PHS in certain officer skill areas e.g: Physician; Dentist; Nurse; Pharmacist; Dietitian; Engineer; **Environmental health** officer; **Health services** officer; Scientist/researcher; Therapist (includes occupational therapy, physical therapy, registered respiratory therapist, speech-language pathology, and audiology); Veterinarian; Medical Technologist.

### NOAA

National Oceanic and Atmospheric Administration [Commissioned Officer Corps] Direct Commission Officers "NOAA". The NOAA Corps Direct Commissioning Program allows university-educated professionals, between ages 19 to 35 (or older, in some cases), the opportunity to be appointed as an officer in the National Oceanic and Atmospheric Administration Commissioned Officer Corps. Many NOAA Corps DCOs hold advanced degrees (MS, MAs and Ph.Ds.) and significant civilian work experience, though the minimum requirement is a baccalaureate degree. The Direct Commissioning Program serves the expanded needs of the NOAA Corps in certain officer skill areas listed below:

The United States Navy has an extensive DCO program. It is important to distinguish between the Navy's active duty component staff corps school, called Officer Development School (ODS), and the Navy's reserve component Direct Commission Officer School (DCO School).

### COMMISSION

A commission is a formal document issued to appoint a named person to high office or as a commissioned officer in a territory's armed forces.

Commissions are typically issued in the name of or signed by the head of state. In Commonwealth realms other than the United Kingdom, they may be signed by the Governor-General, the representative of the monarch of that realm, who is also Commander-in-Chief in and over that realm and because the word "commission" can also refer generally to an individual's duty, the more specific terms **commissioning** parchment or commissioning scroll are often used to specify the commissioning document. However the document is not usually in the form of a scroll and is more often printed on paper instead of parchment. In Canada, there is a differentiation in terminology according to rank; officers are accorded *commissioning scripts* whereas Chief Warrant Officers are accorded *scrolls*.

## EXHIBIT A

## THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD

*"as it is internationally understood"*

### Notary Public

In US States, a person applying for a license to be a notary public receives a *commission*, generally indicating what political jurisdiction (state or District of Columbia) issued it, when it is valid (usually four years from issue) and the signature of the issuing authorities (usually the Governor and countersigned by the Secretary of State).

### United States

Article II, section 3, of the U.S. Constitution provides that the President "shall Commission all the Officers of the United States," including officers of the uniformed services as well as civilian officers.

Commissions of officers in the armed services are issued in the name of the President, although authority to sign on the President's behalf is generally exercised by the secretary of the department in which the officer is being commissioned.

This includes not only "commissioned officers" but also "commissioned warrant officers" (**warrant officers in the pay grades of W-2 through W-5**). Warrant officers at the grade of W-1 are appointed by warrant by the secretary of their respective service, except in the Coast Guard where they are appointed by secretarial commission.

The commission of a newly commissioned officer reads:

*The President of the United States of America*

*To all who shall see these presents, greeting:*

*Know Ye that, reposing special trust and confidence in the patriotism, valor, fidelity and abilities of .................., I do appoint ["him" or "her"] a ["Second Lieutenant" or "Ensign"] in the [name of service] to rank as such from the .... day of ........ ...... This Officer will therefore carefully and diligently discharge the duties of the office to which appointed by doing and performing all manner of things thereunto belonging.*

## EXHIBIT A

### THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD

*"as it is internationally understood"*

*And I do strictly charge and require those Officers and other personnel of lesser rank to render such obedience as is due an officer of this grade and position. And this Officer is to observe and follow such orders and directives, from time to time, as may be given by me, or the future President of the United States of America, or other Superior Officers acting in accordance with the laws of the United States of America.*

*This commission is to continue in force during the pleasure of the President of the United States of America for the time being, under the provisions of those Public Laws relating to Officers of the Armed Forces of the United States of America and the component thereof in which this appointment is made.*

*Done at the City of Washington, this .... day of ........ in the year of our Lord ................ and of the Independence of the United States of America the ..........*

*By the President:*

At higher grade levels, appointments (including promotions) require Senate confirmation, and the wording of the commission reflects that fact: "... I have nominated and, by and with the Advice and Consent of the Senate, do appoint..."

The Constitutional requirement mentioned above, that the President commission all officers of the United States, includes a wide range of civilian officials, including justices of the Supreme Court and other federal judges, U.S. attorneys and marshals, the heads of executive departments, subcabinet officials down to the level of assistant secretary, diplomatic representatives, and members of the Foreign Service, among others. Commissions are issued in the name of the President, either under his own signature or that of an official expressly delegated to act on his behalf, and under either the great seal of the United States or, if prescribed by law, the seal of the department in which the appointment is made.

A typical commission for a Presidentially-appointed, Senate-confirmed civilian official in the Executive Branch would read:

*John E. Doe*

## EXHIBIT A

### THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD

*"as it is internationally understood"*

**President of the United States of America:**

*To all to whom these presents shall come greeting: Know ye that reposing special trust and confidence in the Integrity and Ability of Rebecca Frances Roe of Kansas, I have nominated and, by and with the advice and consent of the Senate, do appoint her Secretary of Transportation and do authorize and empower her to execute and fulfill the duties of that Office according to law, and to have and to hold the said office with all the powers and privileges thereunto of right appertaining, unto her the said Rebecca Frances Roe during the pleasure of the President of the United States for the time being*

*In Testimony whereof I have caused these Letters to be made Patent and the Seal of the United States to be hereunto affixed.*

*Done at the City of Washington this second day of December in the Year of our Lord two thousand seventeen and of the Independence of the United States of America the two hundred and fortieth.*

*By the President [President's signature]*

*[Great Seal] [Secretary of State's signature]*

For certain positions, other characteristics such as "prudence" (for ambassadors) or "wisdom, uprightness, and learning" (for judges) may be used in addition to or instead of "integrity and ability." If a position is for a fixed term of years or "during good behavior," the appropriate wording replaces the clause beginning "during the pleasure of the President."

Commissions of officers in the U.S. Foreign Service are also signed by the President.

The commission of a newly commissioned officer reads:

*The President of the United States of America*

*To (name of officer) Greeting*

*Reposing special trust and confidence in your Integrity, Prudence and Ability, I have nominated and, by and with the advice and consent of the Senate, do appoint you a Foreign Service Officer, a Consular Officer, and a Secretary in the Diplomatic Service of the United States of America, and do authorize and*

## EXHIBIT A

## THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD

*"as it is internationally understood"*

*empower you to do and perform all such matters and things as to the said offices do appertain, and to have and to hold the said offices, and to exercise and enjoy all the rights, privileges and immunities thereunto appertaining, during the pleasure of the President of the United States.*

*In testimony whereof, I have caused the Seal of the United States to be hereunto affixed.*

*Done at the City of Washington this .... day of .... in the year of our Lord .... and of the Independence of the United States of America the ....*

*By the President (President's signature)*

The commission is countersigned by the Secretary of State, and the singular Great Seal of the United States, entrusted to the Secretary under the 1789 statute creating the Department of State, is affixed.

### CONSCRIPTED CIVILIANS

Conscripted civilians who have special skills that are critical to sustaining health and scientific study may receive a direct commission upon entering service. These officers usually occupy leadership positions in the following areas: law, science, medicine, pharmacy, dentistry, nurse corps, intelligence, supply-logistics-transportation, engineering, public affairs, chaplain corps, oceanography, merchant marine affairs, and others.

### THE CODE OF HAMMURABI

Around the reign of Hammurabi (1791–1750 BC), the Babylonian Empire used a system of conscription called *Ilkum*. Under that system those eligible were required to serve in the royal army in time of war. **During times of peace they were instead required to provide labour for other activities of the state.** In return for this service, people subject to it gained the right to hold land. It is possible that this right was not to hold land *per se* but specific land supplied by the state. A practice that is still in use today.

Hammurabi was an Amorite First Dynasty king of the city-state of Babylon, and inherited the power from his father, Sin-Muballit, in c. 1792 BC. Hammurabi is best known for having issued the Code of Hammurabi, which he claimed to have received from Shamash, the Babylonian god of justice.

## EXHIBIT A

## THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD

*"as it is internationally understood"*

Unlike earlier Sumerian law codes, such as the Code of Ur-Nammu, which had focused on compensating the victim of the crime, the Law of Hammurabi was one of the first law codes to place greater emphasis on the physical punishment of the perpetrator. It prescribed specific penalties for each crime and is among the first codes to establish the presumption of innocence. Although its penalties are extremely harsh by modern standards, they were intended to limit what a wronged person was permitted to do in retribution. The Code of Hammurabi and the Law of Moses in the Torah contain numerous similarities.

Hammurabi was seen by many as a god within his own lifetime. After his death, Hammurabi was revered as a great conqueror who spread civilization and forced all peoples to pay obeisance **to Marduk, the national god of the Babylonians**. Later, his military accomplishments became de-emphasized and his role as the ideal lawgiver became the primary aspect of his legacy. For later Mesopotamians, Hammurabi's reign became the frame of reference for all events occurring in the distant past. Even after the empire he built collapsed, he was still revered as a model ruler, and many kings across the Near East claimed him as an ancestor. Hammurabi was rediscovered by archaeologists in the late nineteenth century and has since become seen as an important figure in the history of law.

Various forms of avoiding military service are recorded. While it was outlawed by the Code of Hammurabi, the hiring of substitutes appears to have been practiced both before and after the creation of the code. Later records show that Ilkum commitments could become regularly traded. In other places, people simply left their towns to avoid their Ilkum service. Another option was to sell Ilkum lands and the commitments along with them. With the exception of a few exempted classes, this was forbidden by the Code of Hammurabi.

### LAWFUL COMBATANTS

To be entitled to prisoner-of-war status, captured persons must be lawful combatants entitled to combatant's privilege—which gives them immunity from punishment for crimes constituting lawful acts of war such as killing enemy combatants.

To qualify under the Third Geneva Convention, a combatant must be part of a chain of command, wear a "fixed distinctive marking, visible from a distance", bear arms openly, and have conducted military operations according to the laws and customs of war.

## EXHIBIT A
### THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD
*"as it is internationally understood"*

(The Convention recognizes a few other groups as well, such as "[i]nhabitants of a non-occupied territory, who on the approach of the enemy spontaneously take up arms to resist the invading forces, without having had time to form themselves into regular armed units".)

Thus, uniforms and badges are important in determining prisoner-of-war status; and *francs-tireurs*, militias, insurgents, terrorists, saboteurs, mercenaries, and spies generally do not qualify because they do not always follow the laws and customs of war, and often don't wear any insignia. Therefore they fall under the category of unlawful combatants. In practice, these criteria are rarely interpreted strictly. Guerrillas, for example, usually do not wear a uniform or carry arms openly, but captured guerrillas are often granted POW status.

The criteria are applied primarily to ***international* armed conflicts**; in civil wars, insurgents are often treated as traitors, terrorists or criminals by government forces and are sometimes executed on spot or tortured. However, in the American Civil War, both sides treated captured troops as POWs presumably out of reciprocity, although the Union regarded Confederate personnel as separatist rebels. However, guerrillas and other irregular combatants generally cannot expect to receive benefits from both civilian and military status simultaneously.

The United States Coast and Geodetic Survey (USC&GS), a predecessor to NOAA, originally began commissioning its officers so that if captured while engaged in battlefield surveying, they would be protected under the Law of Armed Conflict and could not be tried or executed as spies. The USC&GS Commissioned Officer Corps became the Environmental Science Services Administration Corps (ESSA Corps), upon the creation of the Environmental Science Services Administration (ESSA) on 13 July 1965, then became the NOAA Corps upon the creation of NOAA on 3 October 1970.

### EXECUTIVE DEPARTMENT

Each of the uniformed services is administratively headed by a federal executive department and its corresponding civilian Cabinet leader.

**United States Department of Defense** (DoD = the Admiralty / Maritime designation)

**Department of the Army** (DA = the Admiralty / Maritime designation)

EXHIBIT A

THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD

*"as it is internationally understood"*

**United States Army** (USA = the Admiralty / Maritime designation): 14 June 1775

**Department of the Navy** (DON = the Admiralty / Maritime designation)

**United States Marine Corps** (USMC = the Admiralty / Maritime designation): 10 November 1775

**United States Navy** (USN = the Admiralty / Maritime designation): 13 October 1775

**Department of the Air Force (DAF)**

**United States Air Force** (USAF = the Admiralty / Maritime designation): 18 September 1947

# DoD Directive 1005.8

The order of precedence within the U.S. Department of Defense is set by DoD Directive 1005.8 and is not dependent on the date of creation by the U.S. Congress.

**United States Department of Homeland Security** (DHS = the Admiralty / Maritime designation)

**United States Coast Guard** (USCG = the Admiralty / Maritime designation): 4 August 1790

- ❖ Prior to 1967, the U.S. Coast Guard was a part of the U.S. Department of the Treasury.
- ❖ In 1967 it became a part of the U.S. Department of Transportation.
- ❖ In 2002 it was placed under the DHS.
- ❖ During time of war it may be transferred to the Department of the Navy, under the Department of Defense.

**United States Department of Health and Human Services** (HHS = the Admiralty / Maritime designation)

**United States Public Health Service Commissioned Corps** (PHSCC = the Admiralty / Maritime designation): 4 January 1889. The Corps is headed by the Surgeon General of the United States.

**United States Department of Commerce** (DOC = the Admiralty / Maritime designation)

## EXHIBIT A

### THE RANK AND FILE OF THE COMPARTMENTALIZED FRAUD

*"as it is internationally understood"*

**National Oceanic and Atmospheric Administration Commissioned Officer Corps** (NOAA Corps = the Admiralty / Maritime designation): 22 May 1917.

The NOAA Corps was created as the United States Coast and Geodetic Survey Corps, a component of the United States Coast and Geodetic Survey, on 22 May 1917.

- ❖ It was removed from the Coast and Geodetic Survey and became a component of the Environmental Science Services Administration (ESSA) as the United States Environmental Science Services Administration Commissioned Corps (ESSA Corps) upon the establishment of ESSA on 13 July 1965.

- ❖ The ESSA Corps became the NOAA Corps as a component of NOAA when ESSA was abolished and NOAA simultaneously was created on 3 October 1970.


### DEPARTMENT OF COMMERCE

## Under all three names, the Corps has been an element of the Department of Commerce throughout its existence.

Take notice that 15 United States Code 43 established the Federal District Court of China in DC in 1943. ICAN made the "Department of Commerce" into Commerce, Inc., and the position of registrar was instituted. A "Registrar" is a designation under the supervision of the Secretary of Commerce and the China Trade Act says that "the official Registrar shall be in China." That Act was passed in 1922 to set up a Chinese Corporation (evidently to replace the District of Columbia Municipal Corporation) with an agent in DC., and 46 USC 12-101 established the details of this "Registrar - Registry" scheme, in which shares of the "domain name" are sold to investors around the world.